CO-386-online
10/03

# United States District Court
# For the District of Columbia

MICHIGAN GAMBLING OPPOSITION )
("MichGO"), a Michigan non-profit corporation )
)
)
)
                              Plaintiff )      Civil Action No._____
        VS )
)
GALE A. NORTON, in her official capacity as SECRETARY OF THE )
UNITED STATES DEPARTMENT OF THE INTERIOR and NEAL A. )
McCALEB, in his official capacity as ASSISTANT SECRETARY OF THE )
UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF )
INDIAN AFFAIRS )
                             Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Michigan Gambling Opposition__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Michigan Gambling Opposition__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                    Attorney of Record

                                                    _[signature]_
                                                    Signature

__452034__                                                   Rebecca A. Womeldorf
BAR IDENTIFICATION NO.                    Print Name

                                                    1350 I Street, NW, 9th Floor
                                                    Address

                                                    Washington, DC       20005
                                                    City             State          Zip Code

                                                    202-898-5800
                                                    Phone Number