IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:05-cv-01181-JGP |
| | ) Judge John G. Penn |
| **NORTON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

NOTICE OF APPEARANCE

Pursuant to Local Rules 83.6 and 83.2(e) of United States District Court for the District of Columbia, please enter the following appearance as counsel on behalf of the Federal Defendants:

Patricia Miller                              [Regular mail]
U.S. Department of Justice
Environment & Natural Resources Div.
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C.  20026-4378
(202) 305-1117 (telephone)
(202) 305-0271 (fax)
Patti.Miller@usdoj.gov

Indian Resources Section                     [Overnight Mail]
601 D Street, N.W., Room 3507
Washington, D.C.  20004

Dated: June 24, 2005                         Respectfully submitted,
                                             /s/
                                             PATRICIA MILLER
                                             D.C. Bar No. 462054