AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michigan Gambling Opposition, a Michigan
non-profit corporation

**SUMMONS IN A CIVIL CASE**

V.

Gale A. Norton and Neal A. McCaleb

JGP

CASE NUMBER: 1:05cv01181

TO: (Name and address of Defendant)

Kenneth L. Wainstein
U.S. Attorney's Office of the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, NW, Ninth Floor
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

JUN 2 1 2005

CLERK

DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Michigan Gambling Opposition, a Michigan non-profit corporation

vs.

Gale A. Norton and Neal A. McCaleb

No. 1:05CV01181

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, SHANNON R. ROBERTS, having been duly authorized to make service of the Summons and Complaint with Exhibits A - I in the above entitled case, hereby depose and say:

That my date of birth / age is 07-09-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:55 pm on June 22, 2005, I served Kenneth L. Wainstein at U.S. Attorney's Office of the District of Columbia, 501 3rd Street, NW, Washington, DC 20530 by serving Cindy Parker, Paralegal Specialist, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     48
HEIGHT-  5'3"
HAIR-    BROWN
WEIGHT-  165
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 06-22-05
Date

SHANNON R. ROBERTS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 154234