**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 05-CV-01181-JGP |
| GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) ) ) | |
| and | ) ) | |
| NEAL A. McCALEB, in his official capacity as ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, | ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |
| MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe, c/o Hon. D.K. Sprague, Chairman, Tribal Headquarters, P.O. Box 218, Dorr, MI 49323 | ) ) ) ) ) ) ) | |
| Intervenor. | ) ) | |

Presently before the Court is the Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' Motion to Intervene in the above-captioned action. After thoroughly reviewing the submissions on this Motion, the Court finds that the Motion to Intervene is hereby GRANTED.

**IT IS SO ORDERED.**

_____                                    _____
Dated                                                          The Honorable John Garrett Penn
                                                               United States District Court Judge