
East of Ampro building looking northwest.

Ampro building looking east from 129th Ave.


Front of Ampro building looking north.


Barn on Project Site looking west.

SOURCE: AES, 2001

*Gun Lake / 201503*
**Figure 3-2**
Site Photographs



SOURCE: AES, 2001

*Gun Lake / 201503*

**Figure 3-3**
Aerial Photo of Casino Site