<<Back



## Opponents of proposed Allegan County casino will file a lawsuit



(Allegan County, June 10, 2005, 1:02 p.m.) Opponents of a proposed Wayland Township casino say they will file a lawsuit on Monday.

Allegan County based Michigan Gambling Opposition, or MichGO, says it will file a lawsuit to block the proposed casino by the Gun Lake Band of Potawatomi Indians.

The lawsuit will challenge the federal government's decision to put the land into trust, a move that paves the way for a casino to be built.

The site of the proposed casino in Wayland Township

Since the government put the land into trust last month, the tribe has moved forward with their plans, by holding a job fair for potential employees and looking for possible vendors.

The tribe hopes to have the casino up and running in about a year at the site of the former Ampro building near US-131.

### WorldNow

All content © Copyright 2000 - 2005 WorldNow and WOODTV. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.

http://www.woodtv.com/global/story.asp?s=3458739&ClientType=Printable



EXHIBIT 3