06/07/2005 16 35 FAX 2026636363        WCPHANDD                     ☒002/002
  06/07/05 16:36 FAX 2023050271        DOJ ENRD                     ☒002/002



U.S. Department of Justice

Environment and Natural Resources Division

*Indian Resources Section*
*P.O. Box 44378*
*L'Enfant Plaza Station*
*Washington, DC 20026-4378*

*Telephone: (202) 305-0269*
*Facsimile: (202) 305-0271*

June 7, 2005

**VIA FACSIMILE and US MAIL**
Daniel Ettinger
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
fax: (616) 222-2168

Re: Challenge to the Secretary of the Interior's decision to acquire a 146-acre parcel into trust for the Gun Lake Tribe

Dear Dan:

This letter is to confirm that the United States will not take the 146-acre parcel in Allegan County, Michigan, into trust for the benefit of the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Tribe") until 14 days after the filing of your complaint in this matter. Specifically, your complaint will be filed in the United States District Court on June 13, 2005, and the United States will not take the land into trust before June 27, 2005.

The United States will notify you on or before June 27, 2005, of its decision regarding a voluntary stay on acquiring the land into trust during the pendency of the District Court litigation. If the United States decides to proceed with acquiring the land during the pendency of the District Court litigation, we will discuss on or before June 27 how we will proceed so that you have an opportunity to file any appropriate motions.

I appreciate your cooperation in this matter.

Sincerely,

Patti Miller
Trial Attorney

cc:  Maria Wiseman
     U.S. Department of the Interior
     fax: (202) 219-1791

     Ed DuMont
     Wilmer, Cutler, Pickering, Hale and Dorr
     fax: (202) 663-6363

EXHIBIT 5