# Wayland Township

## Official FUTURE LAND USE MAP
Revised 11/26/2002

ALLEGAN COUNTY, MICHIGAN

1 MILE

### Future Land Use Legend

| LABEL | LAND USE DISTRICT | ACREAGE | % AREA |
|---|---|---|---|
| A | Agriculture | 6,165.0 | 29.5 |
| C | Commercial | 207.2 | 1.0 |
| I | Industrial | 903.8 | 4.3 |
| LDR | Low Density Residential | 2,292.1 | 11.0 |
| MDR | Medium Density Residential | 1,161.4 | 5.6 |
| MF | Multi-family | 42.5 | .2 |
| MHP | Mobile Home Park | 82.2 | .4 |
| MIX | Mixed Use | 337.9 | 1.6 |
| RP | Rural Preservation | 8,745.3 | 41.9 |
| RR | Recreational Resort | 328.4 | 1.6 |
| V | Village | 321.7 | 1.5 |
| | | 20,864.8 | |

### Generalized Land Use Legend for Adjacent Jurisdictions

- Agricultural
- Commercial
- Government
- Industrial
- Open Space
- Residential
- Right of Way
- Rural
- Water

### Future Land Use Overlays

- Rabbit River Protection Zone (100' both sides)
- Future Public Road

Allegan County Land Information Services

Allegan County Land Information Services assumes no liability for results or conclusions drawn from the use of this data.

