IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>and<br><br>NEAL A. McCALEB, in his official capacity as ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS,<br><br>Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally recognized Indian Tribe, c/o Hon. D.K. Sprague, Chairman, Tribal Headquarters, P.O. Box 218, Dorr, MI 49323,<br><br>Intervenor. | Case No. 1:05-cv-01181-JGP<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Shilee T. Mullin as counsel in this case for Intervenor, Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians.

August 4, 2005

D00260-DC / NE Bar 22286
Bar Identification

*[Signature]*
Signature

Shilee T. Mullin
Print Name

Monteau & Peebles, LLP
12100 West Center Road, Suite 202
Address

Omaha, NE 68144
City, State, Zip Code

402-333-4053
Phone Number

## CERTIFICATE OF SERVICE

I certify that on August 4, 2005, I electronically filed the above document via the Clerk of the Court via Electronic Case Management System, which will send notice of electronic filing to the following:

>Rebecaa A. Womeldorf
>Spriggs & Hollingsworth
>1350 I Street, N.W., Suite 900
>Washington, DC 20005
>
>William C. Fulkerson
>Robert J. Jonker
>Daniel P. Ettinger
>Joseph A. Kuiper
>Warner Norcross & Judd, LLP
>900 Fifth Third Center
>111 Lyon Street, N.W.
>Grand Rapids, MI 49503
>
>Patricia Miller
>U.S. Department of Justice
>601 "D" St., N.W.
>Washington, DC

s/Carol Thompson