IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>and<br><br>NEAL A. McCALEB, in his official capacity as ASSISTANT SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS,<br><br>      Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally recognized Indian Tribe, c/o Hon. D.K. Sprague, Chairman, Tribal Headquarters, P.O. Box 218, Dorr, MI 49323,<br><br>      Proposed Intervenor. | Case No. 1:05-cv-01181-JGP<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Conly J. Schulte as counsel in this case for proposed Intervenor, Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians.

August 5, 2005

NE Bar 20158
Bar Identification

Signature

Conly J. Schulte
Print Name

Monteau & Peebles, LLP
12100 West Center Road, Suite 202
Address

Omaha, NE 68144
City, State, Zip Code

402-333-4053
Phone Number

## CERTIFICATE OF SERVICE

I certify that on August 5, 2005, I electronically filed the above document via the Clerk of the Court via Electronic Case Management System, which will send notice of electronic filing to the following:

Rebecaa A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC  20005

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503

Patricia Miller
U.S. Department of Justice
601 "D" St., N.W.
Washington, DC

s/Carol Thompson