# United States District Court
# For the District of Columbia

MICHGO, Michigan Gambling Opposition )
        Plaintiff(s) )  **APPEARANCE**
)
)
        vs. )  CASE NUMBER  1:05-cv-01181-JGP
NORTON, et al., )
)
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Rebecca A. Womeldorf__ as counsel in this
                                  (Attorney's Name)

case for:__MICHGO, Michigan Gambling Opposition__
                      (Name of party or parties)

August 5, 2005
Date

452034
BAR IDENTIFICATION

Signature

Rebecca A. Womeldorf
Print Name

Spriggs & Hollingsworth, 1350 I Street, NW
Address

Washington, DC     20005
City     State     Zip Code

202-898-5800
Phone Number