IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition**   )<br>                                                                        )<br>              **Plaintiff,**                               )<br>                                                                        )<br>**v.**                                                                 )<br>                                                                        )<br>**NORTON, et al.,**                                      )<br>                                                                        )<br>              **Defendants.**                          )<br>_____)<br>                                                                        )<br>**MATCH-E-BE-NASH-SHE-WISH**            )<br>**BAND OF POTTAWATOMI INDIANS,**  )<br>                                                                        )<br>              **Proposed Intervenor-Defendant.**  )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, the United States, respectfully request an extension of time to file an answer or other responsive pleading in this matter on or before October 21, 2005.

In support of this motion, the Defendants state as follows:

1. Undersigned counsel has authorization from Plaintiff's counsel to state that this motion is unopposed;

2. Currently, an answer or other responsive pleading is due August 22, 2005;

3. However, the Department of the Interior has not yet certified the administrative record in this case. The Department has needed this length of time to compile the record because of its volume, technological issues, personnel travel schedules, and other issues;

1

4.	The United States requires an additional 60 days to allow the Department adequate time to complete compiling and to certify the administrative record. Counsel for the United States also requires this additional time to review the record and to prepare the appropriate responsive pleading.

WHEREFORE, the United States respectfully requests an extension of time to file its answer or other responsive pleading on or before October 21, 2005.

Dated: August 19, 2005                                    Respectfully submitted,

PATRICIA MILLER
D.C. Bar No. 462054
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C.  20026-4378
(202) 305-1117

OF COUNSEL:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC