IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition**    )<br>                                                                  )<br>            **Plaintiff,**                                       )<br>                                                                  )<br>**v.**                                                            )<br>                                                                  )<br>**NORTON, et al.,**                                      )<br>                                                                  )<br>            **Defendants.**                                  )<br>_____)<br>                                                                  )<br>**MATCH-E-BE-NASH-SHE-WISH**            )<br>**BAND OF POTTAWATOMI INDIANS,**   )<br>                                                                  )<br>        **Proposed Intervenor-Defendant.**   )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

**[PROPOSED] ORDER**
**GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF**
**TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Upon consideration of the United States' Unopposed Motion for Extension of Time, it is hereby ORDERED that the United States' answer or other responsive pleading is due on or before October 21, 2005.

Dated:_____, 2005        _____

                                                                            Hon. John G. Penn
                                                                            United States District Judge
                                                                            District of Columbia