UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHIGAN GAMBLING OPPOSITION**, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**GALE A. NORTON,**  )<br>**Secretary of the United States**  )<br>**Department of the Interior, et. al.** )<br>)<br>)<br>Defendants.  )<br>_____ ) | Civil Action No. 05-01181 (JGP) |

**ORDER**

Upon consideration of the **United States' Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading** [#15], it is hereby

**ORDERED** that the United States file an answer or other responsive pleading on or before October 21, 2005.

Date: August 19, 2005                             JOHN GARRETT PENN
                                                  United States District Court