UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHIGAN GAMBLING OPPOSITION** ) ) ) **Plaintiff,** ) ) ) v. ) ) **GALE A. NORTON,** ) **Secretary of the United States** ) **Department of the Interior, et. al.** ) ) ) **Defendants.** ) _____ ) | Civil Action No. 05-01181 (JGP) |

**ORDER**

This matter is before the Court on the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' **Motion to Intervene**. Upon consideration of the motion, opposition reply and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Intervene is **GRANTED**.

Date: September 1, 2005                                  JOHN GARRETT PENN
                                                         United States District Court