IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NORTON, et al.,** )<br>)<br>**Defendants.** )<br>_____)<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWATOMI INDIANS,** )<br>)<br>**Intervenor-Defendant.** )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff, Michigan Gambling Opposition ("MichGO"), hereby provides notice of physical address. MichGO's physical address is as listed below.

    c/o Todd Boersma
    4796 21 Street
    Dorr, MI 49323

Dated: September 13, 2005

Of Counsel:
William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center, 111 Lyon Street, NW
Grand Rapids, Michigan 49503

Respectfully submitted,

*/s/ Rebecca A. Womeldorf*
Rebecca A. Womeldorf (452034)
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
Suite 900
Washington, D.C. 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Plaintiff*