IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NORTON, et al.,** )<br>)<br>**Defendants.** )<br>_____)<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWATOMI INDIANS,** )<br>)<br>**Intervenor** )<br>_____) | **Case No. 1:05-cv-01181-JGP**<br>Judge John G. Penn |

**NOTICE OF APPEARANCE**

Pursuant to Local Rules 83.6 and 83.2(e) of United States District Court for the District of Columbia, please enter the following appearance as counsel on behalf of the Federal Defendants:

Gina L. Allery                                          [Regular mail]
U.S. Department of Justice
Environment & Natural Resources Div.
Indian Resources Section
P.O. Box 44378
Washington, D.C. 20026-4378
(202) 305-0261 (telephone)
(202) 305-0271 (fax)


Indian Resources Section                          [Overnight Mail]
601 D Street, N.W., Room 3507
Washington, D.C. 20004


Respectfully submitted,
/s/
GINA L. ALLERY
DC Bar #485903

Dated: October 19, 2005