IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHGO, Michigan Gambling Opposition** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-01181-JGP |
| | ) | Judge John G. Penn |
| **NORTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **MATCH-E-BE-NASH-SHE-WISH** | ) | |
| **BAND OF POTTAWATOMI INDIANS,** | ) | |
| | ) | |
| **Intervenor** | ) | |
| | ) | |

**[PROPOSED] ORDER
GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Upon consideration of the United States' Unopposed Motion for Extension of Time, it is hereby ORDERED that the United States' answer or other responsive pleading is due on or before November 30, 2005.

Dated:_____, 2005      _____

                                                            Hon. John G. Penn
                                                            United States District Judge
                                                            District of Columbia