IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MichGO, Michigan Gambling Opposition** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NORTON, et al.,** )<br>)<br>**Defendants.** )<br>_____)<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWATOMI INDIANS,** )<br>)<br>**Intervenor** )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

**Notice of Filing of a Certified Copy of the Administrative Record**

Please take Notice that a Certified Copy of the Administrative Record supporting the Department of Interior's May 13, 2005, determination to place land located in Wayland Township, Allegan County, Michigan, into trust for the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians, the agency action being challenged by Plaintiff in the above captioned action, is being filed with the Court on November 18, 2005, together with the following documents and media:

1. Declarations of George T. Skibine, Acting Deputy Assistant Secretary for Policy and Economic Development, Bureau of Indian Affairs, Department of Interior;

2. Declaration of Edith R. Blackwell, Acting Associate Solicitor of the Division of Indian Affairs in the Office of the Solicitor, Department of Interior;

3. Index to the Administrative Record;

4. Chart containing Redactions and Material Withheld from the Administrative Record.

The Certified Copy of the Administrative Record is in electronic form only on DVD and is being maintained in the case file in the Clerk's Office.

A Certified Copy of the Administrative Record on DVD was produced to Plaintiff's counsel and Intervenor's counsel on November 18, 2005.

Dated: November 18, 2005                                          Respectfully submitted,

_____/s/_____
Gina L. Allery
Trial Attorney
United States Department of Justice
Environment and Natural Resources
  Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261
Gina.Allery@usdoj.gov

OF COUNSEL:

MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor