IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION )<br>('MichGO"), a Michigan non-profit corporation )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE A. NORTON, Secretary of the )<br>United States Department of )<br>the Interior, et al. )<br>)<br>Defendants. )<br>_____ )<br>)<br>MATCH-E-BE-NASH-SHE-WISH BAND OF )<br>POTTAWATOMI INDIANS, )<br>)<br>Intervenor. )<br>_____ ) | Case No. 1:05-cv-01181-JGP<br><br>Declaration of George T. Skibine |

I, George T. Skibine declare:

1. I am the Acting Deputy Assistant Secretary for Policy and Economic Development. I am the most senior official in the Office of Indian Gaming Management in the Bureau of Indian Affairs.

2. On May 13, 2005, the Associate Deputy Secretary issued notice of the final agency decision to acquire 146 acres in Wayland Township, Allegan County, Michigan, in trust for the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians (Gun Lake Band).

3. I certify that to the best of my knowledge, the documents filed with the Court and served on counsel of record constitute a true, correct and complete copy of the administrative

record of the decision to approve the trust acquisition for the Gun Lake Band. To the best of my knowledge, these documents were considered by the decision maker in connection with the agency action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2005.

                                              George T. Skibine
                                              Acting Deputy Assistant Secretary for
                                                 Policy and Economic Development
                                              Bureau of Indian Affairs
                                              Department of the Interior
                                              1849 C St. N.W.
                                              Washington, D.C. 20240