IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ) <br> ("MichGO"), a Michigan non-profit corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALE A. NORTON, Secretary of the ) <br> United States Department of ) <br> the Interior, et al. ) <br> ) <br> Defendants. ) <br>  ) <br> ) <br> MATCH-E-BE-NASH-SHE-WISH BAND OF ) <br> POTTAWATOMI INDIANS, ) <br> ) <br> Intervenor. ) | Case No. 1:05-cv-01181-JGP <br><br> Declaration of George T. Skibine |

I, George T. Skibine declare:

1. I am the Acting Deputy Assistant Secretary for Policy and Economic Development. I am the most senior official in the Office of Indian Gaming Management in the Bureau of Indian Affairs.

2. I have personally reviewed the documents described below, and on behalf of the Bureau of Indian Affairs, assert the deliberative-process privilege and attorney-client privilege over the following documents:

    a. Emails and portions of emails regarding discussions of the Gun Lake application with Solicitor's Office and Department of Justice attorneys, and containing agency

deliberations and communications prepared in anticipation of litigation (Bates page nos. AR006970 - AR006971; AR006972 - AR006973; AR007060; AR007061 - AR007063).

    b.  A memorandum constituting attorney work product transmitted within the agency discussing legal analysis of Gun Lake Environmental Assessment in anticipation of litigation (Bates page nos. AR006986 - AR006992 and AR007127 - AR007134).

    3.  The documents over which I assert these privileges have not been released, nor are they generally available within the agency. These documents reflect the give and take of internal, candid discussions, and identify the particular individuals involved and the content of their comments. These documents are pre-decisional, preceding the decisions of the Department.

    4.  The documents described above were segregated from the administrative record. Place holders are indicated in the index to the administrative record in the locations where the documents over which the privilege is being asserted were located.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2005.

                    George T. Skibine
                    Acting Deputy Assistant Secretary for
                     Policy and Economic Development
                    Bureau of Indian Affairs
                    Department of the Interior
                    1849 C St. N.W.
                    Washington, D.C. 20240