IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION )<br>('MichGO"), a Michigan non-profit corporation )<br>)<br>Plaintiff, )<br>)<br>5. )<br>)<br>GALE A. NORTON, Secretary of the )<br>United States Department of )<br>the Interior, et al. )<br>)<br>Defendants. )<br>_____)<br>)<br>MATCH-E-BE-NASH-SHE-WISH BAND OF )<br>POTTAWATOMI INDIANS, )<br>)<br>Intervenor. )<br>_____) | Case No. 1:05-cv-01181-JGP<br><br>Declaration of Edith R. Blackwell |

I, Edith R. Blackwell declare:

1.  I am the Acting Associate Solicitor of the Division of Indian Affairs in the Office of the Solicitor. The Acting Associate Solicitor is currently the most senior official in the Division of Indian Affairs.

2.  The Division of Indian Affairs is part of the Office of the Solicitor and attorneys in the Division of Indian Affairs provide counsel to the Bureau of Indian Affairs which is the client agency.

3.  I have personally reviewed the documents described below, and on behalf of the Solicitor's Office, I assert the following privileges:

   a. I assert the attorney-work-product privilege, the deliberative-process privilege, and the attorney-client privilege over the following emails and portions of emails regarding discussions of the Gun Lake application with Department of Justice attorneys, and containing agency deliberations and communications prepared in anticipation of litigation (Bates page nos. AR006970 - AR006971; AR006972 - AR006973; AR006975; AR006977 - AR006978; AR006979 - AR006980; AR006982 - AR006983; AR006997; AR006998 - AR006999; AR007004 - AR007005).

   b. I assert the attorney-work-product privilege and the deliberative-process privilege over a memorandum constituting attorney work product transmitted within the agency, and discussing legal analysis of the Gun Lake Environmental Assessment in anticipation of litigation (Bates page nos. AR006986 - AR006992 and AR007127 - AR007134).

   c. I assert the attorney-work-product privilege and deliberative-process privilege over portions of the following e-mails discussing legal analysis regarding the Gun Lake Environmental Assessment in anticipation of litigation (Bates page nos. AR006993 and AR006994).

   d. I assert the attorney-work-product privilege and the deliberative-process privilege over portions of the following emails discussing and analyzing legal strategies and policies in anticipation of litigation (Bates page nos. AR007060 and AR007061 - AR007063).

4.  These documents over which I assert these privileges have not been released, nor are they generally available within the agency. These documents reflect the give and take of internal, candid discussions, and identify the particular individuals involved and the content of their comments. These documents are pre-decisional, preceding the decisions of the Department, and were prepared in anticipation of litigation.

5.  The documents described above were segregated from the administrative record. Place holders are indicated in the index to the administrative record in the locations where the documents over which the privilege is being asserted were located.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/17/05.

Edith R. Blackwell
U.S. Department of the Interior
Office of the Solicitor
1849 C Street, NW
Washington, DC 20240