**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>GALE NORTON, in her official capacity as, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.<br><br>              Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS,<br><br>              Intervenor. | Case No. 1:05-cv-01181-JGP |

**COMPILATION OF THE ADMINISTRATIVE RECORD:**

REGARDING THE BUREAU OF INDIAN AFFAIRS'
27 FEBRUARY 2004 FINDING OF NO SIGNIFICANT IMPACT ("FONSI")
AND ITS
13 MAY 2005 FINAL AGENCY DETERMINATION TO ACQUIRE
APPROXIMATELY 147 ACRES OF LAND INTO TRUST
FOR THE
MATCH-E-BE-NASH-E-WISH BAND (GUN LAKE TRIBE)
OF POTTAWATOMI INDIANS OF MICHIGAN

(AS PUBLISHED IN THE FEDERAL REGISTER ON 13 MAY 2005)

filed: 18 November 2005

# TABLE OF CONTENTS TO GUN LAKE ADMINISTRATIVE RECORD

Notice of Determination to take land into trust (May 13, 2005) .................. AR000001

Finding of No Significant Impact (February 27, 2004) .......................... AR000003

Final Environmental Assessment (February 18, 2004) .......................... AR000006

Findings of Fact and Recommendation .................................... AR001247

Fee-to-Trust Application for Gaming Purposes ............................... AR001438

Fee-to-Trust Application Volume 1 ....................................... AR001976

Fee-to-Trust Application Volume 2 (March 2003 Draft EA) .................... AR002334

Fee-to-Trust Application Volume 3 (November 2002 Draft EA) ................. AR002929

Fee-to-Trust Application Volume 4 (July 2003 Draft EA) ...................... AR003566

Fee-to-Trust Application Volume 5 (December 2003 Draft EA) ................. AR004826

Draft Supporting Documentation for Fee-to-Trust Environmental Assessment ...... AR006065

Agency Documents .................................................... AR006935

Public Comments ..................................................... AR009063

      Support Letters ................................................ AR009103

      Opposition Letters .............................................. AR010464

Miscellaneous documents ............................................... AR011798

RECORD ENDS ....................................................... AR011813

## INDEX TO THE GUN LAKE ADMINISTRATIVE RECORD

**Notice of Determination to take land into trust** (May 13, 2005) . . . . . . . . . . . . . . . . . . . . . . AR000001

**Finding of No Significant Impact** (February 27, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000003

**Final Environmental Assessment** (February 18, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000006

1.0 - Purpose and Need . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000015

2.0 - Alternatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000021

3.0 - Description of Affected Environment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000035

4.0 - Environmental Consequences of the Alternatives . . . . . . . . . . . . . . . . . . . . . . . . . AR000084

5.0 - Mitigation Measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000184

6.0 - Consultation and Coordination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000192

7.0 - Acronyms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000199

8.0 Bibliography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000202

Appendices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000214

Appendix A - Agreements, Resolutions, and Correspondence with Local Agencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000215

Appendix B - Water/Wastewater Feasibility Study and Groundwater Investigations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000250

Appendix C - Biological Survey, Wetland Delineation Reports, and Correspondence with the U.S. Army Corps of Engineers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000318

Appendix D - Gun Lake Casino Final Traffic Study . . . . . . . . . . . . . . . . . . . . AR000441

Appendix E - Preliminary Site Grading and Stormwater Management Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000518

Appendix F - Correspondence with the Michigan Department of Transportation (MDOT) and the Board of County Road Commissioners of Allegan County . . . . . . . . . . . . . . . . . . . . . . . . . . AR000585

Appendix G - United States Department of Agriculture Form AD-1006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000591

Appendix H - Economic and Community Impact Analysis . . . . . . . . . . . . . . . . AR000593

Appendix I - Correspondence with the Michigan Department of Natural Resources (MDNR) and the U.S. Fish and Wildlife Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000712

Appendix J - Final Air Quality Impact Assessment . . . . . . . . . . . . . . . . . . . . . AR000718

Appendix K - Tribal Comments Regarding the Presence of

Sacred Sites . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000785

Appendix L - Correspondence with the State Historic Preservation
Office (SHPO) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000791

Appendix M - Sound Investigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000796

Appendix N - Notice of Availability . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000803

Appendix O - Newspaper Articles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000813

Appendix P - Comment Letters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR000825

Appendix Q - Responses to Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001061

Supplemental information regarding business plan with attached
Class III Gaming Facility Business Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001204

Supplemental information regarding air quality nonattainment
area status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001237


**Findings of Fact and Recommendation** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001247

Tab 16 - Notice of Final Agency Determination to take land into trust
under 25 CFR Part 151 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001250

Tab 15 - [Approval of] Request by the Match-E-Be-Nash-She-Wish
Band (Gun Lake Tribe) of Pottawatomi Indians of Michigan Trust
Acquisition of 147 acre parcel in Wayland Township,
Allegan County, Michigan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001253

Tab 14 - Request of Match-E-Be-Nash-She-Wish Band of Pottawatomi
Indians of Michigan for Trust Acquisition of 147 Acres of Land
for Gaming [Policy and Economic Analysis] . . . . . . . . . . . . . . . . . . . . . . . . . . AR001257

Tab 13 - Request of Match-E-Be-Nash-She-Wish Band of Pottawatomi
Indians [Preparation of recommendation to proclaim the proposed
property as a new reservation under 25 USC 467] . . . . . . . . . . . . . . . . . . . . . . AR001268

Tab 12 - Supplemental information regarding air quality nonattainment status . . . . . . . AR001275

Tab 11 - Evaluation of VOC and NOx Vehicle Emissions, Gun Lake Gaming
and Entertainment Facility, Allegan County, Michigan . . . . . . . . . . . . . . . . . . AR001306

Tab 10 - Gun Lake Gaming EA - Confirmation of Clean Air Act Compliance . . . . . . . AR001330

Tab 09 - Basis for Concluding No Significant Impact on Air Quality . . . . . . . . . . . . . AR001332

Tab 08 - Analysis of CETAC v. Norton decision . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001339

Tab 07 - Comparison of Gun Lake EA with the Huron EA
(subject of CETAC v. Norton) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001343

Tab 06 - Finding of No Significant Impact, Proposed Match-E-Be-Nash-
She-Wish Band of Pottawatomi Indians Gaming and Entertainment
Facility in Wayland Township, Allegan County, Michigan . . . . . . . . . . . . . . . AR001346

Tab 05 - Memo re: Gun Lake Gaming & Entertainment Facility Environmental
Assessment Dated December 2003 [with Draft FONSIs] . . . . . . . . . . . . . . . . AR001364

Tab 04 - Indian Land Opinion: Match-E-Be-Nash-She-Wish Band of

        Pottawatomi Indians of Michigan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001379

    Tab 03 - Review of the March 2000 Environmental Assessment for the
        Proposed Fee-to-Trust Acquisition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001385

    Tab 02 - Request for an Indian Gaming Regulatory Act Section 20 Opinion . . . . . . . . AR001402

    Tab 01 - 9 Aug 2001 Letter Transmitting Trust Application to OIGM . . . . . . . . . . . . AR001406

        Attachment - Class III Gaming Facility Business Plan . . . . . . . . . . . . . . . . . . . AR001408

**Fee-to-Trust Application for Gaming Purposes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001438

    Tab 01 - Table of Contents - Administrative Record for (Gaming)
        Trust Application Match-E-Be-Nash-She-Wish Band of Pottawatomi
        Indians of Michigan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001453

    Tab 02 - Environmental Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001460

    Tab 03 - Solicitor Opinion on IGRA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001513

    Tab 04 - Preliminary Title Opinion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001528

    Tab 05 - Title Evidence for Parcel 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001547

    Tab 06 - Title Evidence for Parcel 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001599

    Tab 07 - Initial Title Evidence Submitted for Both Parcels . . . . . . . . . . . . . . . . . . . . . . AR001610

    Tab 08 -  Corrections to Legal Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001633

    Tab 09 - Tribal Constitution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001667

    Tab 10 -  Local Agreements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001685

    Tab 11 - 25 CFR 151 Consultation with Allegan County . . . . . . . . . . . . . . . . . . . . . . . AR001716

    Tab 12 - 25 CFR 151 Consultation with Wayland Township . . . . . . . . . . . . . . . . . . . . AR001739

    Tab 13 - 25 CFR 151 Consultation with City of Wayland . . . . . . . . . . . . . . . . . . . . . . AR001751

    Tab 14 - 25 CFR 151 Consulation with State of Michigan  . . . . . . . . . . . . . . . . . . . . . AR001758

    Tab 15 - 25 CFR 151 Consultation with Pokagon Band of Potawatomi  . . . . . . . . . . . AR001762

    Tab 16 - 25 CFR 151 Consultation with Nottawaseppi Huron Band of Potawatomi . . . AR001765

    Tab 17 - Communications with Applicant Tribe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001768

    Tab 18 - Property Taxes and Development Agreement . . . . . . . . . . . . . . . . . . . . . . . . AR001774

    Tab 19 - Federal Recognition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001911

    Tab 20 - Compact Negotiations  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001917

    Tab 21 - Internal Communications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001928

    Tab 22 - External Communications [Newspaper Articles] . . . . . . . . . . . . . . . . . . . . . . AR001960

**Fee-to-Trust Application Volume 1** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001976

    Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001978

Tab 01 - Federal Register Notice - Notice of Final Determination -
Tribal Acknowledgement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR001979

Tab 02 - Transmittal of Gun Lake Fee-to-Trust Application . . . . . . . . . . . . . . . . . . . . . AR001983

    Exh 01 - Tribal Resolution regarding Fee-to-Trust . . . . . . . . . . . . . . . . . . . . . . AR002003

    Exh 02 - Branch of Acknowledgment and Research Report . . . . . . . . . . . . . . AR002008

    Exh 03 - Legal Description of Parcels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002308

    Exh 04 - Plat Map . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002310

    Exh 05 - Warranty Deed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002312

    Exh 06 - Tax Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002315

    Exh 07 - Letter of Intent from Allegan County Sheriff's Office to provide
law-enforcement services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002324

    Exh 08 - Letter of Intent to provide emergency medical services from
Wayland Area EMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002326

    Exh 09 - Letter of Support for Fee-to-Trust Application from Wayland
Township . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002328

    Exh 10 - Letter of Intent to provide fire protection services from City
of Wayland . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002330

    Exh 11 - Resolution in support of Fee-to-Trust acquisition from Wayland
Township Board . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002332

**Fee-to-Trust Application Volume 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002334

Tab 03 - Transmittal of March 2003 EA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002337

**March 2003 Environmental Assessment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002342

    Chapter 1.0 - Purpose and Need . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002351

    Chapter 2.0 - Alternatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002357

    Chapter 3.0 - Description of Affected Environment . . . . . . . . . . . . . . . . . . . . AR002370

    Chapter 4.0 - Environmental Consequences of the Alternatives . . . . . . . . . . . AR002413

    Chapter 5.0 - Mitigation Measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002468

    Chapter 6.0 - Consultation and Coordination . . . . . . . . . . . . . . . . . . . . . . . . . AR002476

    Chapter 7.0 - Bibliography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002481

    Appendices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002490

        Appendix A - Correspondence with Local Agencies . . . . . . . . . . . . . AR002491

        Appendix B - Gun Lake Gaming Facility Water and
Wastewater Feasibility Study . . . . . . . . . . . . . . . . . . . . . . . . . AR002498

        Appendix C - Wetland Delineation Reports . . . . . . . . . . . . . . . . . . . . AR002548

        Appendix D - Gun Lake Casino Final Traffic Study . . . . . . . . . . . . . AR002627

        Appendix E - Preliminary Site Grading and Stormwater

Management Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002697

Appendix F - Correspondence with the Michigan Department
of Transportation (MDOT) . . . . . . . . . . . . . . . . . . . . . . . . . . AR002735

Appendix G - United States Department of Agriculture Form
AD-1006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002740

Appendix H - Economic and Community Impact Analysis . . . . . . . . . AR002742

Appendix I - Correspondence with the Michigan Department
of Natural Resources (MDNR) and the U.S. Fish and
Wildlife Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002799

Appendix J - Draft Air Quality Impact Assessment . . . . . . . . . . . . . . AR002803

Appendix K - Correspondence with the State Historic
Preservation Office (SHPO) . . . . . . . . . . . . . . . . . . . . . . . . . AR002866

Tab 04 - Request for an Indian Regulatory Act Section 20 Opinion for the
Ponca Tribe of Nebraska, transmitting draft memorandum . . . . . . . . . . . . . . . . . AR002914

Tab 05 - Review of the March 2000 [sic] Environmental Assessment . . . . . . . . . . . . . AR002920


**Fee-to-Trust Application Volume 3** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002929

Tab 06 - Notice of Availability & Comment Period . . . . . . . . . . . . . . . . . . . . . . . . . . AR002932

**November 2002 Environmental Assessment** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002935

Chapter 1.0 - Purpose and Need . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002944

Chapter 2.0 - Alternatives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR002949

Chapter 3.0 - Description of Affected Environment . . . . . . . . . . . . . . . . . . . . AR002962

Chapter 4.0 - Environmental Consequence of the Alternatives . . . . . . . . . . . AR003009

Chapter 5.0 - Mitigation Measures . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR003068

Chapter 6.0 - Consultation and Coordination . . . . . . . . . . . . . . . . . . . . . . . . AR003075

Chapter 7.0 - Bibliography . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR003080

Appendices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR003090

Appendix A - Agreements, Resolutions, and Correspondence
with Local Agencies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR003091

Appendix B - Water/Wastewater Feasibility Study and
Groundwater Investigations . . . . . . . . . . . . . . . . . . . . . . . . . AR003112

Appendix C - Biological Survey and Wetland Delineation
Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR003169

Appendix D - Gun Lake Casino Final Traffic Study . . . . . . . . . . . . . . AR003291

Appendix E - Preliminary Site Grading and Stormwater
Management Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR003359

Appendix F - Correspondence with the Michigan Department
of Transportation (MDOT) . . . . . . . . . . . . . . . . . . . . . . . . . . AR003397

       Appendix G - United States Department of Agriculture Form
           AD-1006 ........................................... AR003402

       Appendix H - Economic and Community Impact Analysis ......... AR003404

       Appendix I - Correspondence with the Michigan Department
           of Natural Resources (MDNR) and the U.S. Fish and
           Wildlife Service ..................................... AR003462

       Appendix J - Final Air Quality Impact Assessment ................ AR003466

       Appendix K - Tribal Comments Concerning the Presence
           of Sacred Sites ...................................... AR003533

       Appendix L - Correspondence with the State Historic
           Preservation Office (SHPO) ........................... AR003538

       Appendix M - Sound Investigation ............................ AR003543

Tab 07 - Notice of Availability & Comment Period
    [Extending Comment Period to 26 January 2003] ...................... AR003550

Tab 08 - Notice of Availability & Comment Period
    [Extending Comment Period to 10 February 2003] ..................... AR003552

Tab 09 - Correspondence regarding extending comment period with
    U.S. Rep. Pete Hoekstra ............................................ AR003554

Tab 10 - Indian Land Opinion ............................................. AR003560


**Fee-to-Trust Application Volume 4** .............................................. AR003566

    Tab 11 - Transmittal of July 2003 Environmental Assessment ................... AR003569

    **July 2003 Environmental Assessment** ...................................... AR003571

       Chapter 1.0 - Purpose and Need ............................... AR003580

       Chapter 2.0 - Alternatives .................................... AR003586

       Chapter 3.0 - Description of Affected Environment .............. AR003600

       Chapter 4.0 - Environmental Consequences of the Alternatives .......... AR003649

       Chapter 5.0 - Mitigation Measures ............................ AR003752

       Chapter 6.0 - Consultation and Coordination ................... AR003760

       Chapter 7.0 - Bibliography .................................... AR003767

       Appendices .................................................. AR003779

           Appendix A - Agreements, Resolutions, and Correspondence
              with Local Agencies ................................ AR003780

           Appendix B - Water/Wastewater Feasibility Study and
              Groundwater Investigations ........................... AR003815

           Appendix C - Biological Survey and Wetland
              Delineation Reports ................................. AR003889

           Appendix D - Gun Lake Casino Final Traffic Study ............. AR004011

Appendix E - Preliminary Site Grading and Stormwater
	Management Plan .................................... AR004088

Appendix F - Correspondence with the Michigan Department
	of Transportation (MDOT) and the Board of County
	Road Commissioners of Allegan County ................ AR004152

Appendix G - United States Department of Agriculture Form
	AD-1006 ........................................ AR004158

Appendix H - Economic and Community Impact Analysis ......... AR004160

Appendix I - Correspondence with the Michigan Department
	of Natural Resources (MDNR) and the U.S. Fish and
	Wildlife Service .................................... AR004279

Appendix J - Final Air Quality Impact Assessment .............. AR004285

Appendix K - Tribal Comments Concerning the Presence of
	Sacred Sites ...................................... AR004352

Appendix L - Correspondence with the State Historic
	Preservation Office (SHPO) ......................... AR004358

Appendix M - Sound Investigation ............................ AR004363

Appendix N - Notice of Availability .......................... AR004370

Appendix O - Newspaper Articles ............................ AR004380

Appendix P - Comment Letters .............................. AR004392

Appendix Q - Responses to Comments ....................... AR004628


**Fee-to-Trust Application Volume 5** ................................... AR004826

Tab 12 - **December 2003 Environmental Assessment** ....................... AR004829

Chapter 1.0 - Purpose and Need .................................. AR004839

Chapter 2.0 - Alternatives ........................................ AR004845

Chapter 3.0 - Description of Affected Environment ................... AR004859

Chapter 4.0 - Environmental Consequences of the Alternatives .......... AR004888

Chapter 5.0 - Mitigation Measures ................................. AR004990

Chapter 6.0 - Consultation and Coordination ........................ AR004998

Section 7.0 - Acronyms .......................................... AR005005

Section 8.0 - Bibliography ........................................ AR005008

Appendices ..................................................... AR005020

Appendix A - Agreements, Resolutions, and Correspondence
	with Local Agencies ............................... AR005022

Appendix B - Water/Wastewater Feasibility Study and
	Groundwater Investigations ......................... AR005073

Appendix C - Biological Survey, Wetland Delineation

Reports, and Correspondence with the U.S. Army
Corps of Engineers ................................. AR005142

Appendix D - Gun Lake Casino Final Traffic Study .............. AR005266

Appendix E - Preliminary Site Grading and Stormwater
Management Plan ..................................... AR005344

Appendix F - Correspondence with the Michigan Department
of Transportation (MDOT) and the Board of County
Road Commissioners of Allegan County ................ AR005411

Appendix G - United States Department of Agriculture Form
AD-1006 ............................................. AR005418

Appendix H - Economic and Community Impact Analysis .......... AR005421

Appendix I - Correspondence with the Michigan Department
of Natural Resources (MDNR) and the U.S. Fish and
Wildlife Service .................................... AR005541

Appendix J - Final Air Quality Impact Assessment ............... AR005548

Appendix K - Tribal Comments Regarding the Presence of
Sacred Sites ........................................ AR005616

Appendix L - Correspondence with the State Historic
Preservation Office (SHPO) .......................... AR005623

Appendix M - Sound Investigation ............................. AR005629

Appendix N - Notice of Availibility .......................... AR005637

Appendix O - Newspaper Articles .............................. AR005648

Appendix P - Comment Letters ................................. AR005661

Appendix Q - Responses to Comments ........................... AR005899

Tab 13 - Letter expressing hope to meet to achieve prompt review of the
Midwest Region recommendation ................................ AR006042

Tab 14 - Letter regarding editorial changes to be made to the December 2003 EA .... AR006044

Tab 15 - Transmittal of modified pages for insertion into the Final EA ............ AR006046


**Draft Supporting Documentation for Fee-to-Trust Environmental Assessment** ......... AR006065

Section 1 - Figures .................................................... AR006067

Section 2 - Local Agency Letters ....................................... AR006075

Section 3 - Phase I Environmental Site Assessment of Parcel Number
0324-019-026-00 .................................................. AR006079

Phase I Environmental Site Assessment of Parcel Number
0324-019-026-00 .............................................. AR006080

Phase I Environmental Site Assessment of Parcel Nos.
0324-019-026-00, 0324-019-033-00, and 0324-019-032-00 ......... AR006114

Appendix I - Property Location Maps / Property Survey of Parcel 032 ...... AR006132

Appendix II - Wayland Township Assessor Information . . . . . . . . . . . . . . . . . . AR006138

Appendix III - 1986 Aerial Photograph of the Property . . . . . . . . . . . . . . . . . . AR006146

Appendix IV - Sanborn Map Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006148

Appendix V - MSDS Lesco Lawn Starter . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006150

Appendix VI - Phase I Environmental Site Assessment,
    Ampro Industries, Inc. Property, 1129th Street,
    Bradley, Michigan by Superior Environmental
    Corporation, January 14, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006154

Appendix VII - Photography of the Property . . . . . . . . . . . . . . . . . . . . . . . . . AR006249

Appendix VIII - EDR-Sanborn Database Report . . . . . . . . . . . . . . . . . . . . . . . AR006253

Appendix IX - FOIA Correspondence Documentation, Allegan
    County Health Department . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006284

Appendix X - Statement of Qualifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006287

Appendix VII - Photographs of the Property . . . . . . . . . . . . . . . . . . . . . . . . . AR006289

Appendix VIII - EDR Database Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006293

Appendix IX - FOIA Correspondence Documentation . . . . . . . . . . . . . . . . . . AR006306

ALTA/ACSM Land Title Survey for 1123 129th Avenue . . . . . . . . . . . . . . . AR006310

Section 4 - Report of Phase I Environmental Site Assessment Update and
    Phase II Environmental Site Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006312

Section 5 - Gun Lake Gaming Facility Water and Wastewater Feasibility Study . . . . . AR006519

Section 6 - Draft Biological Survey and Report for the Gun Lake Project . . . . . . . . . . AR006634

Section 7 - Gun Lake Casino Traffic Study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006719

Section 8 - Report of Preliminary Soils Investigation for Gun Lake Project . . . . . . . . AR006755

Section 9 - Updated Economic and Community Impact Analysis Allegan
    County Native American Casino . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006824

Section 10 - Grading and Drainage Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006897

**Agency Documents**

BIA - Central Office

   E-mails . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR006935

   Correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR007110

BIA - Midwest Regional Office

   E-mails . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR007320

   Correspondence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR007453

   Other Documents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR008971

**Public Comments**

    Correspondence with political representatives; agency reply letters . . . . . . . . . . . . . . . AR009063

    Support Letters

        Batch 1 (Organizational Supporct) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR009103

        Batch 2 (general) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR009152

        Batch 3 (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR009302

        Batch 4 (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR009351

        Batch 5 (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR009551

        Batch 6 (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR009564

        Batch 7 (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR009582

    Opposition Letters

        Batch A (Organizational Opposition) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010464

        Batch B (Petitions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010482

        Batch C (Grand Rapids Area Chamber of Commerce) . . . . . . . . . . . . . . . . . . AR010503

        Batch D (E-mails) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010598

        Batch E (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010618

        Batch F (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010632

        Batch G (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010651

        Batch H (by type) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010691

        Batch I (general) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR010729

        Batch J (school children letters) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR011545

    Requests for EA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR011717

**Miscellaneous documents** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR011798

RECORD ENDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . AR011813