<u>**MICHGO v. Gale A. Norton, et al.**</u>, Case No.1:05CV01181 - JGP (D.D.C. 2005)
**REDACTIONS AND MATERIAL WITHHELD FROM ADMINISTRATIVE RECORD**
(DOI ADMINISTRATIVE RECORD REGARDING DECISION TO TAKE APPROXIMATELY 146 ACRES OF LAND INTO TRUST IN WAYLAND TOWNSHIP)
17 November 2005

| DOC | TYPE | DATE | AUTHOR | ADDRESSEE | DESCRIPTION | W/R | PRIV | NOTES |
|---|---|---|---|---|---|---|---|---|
| AR001204 - AR001236 | Memo | 2004/07/23 | Virden, Terrance L. | Director, Office of Indian Gaming Management | [Supplemental information regarding business plan with attached MBPI Class III Gaming Facility Business Plan] | R | CBI | The MBPI Class III Gaming Facility Business Plan contains confidential business information |
| AR001408 - AR001437 | Report | 2001/11/00 | Gun Lake Tribe | | MBPI Class III Gaming Facility Business Plan | R | CBI | The MBPI Class III Gaming Facility Business Plan contains confidential business information |
| AR001939 | E-mail | 2003-12-04 | Selwyn, Dawn | Skibine, George | Portion of email regarding applications of other tribes | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR001950 | E-mail | 2003/07/02 | Pierskalla, Nancy | Selwyn, Dawn | Portion of email regarding vacation | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR001955 | E-mail | 2001/12/19 | Nelson, Herb | Morrin, Larry | Portion of email regarding status of application of another tribe | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR002914 - AR002919 | Letter | 2002/05/10 | Kimball, Marcia M. | Hogen, Philip N., Blackwell, Edith R. | Tab 04 of the Gun Lake Trust Application - Request for an Indian Regulatory Act Section 20 Opinion for the Ponca Tribe of Nebraska, transmitting draft memorandum | W | NR | Draft Section 20 Opinion located in materials was for another tribe and is therefore nonrecord material; see AR001513 for Section 20 Opinion for the Gun Lake trust application |
| AR006953 | E-mail | 2003/04/03 | Jasper, John | Blackwell, Edith R. | Portion of email regarding Coos litigation | R | NR | Redacted materials not part of the administrative record and not related to this action |

W = Withheld, R = Redacted

AC = Attorney Client, CBI = Confidential Business Information, DP = Deliberative Process, NR = Non-Record, PA = Privacy Act or Private Information, WP = Work Product

<u>MICHGO v. Gale A. Norton, et al.</u>, Case No.1:05CV01181 - JGP (D.D.C. 2005)
# REDACTIONS AND MATERIAL WITHHELD FROM ADMINISTRATIVE RECORD
(DOI ADMINISTRATIVE RECORD REGARDING DECISION TO TAKE APPROXIMATELY 146 ACRES OF LAND INTO TRUST IN WAYLAND TOWNSHIP)
17 November 2005

| DOC | TYPE | DATE | AUTHOR | ADDRESSEE | DESCRIPTION | W/R | PRIV | NOTES |
|---|---|---|---|---|---|---|---|---|
| AR006955 - AR006957 | E-mail | 2003/12/08 | Bernhardt, David | Martin, Aurene M. | Portion of email string regarding Hill meetings on unrelated matters | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR006970 - AR006971 | E-mail | 2004/04/22 | Skibine, George T. | Martin, Aurene M. | Portion of email string regarding matters relating to other tribes; portion of email string regarding discussion of Gun Lake application with the Department of Justice attorneys | R | NR, DP, WP, AC | Non-record matters; contains agency deliberations and communications in preparation for potential litigation |
| AR006972 - AR006973 | E-mail | 2004/04/28 | Skibine, George T. | Martin, Aurene M. | Portion of email string regarding matters relating to other tribes; portion of email string regarding discussion of Gun Lake application with the Department of Justice attorneys | R | NR, DP, WP, AC | Non-record matters; contains agency deliberations and communications in preparation for potential litigation |
| AR006975 | E-mail | 2004/05/20 | Blackwell, Edith R. | Thomas, Marigrace | Portion of email string regarding discussion of Gun Lake application with the Department of Justice attorneys | R | DP, WP, AC | Contains agency deliberations and communications in preparation for potential litigation |
| AR006977 - AR006978 | E-mail | 2004/05/20 | Schaeffer, Suzanne | Blackwell, Edith R. | Portion of email string regarding discussion of Gun Lake application with the Department of Justice attorneys | R | DP, WP, AC | Contains agency deliberations and communications in preparation for potential litigation |

W = Withheld, R = Redacted
AC = Attorney Client, CBI = Confidential Business Information, DP = Deliberative Process, NR = Non-Record, PA = Privacy Act or Private Information, WP = Work Product

<u>MICHGO v. Gale A. Norton, et al.</u>, Case No.1:05CV01181 - JGP (D.D.C. 2005)
# REDACTIONS AND MATERIAL WITHHELD FROM ADMINISTRATIVE RECORD
(DOI ADMINISTRATIVE RECORD REGARDING DECISION TO TAKE APPROXIMATELY 146 ACRES OF LAND INTO TRUST IN WAYLAND TOWNSHIP)
17 November 2005

| DOC | TYPE | DATE | AUTHOR | ADDRESSEE | DESCRIPTION | W/R | PRIV | NOTES |
|---|---|---|---|---|---|---|---|---|
| AR006979 - AR006980 | E-mail | 2004/05/21 | Thomas, Marigrace | Chaney, Chris - SOL | Portion of email string regarding discussion of Gun Lake application with the Department of Justice attorneys | R | DP, WP, AC | Contains agency deliberations and communications in preparation for potential litigation |
| AR006982 - AR006983 | E-mail | 2004/05/21 | Blackwell, Edith R. | McKeown, Matt | Portion of email string regarding discussion of Gun Lake application with the Department of Justice attorneys | R | DP, WP, AC | Contains agency deliberations and communications in preparation for potential litigation |
| AR006986 - AR006992 | Memo | 2004/05/21 | Principal Deputy Assistant Secretary - Indian Affairs | Associate Solicitor, Division of Indian Affairs | [Gun Lake Critique Draft] | W | AC, DP, WP | Attorney work product transmitted within agency discussing legal analysis of Gun Lake EA in preparation for potential litigation |
| AR006993 | E-mail | 2004/05/24 | McKeown, Matt | Chaney, Chris | Portion in email regarding Gun Lake EA Legal Analysis | R | DP, WP | Discusses legal analysis prepared in anticipation of litigation |
| AR006994 | E-mail | 2004/05/24 | Wiseman, Maria | McKeown, Matt | Portion of email regarding Gun Lake EA Legal Analysis | R | DP, WP | Discusses legal analysis prepared in anticipation of litigation |
| AR006995 - AR006996 | E-mail | 2004/06/22 | Chaney, Chris | McKeown, Matt Wooldridge, Sue Ellen | Portion of email regarding meetings related to other matters | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR006997 | E-mail | 2004/07/06 | Wiseman, Maria | Schaeffer, Suzanne | Gun Lake update | R | DP, AC, WP | Contains agency deliberations and communications in preparation for potential litigation |

W = Withheld, R = Redacted

AC = Attorney Client, CBI = Confidential Business Information, DP = Deliberative Process, NR = Non-Record, PA = Privacy Act or Private Information, WP = Work Product

<u>**MICHGO v. Gale A. Norton, et al.**</u>, Case No.1:05CV01181 - JGP (D.D.C. 2005)
**REDACTIONS AND MATERIAL WITHHELD FROM ADMINISTRATIVE RECORD**
(DOI ADMINISTRATIVE RECORD REGARDING DECISION TO TAKE APPROXIMATELY 146 ACRES OF LAND INTO TRUST IN WAYLAND TOWNSHIP)
17 November 2005

| <u>DOC</u> | <u>TYPE</u> | <u>DATE</u> | <u>AUTHOR</u> | <u>ADDRESSEE</u> | <u>DESCRIPTION</u> | <u>W/R</u> | <u>PRIV</u> | <u>NOTES</u> |
|---|---|---|---|---|---|---|---|---|
| AR006998 - AR006999 | E-mail | 2004/07/15 | Martin, Aurene M. | Rosier, Theresa | Portion of email regarding a Draft Statement for Review relating to other tribes | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007004 - AR007005 | E-mail | 2004/07/21 | Wiseman, Maria | Schaeffer, Suzanne Chaney, Chris | Gun Lake update | R | DP, AC, WP | Contains agency deliberations and communications in preparation for potential litigation |
| AR007006 | E-mail | 2004/07/21 | Skibine, George T. | Martin, Aurene M. | [non-record matter] | R | NR | Redacted materials reference non-record personal matters not related to this action |
| AR007020 | E-mail | 2004/07/28 | Skibine, George T. | Martin, Aurene M. | Portion of email discussing unrelated gaming issues | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007025 | E-mail | 2004/08/04 | Skibine, George T. | Martin, Aurene M. | Portion of email regarding unrelated gaming policy issues | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007026 - AR007027 | E-mail | 2004/08/05 | Martin, Aurene M. | Skibine, George T. | Portion of email string regarding unrelated travel and conference schedules | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007032 - AR007033 | E-mail | 2004/10/05 | Keep, Scott | Myers, Richard Schaeffer, Suzanne Jasper, John Garcia, Bridget Wiseman, Maria | Portion of email string regarding unrelated pending gaming applications | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007034 - AR007035 | E-mail | 2004/10/05 | Wiseman, Maria | Keep, Scott | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |

W = Withheld, R = Redacted

AC = Attorney Client, CBI = Confidential Business Information, DP = Deliberative Process, NR = Non-Record, PA = Privacy Act or Private Information, WP = Work Product

<u>**MICHGO v. Gale A. Norton, et al.**</u>, Case No.1:05CV01181 - JGP (D.D.C. 2005)
# REDACTIONS AND MATERIAL WITHHELD FROM ADMINISTRATIVE RECORD
(DOI ADMINISTRATIVE RECORD REGARDING DECISION TO TAKE APPROXIMATELY 146 ACRES OF LAND INTO TRUST IN WAYLAND TOWNSHIP)
17 November 2005

| <u>DOC</u> | <u>TYPE</u> | <u>DATE</u> | <u>AUTHOR</u> | <u>ADDRESSEE</u> | <u>DESCRIPTION</u> | <u>W/R</u> | <u>PRIV</u> | <u>NOTES</u> |
|---|---|---|---|---|---|---|---|---|
| AR007036 - AR007037 | E-mail | 2004/10/05 | Keep, Scott | Garcia, Bridget | Portion of email string regarding unrelated pending gaming applications | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007038 - AR007039 | E-mail | 2004/10/05 | Keep, Scott | Wiseman, Maria | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007040 - AR007042 | E-mail | 2004/10/05 | Chaney, Chris | Keep, Scott | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007043 - AR007044 | E-mail | 2004/10/05 | Chaney, Chris | Wiseman, Maria | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007045 - AR007047 | E-mail | 2004/10/06 | Schaeffer, Suzanne | Wiseman, Maria | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007048 - AR007050 | E-mail | 2004/10/06 | Schaeffer, Suzanne | Wiseman, Maria | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007051 - AR007053 | E-mail | 2004/10/06 | Chaney, Chris | Schaeffer, Suzanne | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007055 - AR007057 | E-mail | 2004/10/07 | Chaney, Chris | Wiseman, Maria | Portion of email regarding NEPA status of other gaming acquisitions | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007060 | E-mail | 2004/10/18 | Chaney, Chris | Wiseman, Maria | Portion of email discussing legal strategy | R | AC, DP, WP | Discusses and analyzes legal strategy/policy in preparation for anticipated litigation |

W = Withheld, R = Redacted

AC = Attorney Client, CBI = Confidential Business Information, DP = Deliberative Process, NR = Non-Record, PA = Privacy Act or Private Information, WP = Work Product

<u>MICHGO v. Gale A. Norton, et al.</u>, Case No.1:05CV01181 - JGP (D.D.C. 2005)
# REDACTIONS AND MATERIAL WITHHELD FROM ADMINISTRATIVE RECORD
(DOI ADMINISTRATIVE RECORD REGARDING DECISION TO TAKE APPROXIMATELY 146 ACRES OF LAND INTO TRUST IN WAYLAND TOWNSHIP)
17 November 2005

| DOC | TYPE | DATE | AUTHOR | ADDRESSEE | DESCRIPTION | W/R | PRIV | NOTES |
|---|---|---|---|---|---|---|---|---|
| AR007061 - AR007063 | E-mail | 2004/10/18 | Wiseman, Maria | Chaney, Chris | Portion of email discussing legal strategy | R | AC, DP, WP | Discusses and analyzes legal strategy/policy in preparation for anticipated litigation |
| AR007064 | E-mail | 2004/11/09 | Wiseman, Maria | Moran, David | Portion of email discussing misc unrelated gaming matters | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007065 - AR007066 | E-mail | 2004/11/15 | Blaser, Tom | Chaney, Chris | Portion of email discussing misc unrelated gaming matters | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007069 | E-mail | 2004/12/14 | Blaser, Tom | Moran, David | Portions of email regarding summary of unrelated gaming matters discussed at Gaming Meeting | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007070 | E-mail | 2005/01/25 | Garcia, Bridget | Halvarson, Toby, Blaser, Tom | Email from Division of Indian Affairs indicating that the action office for Gun Lake is BIA | W | NR | Email not part of the administrative record and not related to this action |
| AR007081 - AR007082 | E-mail | 2005/03/16 | Blackwell, Edith R. | Cooper, Renee | Re: Gun Lake briefing for Secretary today | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007127 - AR007134 | Memo | 2004/05/24 | Principal Deputy Assistant Secretary - Indian Affairs | Associate Solicitor, Division of Indian Affairs | [Gun Lake Critique Draft] | W | AC, DP, WP | Attorney work product discussing legal analysis of Gun Lake EA in preparation for potential litigation |
| AR007385 | E-mail | 2003/07/22 | Nelson, Herb | Selwyn, Dawn | Portion of email regarding priorities for review of other tribes' EAs | R | NR | Redacted materials not part of the administrative record and not related to this action |

W = Withheld, R = Redacted

AC = Attorney Client, CBI = Confidential Business Information, DP = Deliberative Process, NR = Non-Record, PA = Privacy Act or Private Information, WP = Work Product

**MICHGO v. Gale A. Norton, et al.**, Case No.1:05CV01181 - JGP (D.D.C. 2005)
# REDACTIONS AND MATERIAL WITHHELD FROM ADMINISTRATIVE RECORD
(DOI ADMINISTRATIVE RECORD REGARDING DECISION TO TAKE APPROXIMATELY 146 ACRES OF LAND INTO TRUST IN WAYLAND TOWNSHIP)
17 November 2005

| DOC | TYPE | DATE | AUTHOR | ADDRESSEE | DESCRIPTION | W/R | PRIV | NOTES |
|---|---|---|---|---|---|---|---|---|
| AR007442 - AR007445 | E-mail | 2004/07/21 | Skibine, George T. | Demerey, Heather  Pierskalla, Nancy  Nelson, Herb | Portion of email regarding review of another tribe's EIS | R | NR | Redacted materials not part of the administrative record and not related to this action |
| AR007451 | E-mail | 2005/04/21 | Nelson, Herb | Skibine, George T.  Pierskalla, Nancy  Virden, Terrance L.  Lussier, Norma | Email regarding the BIA's procedures for the Gun Lake fee-to-trust determination | W | NR | Extra-record review of the decision-making procedures in Gun Lake determination, not part of the administrative record |
| AR007452 | E-mail | 2005/06/08 | Skibine, George T. | Virden, Terrance L.  Springer, De  Nelson, Herb,  Pierskalla, Nancy  Hart, Paula | Email regarding compilation of Gun Lake Administrative Record | W | NR | Post-decision discussion regarding instructions for compilation of administrative record |
| AR011019, AR011545 - AR011716 | Public Letters | various | [various school children] | [various officials] | [opposition to casino] | R | PA | Names, addresses, images, and phone numbers of minor children redacted for privacy |

W = Withheld, R = Redacted
AC = Attorney Client, CBI = Confidential Business Information, DP = Deliberative Process, NR = Non-Record, PA = Privacy Act or Private Information, WP = Work Product