IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition**    )<br>                                                                         )<br>           **Plaintiff,**                               )<br>                                                                         )<br>v.                                                                     )         Case No. 1:05-cv-01181-JGP<br>                                                                         )         Judge John G. Penn<br>**NORTON, et al.,**                                       )<br>                                                                         )<br>           **Defendants.**                            )<br>_____)<br>                                                                         )<br>**MATCH-E-BE-NASH-SHE-WISH**                )<br>**BAND OF POTTAWATOMI INDIANS,**     )<br>                                                                         )<br>           **Intervenor**                              )<br>_____) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, the United States, respectfully request an extension of time to file an answer or other responsive pleading in this matter on or before December 30, 2005.

In support of this motion, the Defendants state as follows:

1. Undersigned counsel has authorization from Plaintiff's counsel and Intervenor's counsel to state that this motion is unopposed;

2. Currently, an answer or other responsive pleading is due November 30, 2005;

3. The Department of Interior certified the administrative record in this case on November 18, 2005. Due to the length of time required to compile the record because of its volume, technological issues, personnel travel schedules, and other issues, Counsel for the United States requires additional time to review the record

and to prepare the appropriate responsive pleading.

WHEREFORE, the United States respectfully requests an extension of time to file its answer or other responsive pleading on or before December 30, 2005.

| | |
|---|---|
| Dated: November 29, 2005 | Respectfully submitted, |
| | GINA L. ALLERY |
| | D.C. Bar No. 485903 |
| | Trial Attorney |
| | United States Department of Justice |
| | Environment and Natural Resources Division |
| | Indian Resources Section |
| | P.O. Box 44378 |
| | L'Enfant Plaza Station |
| | Washington, D.C. 20026-4378 |
| | (202) 305-0261 |

<u>OF COUNSEL</u>:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC