IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHGO, Michigan Gambling Opposition** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-01181-JGP |
| | ) | Judge John G. Penn |
| **NORTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| | ) | |
| **MATCH-E-BE-NASH-SHE-WISH** | ) | |
| **BAND OF POTTAWATOMI INDIANS,** | ) | |
| | ) | |
| **Intervenor** | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**
**GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF**
**TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Upon consideration of the United States' Unopposed Motion for Extension of Time, it is hereby ORDERED that the United States' answer or other responsive pleading is due on or before December 30, 2005.

Dated:_____, 2005      _____

                                                                                          Hon. John G. Penn
                                                                                          United States District Judge
                                                                                          District of Columbia