UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** ) <br> ) <br> v.    ) <br> ) <br> **NORTON, et al.** ) <br> ) <br> **Defendants.** ) <br> ──────────────────────────── ) <br> ) <br> **MATCH-E-BE-NASH-SHE-WISH** ) <br> **BAND OF POTTAWAWATOMI INDIANS** ) <br> ) <br> ) <br> **Intervenor.** ) <br> ──────────────────────────── ) | Civil Action No. 05-01181 (JGP) |

### ORDER

This matter is before the Court pursuant to the **United States' Unopposed Motion for Extension of Time to File an Answer or Other Responsive Pleading.** It is hereby

**ORDERED** that the United States' answer or other responsive pleading be filed on or before January 6, 2006.

**Date: November 29, 2005**                                        **JOHN GARRETT PENN**
                                                                                           **United States District Judge**