# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>    Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>    Intervenor. | Case No. 1:05-CV-01181-JGP<br><br>**RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** |

  Intervenor, the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians (the "Tribe"), hereby responds to the Motion for Extension of Time to File an Answer or Other Responsive Pleading (the "Motion") as follows. In giving permission to Counsel for the United States to say that the Motion was unopposed, Counsel for the Tribe understood that the United States would request a two-week extension of time, not the 30 days set forth in the Motion. The Tribe is sensitive to the needs of the United States as set forth in its Motion. As the Tribe stressed in its motion to intervene, however, the Tribe has an even more compelling interest in the expeditious resolution of this case. The Plaintiff's claims are meritless, but its inability to prevail on the merits will be meaningless if it can achieve the same result through delay.

The risk of that outcome is all too real. Though recognized in 1999, the Tribe has no reservation or trust land to this day. Every day that this suit remains outstanding, and the United States fails to implement the Secretary's decision to take land into trust for the Tribe, poses a real threat to the Tribe's ability to sustain its already long-delayed reservation and casino project, and thus to all the Tribe's development and self-determination goals. That threat is only one concern among many for the United States, but it could not be more central to the Tribe.

Respectfully submitted this 30th day of November 2005.

                                        Match-E-Be-Nash-She-Wish Band of
                                        Pottawatomi Indians, Intervenor-Defendant,

                                        By     s/Conly J. Schulte

| | |
|---|---|
| Nicholas C. Yost, CA Bar 35297 | Conly J. Schulte, NE Bar 20158 |
| Paula M. Yost, CA Bar 156843 | Shilee T. Mullin, NE Bar 22286 |
| Sonnenschein Nath & Rosenthal LLP | Monteau & Peebles, LLP |
| 685 Market Street, Sixth Floor | 12100 W. Center Road, Suite 202 |
| San Francisco, CA 94105 | Omaha, NE 68144 |
| Telephone (415) 882-5000 | Telephone (402) 333-4053 |
| Fax (415) 543-5472 | Fax (402) 333-4761 |
| | |
| Seth P. Waxman, DC Bar 257337 | Michael J. Anderson, DC Bar 417887 |
| Edward C. DuMont, DC Bar 471443 | Monteau & Peebles, LLP |
| Wilmer Cutler Pickering Hale and Dorr LLP | 300 Independence Ave. SE |
| 2445 M Street, NW | Washington, DC 20003 |
| Washington, DC 20037 | Telephone (202) 543-5000 |
| Telephone (202) 663-6000 | Fax (202) 543-7716 |
| Fax (202) 663-6363 | |

## **CERTIFICATE OF SERVICE**

I certify that on November 30, 2005, I electronically filed the above document with the Court, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Suite 900
Washington, DC  20005
202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503
616-222-2161
*Attorneys for Plaintiff*

Patricia Miller
Gina L. Allery
Department Of Justice
Environmental and Natural Resources Division
Indian Resources Section
601 D Street, NW, Third Floor
Washington DC  20004
202-305-0271
*Attorney for Defendants*

                                                          s/Conly J. Schulte