IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:05-CV-01181-JGP |
| v. | )<br>) |
| GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al., | )<br>) MOTION FOR LEAVE TO<br>) EXCEED PAGE LIMITS |
| Defendants, | )<br>) |
| MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe, | )<br>)<br>) |
| Intervenor. | )<br>) |

COMES NOW Intervenor Match-E-Be-Nash-She Wish Band of Pottawatomi Indians ("Gun Lake" or "Tribe"), a federally-recognized Indian tribe, and pursuant to LCvR 7(a) and (e) files this Motion for Leave to Exceed Page Limits. The Tribe intends to file a statement of points and authorities in support of its motion for judgment on the pleadings and for summary judgment and respectfully requests leave to file a statement in excess of the forty-five (45) page limit set forth in LCvR 7(e).

The extension is required because the Plaintiff MichGO's Complaint, which is also forty-five (45) pages in length, is voluminous, which renders it extremely difficult for the Tribe to fully and adequately respond to its allegations within the page limit allotted. The administrative

1

record is also extensive in this case. Moreover, issues at bar are of a complex nature, which also require much elucidation. For these reasons, the Tribe respectfully requests permission to submit a statement of points and authorities of sixty (60) pages in support of its motion for judgment on the pleadings and for summary judgment.

In accordance with LCvR 7(m), counsel for the Tribe contacted counsel for Plaintiff MichGO and the Defendant Secretary of Interior, *et al.*, by telephone to obtain their position on this Motion. Counsel for the Defendants, Ms. Gina Allery, stated that she does not oppose this Motion, and counsel for the Plaintiff, Mr. Daniel Ettinger, stated that he was unable to provide the Tribe with a response regarding this Motion prior to this filing.

Respectfully submitted this 28th day of December 2005.

                                      Match-E-Be-Nash-She-Wish Band of
                                      Pottawatomi Indians, Intervenor-Defendant,

                                      By     s/Shilee T. Mullin

| | |
|---|---|
| Nicholas C. Yost, CA Bar 35297 | Conly J. Schulte, NE Bar 20158 |
| Paula M. Yost, CA Bar 156843 | Shilee T. Mullin, NE Bar 22286 |
| Sonnenschein Nath & Rosenthal LLP | Monteau & Peebles, LLP |
| 685 Market Street, Sixth Floor | 12100 W. Center Road, Suite 202 |
| San Francisco, CA 94105 | Omaha, NE 68144 |
| Telephone (415) 882-5000 | Telephone (402) 333-4053 |
| Fax (415) 543-5472 | Fax (402) 333-4761 |
| | |
| Seth P. Waxman, DC Bar 257337 | Michael J. Anderson, DC Bar 417887 |
| Edward C. DuMont, DC Bar 471443 | Monteau & Peebles, LLP |
| Wilmer Cutler Pickering Hale and Dorr LLP | 300 Independence Ave. SE |
| 2445 M Street, NW | Washington, DC 20003 |
| Washington, DC 20037 | Telephone (202) 543-5000 |
| Telephone (202) 663-6000 | Fax (202) 543-7716 |
| Fax (202) 663-6363 | |

## CERTIFICATE OF SERVICE

I certify that on December 28, 2005, I electronically filed the above document with the Clerk of the Court, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Suite 900
Washington, DC  20005
**202-682-1639**
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503
**616-222-2161**
*Attorneys for Plaintiff*

Patricia Miller
Gina L. Allery
Department Of Justice
Environmental and Natural Resources Division
Indian Resources Section
601 D Street, NW, Third Floor
Washington DC  20004
**202-305-0271**
*Attorney for Defendants*

s/Shilee T. Mullin