IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,<br><br>        Defendants,<br><br>────────────────────<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>        Intervenor.<br>──────────────────── | Case No. 1:05-CV-01181-JGP |

**[PROPOSED] ORDER**

Upon consideration of Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' Motion for Leave to Exceed Page Limits in the above-captioned matter,

IT IS HEREBY ORDERED that Intervenor's Motion is GRANTED and it has approval to file a memorandum of points and authorities of sixty (60) pages.

_____                      _____
Dated                                                                         Honorable John G. Penn
                                                                        United States District Judge
                                                                         District of Columbia

Conly J. Schulte
Shilee T. Mullin
MONTEAU & PEEBLES, LLP
12100 W. Center Road, Suite 202
Omaha, NE  68144
**402-333-4761**
*Attorneys for Intervenor*

Nicholas C. Yost
Paula M. Yost
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, Sixth Floor
San Francisco, CA  94105
**415 543-5472**
*Attorney for Intervenor*

Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Suite 900
Washington, DC  20005
**202-682-1639**
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503
**616-222-2161**
*Attorneys for Plaintiff*

Patricia Miller
Gina L. Allery
Department Of Justice
Environmental and Natural Resources Division
Indian Resources Section
601 D Street, NW, Third Floor
Washington DC  20004
**202-305-0271**
*Attorney for Defendants*

2