IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,<br><br>Defendants,<br>_____<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>Intervenor.<br>_____ | Case No. 1:05-CV-01181-JGP<br><br>**ENTRY OF APPEARANCE** |

Please enter the appearances of Seth P. Waxman and Edward C. DuMont as additional counsel in this case for Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians.

        Match-E-Be-Nash-She-Wish Band of
        Pottawatomi Indians, Intervenor-Defendant,

        By   */s/ Edward C. DuMont*
            Seth P. Waxman, DC Bar 257337
            Edward C. DuMont, DC Bar 471443
            Wilmer Cutler Pickering Hale and
            Dorr LLP
            2445 M Street, NW
            Washington, DC 20037
            Telephone (202) 663-6000
            Fax (202) 663-6363

**CERTIFICATE OF SERVICE**

I certify that on January ____, 2006, I electronically filed the above document via the Clerk of the Court, which will send notice of electronic filing to the following:

Rebecaa A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC  20005

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503

Patricia Miller
U.S. Department of Justice
601 "D" St., N.W.
Washington, DC 20004

_____/s/ Edward C. DuMont_____