IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MichGO, Michigan Gambling Opposition** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **NORTON, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____) <br> ) <br> **MATCH-E-BE-NASH-SHE-WISH** ) <br> **BAND OF POTTAWATOMI INDIANS,** ) <br> ) <br> **Intervenor** ) <br> _____) | Case No. 1:05-cv-01181-JGP <br> Judge John G. Penn |

**United States' Motion Pursuant to Local Rule 7 For Leave
To File a Memorandum in Excess of the Page Limitation**

Pursuant to Local Rule 7 of the United States District Court for the District of Columbia, the defendants ("United States"), by undersigned counsel, seek leave to file a memorandum of points and authorities in support of their motion to dismiss the above-captioned matter, or in the alternative, for summary judgment, in excess of the page limit imposed by LCv.R 7(e).

Pursuant to LCv.R 7(e), defendants respectfully move for leave to file a brief in excess of the 45-page limit. In support of this motion for leave, the defendants state as follows:

1. Plaintiff filed a 45-page Complaint in this action which states four causes of action, with most causes of action stating numerous claims, raising varied issues, and involving the United States Constitution and several federal statutes, including the Administrative Procedure Act, the National Environmental Policy Act, the Indian Gaming Regulatory Act, and the Indian

Reorganization Act.

2. The United States requests leave to file a memorandum in support of their motion to dismiss this action or, in the alternative, for summary judgment in excess of the 45-page limit imposed by LCvR 7(e) because the page limit imposed by that rule is insufficient for defendants to address the numerous issues and claims for relief set forth in Plaintiff's Complaint.

3. Although defendants have attempted to be as succinct as possible, the memorandum is approximately 52 pages in length and exceeds the 45-page limit specified in LCvR 7(e).

4. Defendants have contacted Plaintiff's counsel and Intervenor's counsel who consented to the United States' filing a brief in excess of the 45-page limit specified in LCvR 7(e).

WHEREFORE, the United States respectfully move for leave to file their memorandum of points and authorities in support of their motion to dismiss or, in the alternative, for summary judgment.

Dated: January 5, 2006

Respectfully submitted,
/s/
GINA L. ALLERY
D.C. Bar No. 485903
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261
(202) 305-0271 (fax)

OF COUNSEL:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor