| | |
|---|---|
| **MichGO, Michigan Gambling Opposition**            ) | |
|                                                                            ) | |
|                        **Plaintiff,**            ) | |
|                                                                            ) | |
| v.                                                                       ) | Case No. 1:05-cv-01181-JGP |
|                                                                            ) | Judge John G. Penn |
| **NORTON, et al.,**                                          ) | |
|                                                                            ) | |
|                        **Defendants.**         ) | |

**MATCH-E-BE-NASH-SHE-WISH**
**BAND OF POTTAWATOMI INDIANS,**

        **Intervenor**

**[Proposed] Order Re: United States' Motion Pursuant to Local Rule 7 For Leave
To File a Memorandum in Excess of the Page Limitation**

This matter having come before the Court regarding the "United States' Motion Pursuant to Local Rule 7 for Leave to File a Memorandum in Excess of the Page Limitation," it is hereby ORDERED that the defendants shall be granted leave to file its memorandum of points and authorities in support of their motion to dismiss, or in the alternative, for summary judgment.

DATE: _____        _____
                                                              JUDGE JOHN G. PENN
                                                              United States District Judge