UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>v. )<br>)<br>**NORTON, et al.** )<br>)<br>**Defendants.** )<br>)<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWAWATOMI INDIANS** )<br>)<br>)<br>**Intervenor.** )<br>) | **Civil Action No. 05-01181 (JGP)** |

### ORDER

Upon consideration of intervenor's **[#27] 27 Motion for Leave to File Excess Pages**, and for good cause shown, intervenor shall be **GRANTED** leave to file a Memorandum of points and authorities in support of their Motion to dismiss, or in the alternative, for summary judgement not to exceed 55 pages in length.

**SO ORDERED.**

Date: January 6, 2006                              **JOHN GARRETT PENN**
                                                   **United States District Judge**