UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>v.                                                                      )<br>)<br>**NORTON, et al.**                                                   )<br>)<br>**Defendants.**                                              )<br>─────────────────────────────────── )<br>)<br>**MATCH-E-BE-NASH-SHE-WISH**                      )<br>**BAND OF POTTAWAWATOMI INDIANS**          )<br>)<br>)<br>**Intervenor.**                                               )<br>─────────────────────────────────── ) | **Civil Action No. 05-01181 (JGP)** |

### ORDER

Upon consideration of defendants' **[#29] Motion for Leave to File Memorandum in Excess of Page Limits**, and for good cause shown, defendants shall be **GRANTED** leave to file a Memorandum of points and authorities in support of their Motion to dismiss, or in the alternative, for summary judgement not to exceed 55 pages in length.

    **SO ORDERED.**


Date: January 6, 2006                                                    **JOHN GARRETT PENN**
                                                                          **United States District Judge**