<u>30 BIAM SUPPLEMENT 1</u>                                                              0
<u>                    NEPA HANDBOOK
                    Table of Contents                    </u>

TABLE OF CONTENTS

1.  General

    .1   Introduction
         A.   Purpose
         B.   Scope
    .2   Authorities
         A.   National Environmental Policy Act (NEPA)
         B.   Council on Environmental Quality Regulations
         C.   Department of the Interior Procedures
    .3   Approach of this Handbook
    .4   Policy
    .5   Responsibilities
         A.   Central Office Environmental Services Staff
         B.   Area Directors
         C.   Area Office Environmental Quality Specialists
         D.   Agency Superintendents
         E.   Agency Environmental Coordinators
    .6   Definitions
    .7   Relationship with Other Agencies
         A.   Lead Agency
         B.   Cooperating Agency
         C.   Commenting Agency

2.  NEPA and Bureau Decisionmaking

    .1   Introduction
    .2   NEPA Requirement
    .3   Authority for Bureau Decisionmaking
    .4   Review by Line Officials
    .5   Area Office Addenda
    .6   Tribal Government and NEPA
         A.   Involvement in Preparation of Environmental
              Documents
         B.   Tribal Environmental Laws
         C.   Excluding Insignificant Actions
    .7   Indian Landowner Use of NEPA
    .8   Public Involvement

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82



<u>30 BIAM SUPPLEMENT 1</u>                                           <u>0 (cont.)</u>
<u>                        NEPA HANDBOOK                            </u>
<u>                       Table of Contents                         </u>

3.  Initiating the NEPA Process

    .1   Introduction
    .2   Determination of Actions Not Requiring an EA or an EIS
         A.   Categorical Exclusions
         B.   Actions Sufficiently Covered in Earlier
              Environmental Documents
         C.   Responses to Emergencies

    .3   Responsibility for Determination
    .4   Determination of Whether to Prepare an EA or an EIS
         A.   EIS Required
         B.   EA Required
         C.   Further Guidance

4.  Environmental Assessment

    .1   Introduction
    .2   Responsibility for Preparation
         A.   Internally Initiated Proposals
         B.   Externally Initiated Proposals
    .3   EA Contents and Format
         A.   Cover Sheet
         B.   Table of Contents
         C.   Purpose and Need for Action
         D.   Alternatives
         E.   Affected Environment
         F.   Environmental Consequences
         G.   Consultation and Coordination
         H.   Appendices
    .4   Preparation and Review
         A.   Preparation of EA
         B.   Present to Decisionmaker
         C.   Publish Notice of Availability
         D.   Review by Higher Line Official
    .5   Further EA Guidance
         A.   Public Involvement
         B.   Sources of Information
         C.   Special Tribal Input


BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

<u>30 BIAM SUPPLEMENT 1</u>                                           0 (cont.)
                         NEPA HANDBOOK
   <u>                    Table of Contents                         </u>

5.   Determination of Significance

     .1   Introduction
     .2   Definition of "Significantly"
     .3   Guidance for Determination of Significance
          A.   Type and Nature of Impact
          B.   Criteria to Consider in Determining Significance
     .4   Finding of No Significant Impact (FONSI)
          A.   Contents
          B.   FONSI Decision Package
          C.   Preparation
          D.   Review of Next Higher Line Official
          E.   Publication of Notice of Availability
     .5   Timing of Action and Reconsideration

6.   Environmental Impact Statement

     .1   Introduction
     .2   Designation of EIS Team and Team Leader
     .3   Preparation and Review
          A.   Notice of Intent (NOI)
          B.   Commencing Scoping Process
          C.   Scoping Reports
          D.   Cooperating Agencies
          E.   Preparation of Preliminary Draft EIS
          F.   Review of Preliminary Draft EIS
          G.   Preparation and Approval of Draft EIS
          H.   Distribution of Draft EIS and File with EPA
          I.   Draft EIS Review and Comment Period
          J.   Respond to Comments on Draft EIS and Prepare
               Preliminary Final EIS
          K.   Preparation and Approval of Final EIS
          L.   Distribution of Final EIS and File with EPA
     .4   Make Decision, Prepare Record of Decision, and Initiate
          Action
     .5   EIS Supplements and Revisions
     .6   Draft EIS Cancellation


BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

<u>30 BIAM SUPPLEMENT 1</u>                                                      <u>0 (cont.)</u>
                        <u>NEPA HANDBOOK</u>
                        <u>Table of Contents</u>

7.  Review of Actions of Other Agencies

    .1  Introduction
    .2  Reviewing and Commenting on EISs
    .3  Pre-decision Referrals to CEQ
    .4  Pre-decision Referrals of BIA Actions by Other Agencies
    .5  Post-decision Referrals to EPA


<u>ILLUSTRATIONS</u>   1-19

<u>No.</u>                                   <u>Title</u>

 1.  Overview of the NEPA Process and Bureau Decisionmaking
 2.  Environmental Impact Statement Process
 3.  NEPA and Related Authorities
 4.  CEQ Regulations (40 CFR Parts 1500-1508)
 5.  Summary of Related Laws, Rules & Regulations
 6.  Appendix for the BIA (516 DM 6, Appendix 4)
 7.  CEQ Forty Most Asked Questions
 8.  Exception Review Checklist
 9.  Notice Format
10.  Finding of No Significant Impact (FONSI)
11.  Notice of Intent (NOI)
12.  Notices of Availability (Draft & Final)
13.  Final EIS Comment Page Examples
14.  Record of Decision
15.  Notice of Cancellation
16.  Disclosure (Disclaimer) Statement
17.  Notice of Correction
18.  Scoping Report
19.  EA Environmental Consequences Checklist
20.  EA Review and Consultation Requirements Checklist




BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

<u>30 BIAM SUPPLEMENT 1</u>                                               4.1
                           NEPA HANDBOOK
                       <u>Environmental Assessment</u>

## 4. ENVIRONMENTAL ASSESSMENT

4.1 <u>Introduction</u>. The purpose of this chapter is to provide guidance in preparing EAs. An EA is a concise public document which provides sufficient analysis for determining whether a proposed action may or will have a significant impact on the quality of the human environment. The EA should be completed early in the decisionmaking process so that if it becomes apparent that the proposed action may or will have significant impacts an EIS can be prepared early as well. If the EA reveals no significant impacts, a FONSI is prepared. Illustration 1 highlights this decision as one of the critical actions in the NEPA process.

4.2 <u>Responsibility for Preparation</u>. As soon as a decision has been made to prepare an EA, responsibility for preparing the EA should be assigned by the Bureau decisionmaker. To the extent possible, the Bureau will use an interdisciplinary team approach in preparing an EA.

   A. <u>Internally Initiated Proposals</u>. (See 516 DM 1.4B.) An EA is normally prepared by the program staff which has identified the need for a proposed action and which has lead responsibility for implementing the action. Agency and Area Environmental Staff will provide assistance in the preparation of EAs. Staff of other programs will assist in preparing EAs if one or more of the alternatives or mitigation measures fall within their areas of responsibility or if their participation would enhance interdisciplinary analyses. Depending upon the complexity of the proposed action, the responsibility for preparation may be assigned to either an individual or an interdisciplinary team.

   B. <u>Externally Initiated Proposals</u>. (See 516 DM 1.4C.) When the proposed Bureau action is a response to an externally initiated proposal, such as a lease of trust land, the applicant will normally be required to prepare the EA, if one is required, and to provide supporting information and analyses as appropriate. The EA should be submitted with the application, or as soon thereafter as possible. The Bureau shall make its own evaluation of the environmental issues and shall take

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

(17)

30 BIAM SUPPLEMENT 1                                                    4.3
                        NEPA HANDBOOK
                        Environmental Assessment

responsibility for the scope and content of the EA. (See §1506.5(b). The applicant may be required to submit additional information, analyses, or reports if necessary to adequately address the environmental issues or if it is determined that an EIS will be required. The responsible Bureau official many elect to prepare any or all of an EA.

4.3 EA Contents and Format. (See §§1508.9, and 516 DM 3.4.). An EA will, at a minimum, include: brief discussions of the need for the proposal, alternatives as required by §102(2)(E) of NEPA, and environmental impacts of the proposed action and alternatives. A listing of agencies and persons consulted shall also be included. In addition, an EA may be expanded to add detail to the description of the proposal, or to discuss a broader range of alternatives and mitigation measures if this facilitates planning and decisionmaking.

NOTE: It is important to keep in mind that an EA is not supposed to be a short EIS. Except as required by §102(2)(E) of NEPA, the analysis in an EA need not go beyond that needed to determine whether impacts will or may be significant. In conducting the analysis for an EA it will be helpful to refer to the guidance contained in Chapter 5 of this Handbook in order to limit the discussion to that which is necessary to determine significance. An EA should normally be no more that 15 or 20 pages in length, unless it has been decided to prepare a longer, more detailed EA to aid in planning and decisionmaking. An EA may be combined with another planning or decisionmaking document (516 DM 3.5B). An EA should be organized as follows.

   A. Cover Sheet. This will include a brief description of the proposed action. If public comments are being sought, the cover sheet should be clearly marked as a draft and should state the date when comments are due. The cover sheet should be dated and should give the name of the preparer or team leader. If the proposed action is one in which an "applicant," such as an Indian landowner or tribal government, another governmental agency, or person, has requested the Bureau to take the proposed action, the cover sheet shall identify the applicant.

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

