30 BIAM SUPPLEMENT 1 _____ 0

NEPA HANDBOOK
Table of Contents
_____

## TABLE OF CONTENTS

1.  General

    .1  Introduction
        A.  Purpose
        B.  Scope
    .2  Authorities
        A.  National Environmental Policy Act (NEPA)
        B.  Council on Environmental Quality Regulations
        C.  Department of the Interior Procedures
    .3  Approach of this Handbook
    .4  Policy
    .5  Responsibilities
        A.  Central Office Environmental Services Staff
        B.  Area Directors
        C.  Area Office Environmental Quality Specialists
        D.  Agency Superintendents
        E.  Agency Environmental Coordinators
    .6  Definitions
    .7  Relationship with Other Agencies
        A.  Lead Agency
        B.  Cooperating Agency
        C.  Commenting Agency

2.  NEPA and Bureau Decisionmaking

    .1  Introduction
    .2  NEPA Requirement
    .3  Authority for Bureau Decisionmaking
    .4  Review by Line Officials
    .5  Area Office Addenda
    .6  Tribal Government and NEPA
        A.  Involvement in Preparation of Environmental Documents
        B.  Tribal Environmental Laws
        C.  Excluding Insignificant Actions
    .7  Indian Landowner Use of NEPA
    .8  Public Involvement

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82


EXHIBIT
C

NEPA HANDBOOK
Table of Contents

3.   Initiating the NEPA Process

     .1    Introduction
     .2    Determination of Actions Not Requiring an EA or an EIS
           A.    Categorical Exclusions
           B.    Actions Sufficiently Covered in Earlier
                 Environmental Documents
           C.    Responses to Emergencies

     .3    Responsibility for Determination
     .4    Determination of Whether to Prepare an EA or an EIS
           A.    EIS Required
           B.    EA Required
           C.    Further Guidance

4.   Environmental Assessment

     .1    Introduction
     .2    Responsibility for Preparation
           A.    Internally Initiated Proposals
           B.    Externally Initiated Proposals
     .3    EA Contents and Format
           A.    Cover Sheet
           B.    Table of Contents
           C.    Purpose and Need for Action
           D.    Alternatives
           E.    Affected Environment
           F.    Environmental Consequences
           G.    Consultation and Coordination
           H.    Appendices
     .4    Preparation and Review
           A.    Preparation of EA
           B.    Present to Decisionmaker
           C.    Publish Notice of Availability
           D.    Review by Higher Line Official
     .5    Further EA Guidance
           A.    Public Involvement
           B.    Sources of Information
           C.    Special Tribal Input

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

30 BIAM SUPPLEMENT 1                                              0 (cont.)
NEPA HANDBOOK
Table of Contents

5.   Determination of Significance

     .1   Introduction
     .2   Definition of "Significantly"
     .3   Guidance for Determination of Significance
          A.   Type and Nature of Impact
          B.   Criteria to Consider in Determining Significance
     .4   Finding of No Significant Impact (FONSI)
          A.   Contents
          B.   FONSI Decision Package
          C.   Preparation
          D.   Review of Next Higher Line Official
          E.   Publication of Notice of Availability
     .5   Timing of Action and Reconsideration

6.   Environmental Impact Statement

     .1   Introduction
     .2   Designation of EIS Team and Team Leader
     .3   Preparation and Review
          A.   Notice of Intent (NOI)
          B.   Commencing Scoping Process
          C.   Scoping Reports
          D.   Cooperating Agencies
          E.   Preparation of Preliminary Draft EIS
          F.   Review of Preliminary Draft EIS
          G.   Preparation and Approval of Draft EIS
          H.   Distribution of Draft EIS and File with EPA
          I.   Draft EIS Review and Comment Period
          J.   Respond to Comments on Draft EIS and Prepare
               Preliminary Final EIS
          K.   Preparation and Approval of Final EIS
          L.   Distribution of Final EIS and File with EPA
     .4   Make Decision, Prepare Record of Decision, and Initiate
          Action
     .5   EIS Supplements and Revisions
     .6   Draft EIS Cancellation

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

30 BIAM SUPPLEMENT 1                                          0 (cont.)

NEPA HANDBOOK
Table of Contents

7.  Review of Actions of Other Agencies

    .1  Introduction
    .2  Reviewing and Commenting on EISs
    .3  Pre-decision Referrals to CEQ
    .4  Pre-decision Referrals of BIA Actions by Other Agencies
    .5  Post-decision Referrals to EPA

ILLUSTRATIONS  1-19

No.                                  Title

1.  Overview of the NEPA Process and Bureau Decisionmaking
2.  Environmental Impact Statement Process
3.  NEPA and Related Authorities
4.  CEQ Regulations (40 CFR Parts 1500-1508)
5.  Summary of Related Laws, Rules & Regulations
6.  Appendix for the BIA (516 DM 6, Appendix 4)
7.  CEQ Forty Most Asked Questions
8.  Exception Review Checklist
9.  Notice Format
10. Finding of No Significant Impact (FONSI)
11. Notice of Intent (NOI)
12. Notices of Availability (Draft & Final)
13. Final EIS Comment Page Examples
14. Record of Decision
15. Notice of Cancellation
16. Disclosure (Disclaimer) Statement
17. Notice of Correction
18. Scoping Report
19. EA Environmental Consequences Checklist
20. EA Review and Consultation Requirements Checklist

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

responsibility for the scope and content of the EA. (See
§1506.5(b). The applicant may be required to submit additional
information, analyses, or reports if necessary to adequately
address the environmental issues or if it is determined that an
EIS will be required. The responsible Bureau official many elect
to prepare any or all of an EA.

4.3 EA Contents and Format. (See §§1508.9, and 516 DM 3.4.).
An EA will, at a minimum, include: brief discussions of the need
for the proposal, alternatives as required by §102(2)(E) of NEPA,
and environmental impacts of the proposed action and
alternatives. A listing of agencies and persons consulted shall
also be included. In addition, an EA may be expanded to add
detail to the description of the proposal, or to discuss a
broader range of alternatives and mitigation measures if this
facilitates planning and decisionmaking.

NOTE: It is important to keep in mind that an EA is not supposed
to be a short EIS. Except as required by §102(2)(E) of NEPA, the
analysis in an EA need not go beyond that needed to determine
whether impacts will or may be significant. In conducting the
analysis for an EA–it will be helpful to refer to the guidance
contained in Chapter 5 of this Handbook in order to limit the
discussion to that which is necessary to determine significance.
An EA should normally be no more that 15 or 20 pages in length,
unless it has been decided to prepare a longer, more detailed EA
to aid in planning and decisionmaking. An EA may be combined
with another planning or decisionmaking document (516 DM 3.5B).
An EA should be organized as follows.

    A. Cover Sheet. This will include a brief description
of the proposed action. If public comments are being sought, the
cover sheet should be clearly marked as a draft and should state
the date when comments are due. The cover sheet should be dated
and should give the name of the preparer or team leader. If the
proposed action is one in which an "applicant," such as an Indian
landowner or tribal government, another governmental agency, or
person, has requested the Bureau to take the proposed action, the
cover sheet shall identify the applicant.

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82



B. _Table of Contents_. (Optional)  This lists chapter and section headings along with tables, figures and illustrations.

C. _Purpose of Need for Action_.  This section explains in a few sentences the reason why the proposed action is being considered.  The purpose of or need for the action should be stated clearly here, in order to ensure that the proposed action and alternatives address it directly.  If a programmatic EIS or other program documents have previously been prepared, they should be referenced but not repeated.

D. _Alternatives_.  All reasonable alternatives must be considered, including "no action".  The alternatives should not be merely exercises done to fulfill this requirement; they should be honest attempts to find other ways to meet the identified need or achieve the identified purpose while reducing or eliminating harmful environmental impacts.  The alternatives should be described in detail sufficient to permit comparison of their merits, especially if their impacts are different, e.g., in kind, size, location, intensity, or duration.  (§1502.14)

E. _Description of the Affected Environment_.  (Optional)  The "Affected Environment" section (§1502.15) should succinctly describe the area in which the proposed action would occur.  Page-sized maps of the general area and the project site help avoid superfluous description.  Incorporation of sections of earlier environmental documents by reference may also be appropriate along with a summary of the key facts included in these references.

NOTE:  Components of the environment which should be considered in preparing the EA are listed below.  While all of these components should be considered, only those components which will be affected by the proposed action need be discussed (1500.4 (c) and 1502.2 (b)).  If there are resources which require special attention under any of the statutes or Executive Orders listed in 516 DM 4, Appendix 1 as amended by PEP ES Memo 88-3, such resources should be highlighted.

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

(19)

30 BIAM SUPPLEMENT 1                                      4.3E (con't)
                          NEPA HANDBOOK
                     Environmental Assessment

(1)  Land Resources

    (a)  Topography (land forms, drainage, gradients)

    (b)  Soils (types, characteristics)

    (c)  Geologic Setting and Mineral Resources

(2)  Water Resources (quality, use, rights)

(3)  Air (quality, visibility, etc.)

(4)  Living Resources

    (a)  Wildlife (terrestrial, aquatic,
         threatened/endangered)

    (b)  Vegetation (terrestrial, aquatic, riparian,
         threatened/ endangered)

    (c)  Ecosystems and Biological Communities

    (d)  Agriculture (livestock, crops,
         prime and unique farmland)

(5)  Cultural Resources

    (a)  Historic, Cultural, and Religious
         Properties

    (b)  Archeological Resource

(6)  Socioeconomic Conditions

    (a)  Employment and Income

    (b)  Demographic Trends

    (c)  Attitudes, Expectations, Lifestyle and
         Cultural Values

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82



30 BIAM SUPPLEMENT 1 _____ 4.3F
### NEPA HANDBOOK
### Environmental Assessment

    (d)  Community Infrastructure

(7)  Resource Use Patterns

    (a)  Hunting, Fishing, Gathering

    (b)  Timber Harvesting

    (c)  Agriculture

    (d)  Mining

    (e)  Recreation

    (f)  Transportation Networks

    (g)  Land Use Plans

(8)  Other Value

    (a) _ Wilderness

    (b)  Sound and Noise

    (c)  Public Health and Safety

F.   Environmental Consequences. Good analyses in this section is the key to a good EA. Since the purpose of preparing an EA is to determine whether or not the proposed action will or may significantly affect the human environment, all potentially significantly effects, beneficial and adverse, must be noted.

The list provided in §4.3E, above shall be used in identifying impacts. Impacts on any of the resources which require special attention under the laws and Executive Orders listed in 516 DM 4, Appendix 1, as amended by PEP ES Memo 88-3, shall be highlighted.

(1)  Organization. The discussion of environmental consequences may be organized in either of two ways: (a) all of the consequences of an alternative may be discussed before moving on the next alternative; or (b) the consequences of each

BIAM Release No. 9303
9/24/93
Replaces 30 BIAM, Supp. 1, dated 2/22/82

21