IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NORTON, et al.,** )<br>)<br>**Defendants.** )<br>_____)<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWATOMI INDIANS,** )<br>)<br>**Intervenor** )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

## UNITED STATES MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Pursuant to Rules 12(b)(1), (b)(6), and 56 of the Federal Rules of Civil Procedure, Defendants, by undersigned counsel, file this Motion to Dismiss or in the Alternative for Summary Judgment. For the reasons set forth in the accompanying Statement of Points and Authorities, this plaintiff's Complaint fails to state any claim against defendants upon which relief can be granted. The defendants therefore respectfully request that the Court dismiss the

Complaint against them, or in the alternative, grant the defendants' motion for summary judgment.

                                                Respectfully Submitted,

                                                SUE ELLEN WOOLRIDGE
                                                <u>Assistant Attorney General</u>
                                                                /s/

<u>OF COUNSEL</u>:                                     GINA L. ALLERY
MARIA WISEMAN                           D.C. Bar No. 485903
United States Department of the Interior     Attorney for Defendants
Office of the Solicitor                       United States Department of Justice
                                                  Environment and Natural Resources Div.
                                                  Indian Resources Section
                                                  P.O. Box 44378, L'Enfant Plaza Station
                                                  Washington, DC 20026
Dated: January 6, 2006                     (202) 305-0261