**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MichGO, Michigan Gambling Opposition** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:05-cv-01181-JGP** |
| | ) | Judge John G. Penn |
| **NORTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **MATCH-E-BE-NASH-SHE-WISH** | ) | |
| **BAND OF POTTAWATOMI INDIANS,** | ) | |
| | ) | |
| **Intervenor** | ) | |

**ORDER AND JUDGMENT**
**ON DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants, the "United States," moved

this Court for an Order dismissing the Complaint in this action. Upon consideration of all papers

in support of and opposition to the motion and the argument of counsel,

IT IS HEREBY ORDERED that the United States' Motion to Dismiss is hereby

GRANTED.

SO ORDERED:

Dated: _____, 2006

_____
Hon. John G. Penn
United States District Court Judge
District Court for the District of Columbia