# WAYLAND TOWNSHIP

# MASTER PLAN

## 2002

# WAYLAND TOWNSHIP

### *Acknowledgments*

## TOWNSHIP BOARD

Randy Marklevitz, Supervisor        Nancy Stoddard, Treasurer
Bev Taylor, Clerk                   Doug Culver, Trustee
           Mark Krulac, Trustee

## TOWNSHIP PLANNING COMMISSION

James Rybicki, Chair            David Patchak, Secretary
Mary Kooiker, Vice Chair        Ron DeVries
Doug Culver                     Nellie Montague

## MASTER PLAN ADOPTED:

## November 26, 2002

*Prepared with the assistance of:*
MainStreet Planning Company
77 Monroe Center NW  Suite 406
Grand Rapids, MI  49503
(616)458-3449

# Table of Contents

| Chapter No. | Page No. |
|---|---|
| *Introduction* | |
| Purpose of the Plan | 1 |
| Use of the Plan | 2 |
| Plan Preparation | 3 |
| | |
| *Chapter 1 - Goals and Objectives* | 1-1 |
| General Township Goals | 1-1 |
| Community Character, Open Space and Natural Resources Goals | 1-1 |
| Housing Goals | 1-2 |
| Commercial Goals | 1-2 |
| Industrial Goals | 1-2 |
| | |
| *Chapter 2 - Community Description* | 2-1 |
| Brief History | 2-1 |
| Demographics | 2-1 |
| Population Changes | 2-1 |
| Age Distribution | 2-2 |
| Households and Housing | 2-5 |
| Income and Unemployment | 2-5 |
| Population and Housing and Natural Resources | 2-5 |
| Existing Land Uses | 2-7 |
|     Agricultural | 2-7 |
|     Residential | 2-7 |
|     Commercial/Industrial | 2-7 |
|     Public/Semi-Public | 2-8 |
|     Other Land Uses | 2-8 |
|     Utilities | 2-8 |
| | |
| *Chapter 3 - Planning Considerations* | 3-1 |
| Planning in Adjacent Communities | 3-1 |
| Population Trends and Projections | 3-1 |
| Land Development Trends | 3-2 |
| | |
| *Chapter 4 - Future Land Use Plan* | |
| Master Plan Concepts | 4-1 |
| Future Land Use Designations and Descriptions | 4-1 |
| Future Land Use Categories | 4-2 |
|     Rural Preserve (RP) | 4-2 |
|     Agriculture (A) | 4-2 |
|     Low Density Residential (LDR) | 4-3 |
|     Medium Density Residential (MDR) | 4-3 |

## Table of Contents - (Cont.)

## Table of Contents - (Cont.)

| Chapter No. | | Page No. |
|---|---|---|
| *Chapter 4 Future Land Use Plan (Cont.)* | | |
| | Recreational Resort (RR) | 4-3 |
| | Mutli-Family (MF) | 4-4 |
| | Mobile Home Park (MHP) | 4-4 |
| | Village (V) | 4-4 |
| | Commercial (C) | 4-5 |
| | Industrial (I) | 4-5 |
| | Mixed Use (MU) | 4-5 |
| | Rabbit River Protection Zone | 4-6 |
| | Future Roads | 4-6 |
| *Chapter 5 - Implementation* | | |
| | Zoning | 5-1 |
| | Planning Commission Work Program | 5-2 |
| | Planning Education | 5-2 |
| | Revisions to Master Plan | 5-3 |

## LIST OF TABLES

| Table No. | Name | Page No. |
|---|---|---|
| Table 1 | Population Changes in Wayland Township, Surrounding Communities, and Allegan County as a Whole | 2-3 |
| Table 2 | Ages of Population Wayland Township | 2-3 |
| Table 3 | Housing and Households by Type Wayland Township | 2-4 |
| Table 4 | Income and Employment Wayland Township and Allegan County | 2-4 |
| Table 5 | Wayland Township Population Projections | 3-2 |

## LIST OF MAPS

| Map No. | Name | Page No. |
|---|---|---|
| Map 1 | Wetlands and Hydric Soils | Appendix B |
| Map 2 | Slopes Over 20% | Appendix B |
| Map 3 | Prime Farmland Soils | Appendix B |
| Map 4 | Soils Suitable for Septic Systems | Appendix B |
| Map 5 | Ground Water Vulnerability | Appendix B |

## *Table of Contents - (Cont.)*

### LIST OF MAPS (Cont.)

| Map No. | Name | Page No. |
|---|---|---|
| Map 6 | Future Land Use | Appendix B |

### APPENDICES

| | |
|---|---|
| Appendix A | Citizen Survey |
| Appendix B | Maps 1 - 6 |

## COMMERCIAL
## (C)

The Future Land Use Map recognizes the existing commercial uses on Patterson Avenue north of Gun Lake as well as those along 124th Avenue. Some additional commercial use is recommended for the area on 124th Avenue as well.

The Plan also recognizes existing commercial uses in Bradley and near Shelbyville at 10th Street and 124th Avenue.

Additional commercial uses are not recommended as ample commercial shopping opportunities are available to Township residents within the City of Wayland.

## INDUSTRIAL
## (I)

This Future Land Use classification recommends industrial use for the area south of 129th Avenue in Sections 19 and 30 as well as Sections 7 and 18 north of 129th Avenue. This area is logical for industrial growth given the access from U.S. 131, the existing industrial uses and zoning in the area as well as the industrial uses being proposed in adjacent City of Wayland. Soil types in this area are not conducive to septic systems for larger industrial uses. If and when the casino is developed or sanitary sewer is extended from the Gun Lake system or from nearby Hopkins Township, this area can more readily be developed with industrial use.

The Master Plan recommends that a public service road similar to 12th Street in Hopkins Township be developed between 129th Avenue and the City of Wayland parallel to U.S. 131 in order to provide an access route for industrial truck traffic and industrial employees to this area. This road would be provided by industrial development as it occurs. Wayland Township would provide overall guidance of the proposed service road through site plan review.

The Master Plan recommends that this industrial area be utilized for industries which do not have negative or nuisance type operational characteristics such as noise, odor or smoke. Such "heavy" industrial uses may be permitted in this area but only by Special Land Use and if such uses met rigorous site location standards.

**The Master Plan recommends that the current I-2 Zoning District chapter be deleted from the Zoning Ordinance and that such uses be allowed in the I-1 District but only with Special Land Use approval.**

## MIXED USE
## (MU)

This Future Land Use category would permit a mixture of light industrial and retail/service uses which would be located parallel to U.S. 131 between 129th Avenue and 133rd Avenue. This category would abut the industrial land uses and would provide opportunities for uses other than industrial along highly visible U.S. 131.

A new set of zoning regulations would need to be developed to permit this. Such regulations would also require site development standards to ensure that such uses would be aesthetically pleasing as seen from U.S. 131 in order to create a positive business image and climate for Wayland