IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,<br><br>Defendants,<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>Intervenor. | Case No. 1:05-CV-01181-JGP<br><br>ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AN AMICUS BRIEF |

Upon consideration of Wayland Township, Deputy Sheriff's Association of Michigan, Barry County Chamber Of Commerce, and Friends Of The Gun Lake Indians' Joint Motion for Leave to File an *Amicus Curiae* Brief in the above-captioned matter,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED and the Joint *Amicus Curiae* Brief in Support of the Defendants and Intervenor is hereby filed with the Court.

_____          _____
Dated                                Honorable John G. Penn
                                     United States District Court Judge
                                     District Court for the District of Columbia

Conly J. Schulte
Shilee T. Mullin
MONTEAU & PEEBLES, LLP
12100 W. Center Road, Suite 202
Omaha, NE 68144
*Attorneys for Intervenor*

Nicholas C. Yost
Paula M. Yost
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, Sixth Floor
San Francisco, CA 94105
*Attorney for Intervenor*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
*Attorneys for Intervenor*

Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Suite 900
Washington, DC 20005
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503
*Attorneys for Plaintiff*

Patricia Miller
Gina L. Allery
Department Of Justice
Environmental and Natural Resources Division
Indian Resources Section
601 D Street, NW, Third Floor
Washington DC 20004
*Attorney for Defendants*

John A. Watts (Mich. Bar # P22048)
Michael D. Blumeno (Mich. Bar # P66063)
JOHN A. WATTS, P.C.
245 Hubbard Street
Allegan, MI 49010
*Attorneys for Amicus Wayland Township*

Robert Byington
DEPOT LAW OFFICES
222 W. Apple Street
Hastings, MI 49058
*Attorney for Amicus Barry County Chamber*

Kevin Cronin
2371 130th Ave.
Hopkins, MI 49328
*Attorney for Amicus Friends of Gun Lake Tribe*

Thomas A. Klug
LAW OFFICE OF THOMAS A. KLUG, P.C.
3626 Dunckel Road
Lansing, Michigan 48909
*Attorney for Amicus Deputy Sheriff's Association of Michigan*