IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,   )<br>)<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,   )<br>)<br>)<br>)<br>Defendants,   )<br>)<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯   )<br>)<br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,   )<br>)<br>)<br>)<br>Intervenor.   )<br>) | Case No. 1:05-CV-01181-JGP |

**JOINT MOTION BY WAYLAND TOWNSHIP, DEPUTY SHERIFF'S ASSOCIATION OF MICHIGAN, BARRY COUNTY CHAMBER OF COMMERCE AND FRIENDS OF THE GUN LAKE INDIANS FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**

The Wayland Township, Deputy Sheriff's Association of Michigan, Barry County Chamber of Commerce and Friends of the Gun Lake Indians hereby respectfully request leave to file an *amicus curiae* brief in support of the Defendants and Intervenor. The reasons for this request are set forth in the accompanying Statement of Points and Authorities. A copy of the proposed brief is attached hereto as Exhibit A.

Dated: January 18, 2006.

| | |
|---|---|
| On Behalf of Wayland Township, | On Behalf of Barry County Chamber of Commerce, |
| By: s/John A. Watts<br>John A. Watts (Mich. Bar # P22048)<br>Michael D. Blumeno (Mich. Bar # P66063)<br>JOHN A. WATTS, P.C<br>245 Hubbard Street<br>Allegan, MI 49010<br>(269) 673-3547 | By: s/Robert Byington<br>Robert Byington (Mich. Bar # P27621)<br>DEPOT LAW OFFICES PLC<br>222 W. Apple Street<br>Hastings, MI 49058<br>(269) 945-9557 |
| On Behalf of Friends of the Gun Lake Tribe, | On Behalf of Deputy Sheriff's Association of Michigan, |
| By: s/Kevin Cronin<br>Kevin Cronin (Mich. Bar # P38915)<br>2371 130th Ave.<br>Hopkins, MI 49328<br>(269) 793-7764 | By: s/Thomas A. Klug<br>Thomas A. Klug (Mich. Bar # P27462)<br>LAW OFFICE OF THOMAS A. KLUG, P.C.<br>3626 Dunckel Road<br>Lansing, Michigan 48909<br>(517) 332-3555 |

**CERTIFICATE OF SERVICE**

I certify that on January 18, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC  20005
Tel:  202-898-5800
Fax:  202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
Tel:  616-752-2161
Fax:  616-222-2161
*Attorneys for Plaintiff*

Patricia Miller
Gina Allery
U.S. Department of Justice
601 "D" St., N.W.
Washington, DC  20026
Tel:  202-305-1117
Fax:  202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE  68144
Tel:  402-333-4053
Fax:  402-333-4761
*Attorneys for Intervenor
Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

3

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA  94105
Tel:  415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel:  202-663-6910
Fax:  202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                          s/John A. Watts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHIGAN GAMBLING OPPOSITION** ("MichGO"), a Michigan non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**GALE A. NORTON**, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,<br><br>Defendants,<br><br>**MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS**, a federally-recognized Indian Tribe,<br><br>Intervenor. | Case No. 1:05-CV-01181-JGP |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Pursuant to Fed. R. Civ. P. 7(b) and LCvR 7(a), Wayland Township, Deputy Sheriff's Association of Michigan, Barry County Chamber of Commerce and Friends of the Gun Lake Indians (collectively termed "Amicus Movants") hereby respectfully submit this Statement of Points and Authorities in support of their request to file an *amicus curiae* brief in support of Defendants' and Intervenor's Motions for Summary Judgment.

**I.      The Amicus Movants' Interest in the Action.**

In this case, Plaintiff Michigan Gambling Opposition ("MichGO") seeks declaratory relief to prevent Defendants Gale Norton, Secretary of the United States Department of Interior ("DOI"), and Neil McCaleb, former Assistant Secretary of the DOI's Bureau of Indian Affairs

5

(collectively "Defendants"), from taking land into trust for the Intervenor Match-E-Be-Nash-She-Wish Band of Potawatomi Indians (hereinafter "Gun Lake Tribe" or "Tribe"). The subject land is located in Wayland Township, Allegan County, Michigan, and is the proposed site for the development of a gaming facility by the Tribe. The Amicus Movants are comprised of state and local government entities or associations. As such, the Amicus Movants have direct interests in the local and regional environment and economy.

## II.     The Amicus Movants' Expertise In the Subject Matter of the Action.

MichGO bases this action, in large-part, on its contention that the proposed casino will "affect the quality of the human environment" in Wayland Township. (Compl. ¶ 5.) Specifically, it has asserted that potential effects from the project will include: a change in the rural character of the area; loss of enjoyment of the aesthetic and environmental qualities of the agricultural land surrounding the casino site; diversion of police, fire, and emergency medical resources; loss of business and recreational opportunities such as retail stores and restaurants (which MichGO argues will be forced out by the casino). (Compl. ¶ 14.) The Amicus Movants, as a local government entity and associations, are particularly well-suited to provide input on these issues. They possess first-hand knowledge of the geographic nature of the area and can provide the Court with a unique insight into the potential impact of the project on the local communities' environment and resources.

## III.    The Court's Broad Discretion.

This Court is vested with broad discretion to determine whether to allow a non-party to participate as *amicus curiae*. Ellsworth Assocs., Inc. v. U.S., 917 F. Supp. 841, 846 (D.D.C. 1996). Courts will generally grant leave to appear *amicus curiae* where "the information offered is 'timely and useful.'" Id. (citing cases).

In this case, granting the Amicus Movants leave to file an *amicus curiae* brief with respect to Defendants' and Intervenor's pending Motions for Summary Judgment is well within the Court's discretion because the Movants can provide information that is both timely and useful. In addition, leave is appropriate here because the Amicus Movants have "a special interest in this litigation as well as familiarity and knowledge of the issues raised therein that could aid in the resolution of this case." Id. The Movants believe such briefing will be useful for the Court in reaching a fair disposition of the pending Motions. Further, the proposed *amicus* input is timely because the briefing on this matter is still open.

### IV.     Conclusion

For the reasons set forth above, the Amicus Movants respectfully ask the Court to grant its Motion for Leave to File *Amicus Curiae* Brief, attached hereto as Exhibit A.

Dated: January 18, 2006

| On Behalf of Wayland Township, | On Behalf of Barry County Chamber of Commerce, |
|---|---|
| By:   s/John A. Watts<br>John A. Watts (Mich. Bar # P22048)<br>Michael D. Blumeno (Mich. Bar # P66063)<br>JOHN A. WATTS, P.C.<br>245 Hubbard Street<br>Allegan, MI 49010<br>(269) 673-3547 | By:   s/Robert Byington<br>Robert Byington (Mich. Bar # P27621)<br>DEPOT LAW OFFICES PLC<br>222 W. Apple Street<br>Hastings, MI 49058<br>(269) 945-9557 |
| On Behalf of Friends of the Gun Lake Tribe, | On Behalf of Deputy Sheriff's Association of Michigan, |
| By:   s/Kevin Cronin<br>Kevin Cronin (Mich. Bar # P38915)<br>2371 130th Ave.<br>Hopkins, MI 49328<br>(269) 793-7764 | By:   s/Thomas A. Klug<br>Thomas A. Klug (Mich. Bar # P27462)<br>LAW OFFICE OF THOMAS A. KLUG, P.C.<br>3626 Dunckel Road<br>Lansing, Michigan 48909<br>(517) 332-3555 |

**CERTIFICATE OF SERVICE**

     I certify that on January18, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC  20005
Tel:  202-898-5800
Fax:  202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
Tel:  616-752-2161
Fax:  616-222-2161
*Attorneys for Plaintiff*

Patricia Miller
Gina Allery
U.S. Department of Justice
601 "D" St., N.W.
Washington, DC  20026
Tel:  202-305-1117
Fax:  202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE  68144
Tel:  402-333-4053
Fax:  402-333-4761
*Attorneys for Intervenor
Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA  94105
Tel:  415-882-5000
Fax:  415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel:  202-663-6910
Fax:  202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                                     s/John A. Watts
_____