## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHIGAN GAMBLING OPPOSITION** ("MichGO"), a Michigan non-profit corporation, | ) ) ) ) | |
| **Plaintiff,** | ) ) | Case No.  1:05-CV-01181-JGP |
| v. | ) ) | |
| **GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,** | ) ) ) ) | **ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AN AMICUS BRIEF** |
| **Defendants,** | ) ) | |
| **MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,** | ) ) ) ) | |
| **Intervenor.** | ) ) | |

Upon consideration of Wayland Township, Deputy Sheriff's Association of Michigan, Barry County Chamber Of Commerce, and Friends Of The Gun Lake Indians' Joint Motion for Leave to File an *Amicus Curiae* Brief in the above-captioned matter,

IT IS HEREBY ORDERED that the Joint Motion is GRANTED and the Joint *Amicus Curiae* Brief in Support of the Defendants and Intervenor is hereby filed with the Court.

_____          _____
Dated                                                      Honorable John G. Penn
                                                              United States District Court Judge
                                                              District Court for the District of Columbia

Conly J. Schulte
Shilee T. Mullin
MONTEAU & PEEBLES, LLP
12100 W. Center Road, Suite 202
Omaha, NE  68144
*Attorneys for Intervenor*

Nicholas C. Yost
Paula M. Yost
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, Sixth Floor
San Francisco, CA  94105
*Attorney for Intervenor*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
*Attorneys for Intervenor*

Rebecca A. Womeldorf
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Suite 900
Washington, DC  20005
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503
*Attorneys for Plaintiff*

Patricia Miller
Gina L. Allery
Department Of Justice
Environmental and Natural Resources Division
Indian Resources Section
601 D Street, NW, Third Floor
Washington DC  20004
*Attorney for Defendants*

John A. Watts (Mich. Bar # P22048)
Michael D. Blumeno (Mich. Bar # P66063)
JOHN A. WATTS, P.C.
245 Hubbard Street
Allegan, MI 49010
*Attorneys for Amicus Wayland Township*

Robert Byington
DEPOT LAW OFFICES
222 W. Apple Street
Hastings, MI  49058
*Attorney for Amicus Barry County Chamber*

Kevin Cronin
2371  130th Ave.
Hopkins, MI  49328
*Attorney for Amicus Friends of Gun Lake Tribe*

Thomas A. Klug
LAW OFFICE OF THOMAS A. KLUG, P.C.
3626 Dunckel Road
Lansing, Michigan 48909
*Attorney for Amicus Deputy Sheriff's Association of Michigan*