IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NORTON, et al.,** )<br>)<br>**Defendants.** )<br>_____)<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWATOMI INDIANS,** )<br>)<br>**Intervenor-Defendant.** )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

**JOINT MOTION ON BEHALF OF MICHGO AND FEDERAL DEFENDANTS FOR EXTENSION OF BRIEFING SCHEDULE**

Plaintiff Michigan Gambling Opposition ("MichGO") and Federal Defendants Gale A. Norton, *et al.* ("Federal Defendants") submit this joint motion to extend the schedule for the submission of briefs with regard to the motions to dismiss or for summary judgment filed on January 6, 2006 by the Federal Defendants and by Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Band")[1]. MichGO and the Federal Defendants respectfully request that the Court enter a briefing schedule requiring MichGO to submit its statements of points and authorities in opposition to the motions of the Federal Defendants and the Gun Lake Band no later than March 20, 2006, and requiring the Federal Defendants and Gun Lake Band to submit their reply statements of points and authorities, if any, 30 days after the filing of MichGO's statements of points and authorities.

---

[1] This Court granted intervention to the Gun Lake Band by Order dated September 1, 2005.

MichGO filed its Complaint against the Federal Defendants on June 15, 2005. The four-count Complaint raises issues ranging from NEPA to the Gun Lake Band's alleged right to gamble on the proposed casino site as its "initial reservation" under IGRA. Under Fed. R. Civ. P. 12(a)(3)(A), Federal Defendants would ordinarily have had 60 days in which to file their answer. At Federal Defendants' request, MichGO agreed to extend that deadline to January 6, 2006, providing Federal Defendants with an extension of approximately five months. Further, Federal Defendants did not file the certified Administrative Record, which is more than 10,000 pages, until November 18, 2005.

Recognizing the complexity of this case and the many issues that must be addressed, Federal Defendants and the Gun Lake Band both requested and were granted motions to file briefs exceeding the usual page limits. Federal Defendants filed an opening brief of 53 pages in support of their motion to dismiss or for summary judgment. The Gun Lake Band filed an opening brief of 56 pages.[2] Given the complexity and importance of this case, the size of the administrative record, and the length of Federal Defendants' and Intervenor's dispositive motions, it will take a significant amount of time for MichGO to prepare its responsive briefs.

Accordingly, MichGO and Federal Defendants respectfully request that the Court grant this motion to extend the briefing schedule so that MichGO's statements of points and authorities in opposition to the two dispositive motions will be due by March 20, 2006, and the Gun Lake Band's and Federal Defendants' reply briefs, if any, will be due 30 days thereafter.[3]

---

[2] MichGO did not oppose either motion.

[3] Counsel for MichGO contacted counsel for the Gun Lake Band to seek concurrence in this Joint Motion on January 20, 2006, and was informed that the Gun Lake Band would not consent to any extension of the briefing schedule. Federal Defendants support the requested extension, but have made no representation to MichGO about the Gun Lake Band's position.

                    Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

| \_\_\_\_/s/ with permission_____ | _____/s/_____ |
|---|---|
| GINA L. ALLERY | REBECCA A. WOMELDORF |
| D.C. Bar No. 485903 | D.C. Bar No. 452034 |
| Attorney for Defendants | Attorneys for Plaintiff |
| Department of Justice | Spriggs & Hollingsworth |
| Environment and Natural Resources Div. | 1350 I Street, N.W., Suite 900 |
| Indian Resources Section | Washington, DC 20005 |
| P.O. Box 44378, L'Enfant Plaza Station | (202) 898-5800 |
| Washington, DC 20026 | |
| (202) 305-0261 | OF COUNSEL: |
| | WILLIAM C. FULKERSON |
| OF COUNSEL: | ROBERT J. JONKER |
| MARIA WISEMAN | DANIEL P. ETTINGER |
| United States Department of the Interior | JOSEPH A. KUIPER |
| Office of the Solicitor United States | Warner Norcross & Judd, LLP |
| | 900 Fifth Third Center |
| | 111 Lyon Street, N.W. |
| | Grand Rapids, MI 49503 |
| | (616) 752-2161 |

Dated: January 20, 2006

**CERTIFICATE OF SERVICE**

     I certify that on January 20, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Patricia Miller
Gina Allery
U.S. Department of Justice
601 "D" St., N.W.
Washington, DC 20026
Tel: 202-305-1117
Fax: 202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                                             /s/
                                          Rebecca A. Womeldorf