IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NORTON, et al.,** )<br>)<br>**Defendants.** )<br>_____)<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWATOMI INDIANS,** )<br>)<br>**Intervenor-Defendant.** )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

**MICHGO'S REPLY BRIEF IN SUPPORT OF JOINT MOTION ON BEHALF OF MICHGO AND FEDERAL DEFENDANTS FOR EXTENSION OF BRIEFING SCHEDULE**

Plaintiff Michigan Gambling Opposition ("MichGO") files this brief in response to Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' ("Gun Lake Band") Opposition to the Joint Motion for Extension of Briefing Schedule submitted by MichGO and Federal Defendants Gale A. Norton, *et al.* ("Federal Defendants"). MichGO and Federal Defendants have stipulated to give MichGO 72 days to respond to the 109 pages of summary judgment briefing filed by Federal Defendants and the Gun Lake Band. Federal Defendants and the Gun Lake Band have had over six months since MichGO filed its complaint within which to frame the motion papers to which MichGO must now respond. Federal Defendants have properly recognized the need for additional time and have consented to a reasonable briefing schedule. .

MichGO has readily accommodated the requests of both the Federal Defendants and the Gun Lake Band for additional briefing length, additional time, or both.  As the Gun Lake Band put it in seeking their own extension of the page limitation, MichGO's Complaint is "voluminous," the record is "extensive," and the "issues at bar are of a complex nature," requiring "much elucidation."  (*See* Gun Lake Band's Mot. for Leave to Exceed Page Limits.)  MichGO also agreed to provide Federal Defendants with three extensions of time to file a responsive pleading, amounting to a five-month extension to file the government's motion, because the requests of the Federal Defendants were reasonable considering the issues involved and the extent of the record.  MichGO merely seeks half the amount of time it granted Federal Defendants to file its responses.  Federal Defendants agreed that this was reasonable.  Nevertheless, MichGO and Federal Defendants were forced to file a joint motion, as opposed to submitting a stipulation and proposed order, because the Gun Lake Band refused to consent to <u>any</u> extension of the briefing deadline.  Under the circumstances, the Band's opposition is baseless.

Further, the Gun Lake Band's assertion that "each day of delay imposes irreparable injury on the Tribe" is simply incorrect.  Even if the land were already in trust, the Gun Lake Band could not operate the casino it now seeks because it does not have a gaming compact approved by the State of Michigan.  Without such a compact with the State, the Class III gaming now proposed by the Band is illegal.

Indeed, it is quite ironic that the Gun Lake Band continues to refer to its "long-delayed reservation and casino project" given that the Band sought and obtained federal recognition as a tribe while making specific representations in its application papers to the federal government and its own members that it would <u>never</u> gamble.  (*See* Compl. ¶¶ 25-26.)

Indeed, at the time the Band was making these statements in its recognition papers, it already had a deal with a non-tribal gaming company to finance its recognition efforts in exchange for, among other things, allowing the non-tribal gaming company to run a casino for the Band once it obtained recognition. A copy of the September 30, 1994, Letter of Intent between the Gun Lake Band and the non-tribal gaming company is attached as Exhibit A. The Gun Lake Band's duplicity in telling the federal government in recognition papers that it never intended to obtain a gambling casino at the same time it had a private deal with a non-tribal gaming company to fund recognition efforts in exchange for a casino is stunning.

As both the Gun Lake Band and Federal Defendants have already acknowledged, this is a significant case involving numerous complex and weighty issues and ultimately affecting hundreds of thousands of people in West Michigan. If the site at issue is taken into trust for a tribal casino, the character of the region will be irrevocably and significantly altered. As the Federal Defendants have recognized, MichGO reasonably needs the requested time to address these issues and the many arguments set forth in the lengthy briefs filed by Federal Defendants and the Gun Lake Band.

                                            Respectfully submitted,

                                            _____/s/_____

| OF COUNSEL: | REBECCA A. WOMELDORF |
|---|---|
| WILLIAM C. FULKERSON | D.C. Bar No. 452034 |
| ROBERT J. JONKER | Attorneys for Plaintiff |
| DANIEL P. ETTINGER | Spriggs & Hollingsworth |
| JOSEPH A. KUIPER | 1350 I Street, N.W., Suite 900 |
| Warner Norcross & Judd, LLP | Washington, DC 20005 |
| 900 Fifth Third Center | (202) 898-5800 |
| 111 Lyon Street, N.W. | |
| Grand Rapids, MI 49503 | |
| (616) 752-2161 | |

Dated: January 23, 2006

# CERTIFICATE OF SERVICE

I certify that on January 23, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Patricia Miller
Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
Tel: 202-305-1117
Fax: 202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                    /s/
                             Rebecca A. Womeldorf