02/09/1994  19:21  6828605327                                    PAGE  82

Exhibit 2

## LETTER OF INTENT:

This letter records agreements as to the duties and roles Sungold Gaming, (U.S.A.) Inc. hereby undertakes in connection with the end goal of establishing and operating for you (collectively, the Gun Lake Band of Indians) a casino owned by the Gun Lake Lake Band of Indians on a basis fully authorized under all applicable federal, state and local laws (the "Casino"). It is now contemplated that the Casino will be located in an area outside of the Tribe's residential community. The Casino may be built on a qualifying site within or outside Michigan and this agreement shall cover all casinos development by the Gun Lake Band as the defined Casino.

The basic duty and obligation of Sungold Gaming, (U.S.A.) Inc. to the Gun Lake Band of Indians is to perform at the expense of Sungold Gaming, (U.S.A.) Inc. all actions required from this time forward to deliver a Casino on a fully operating and managed basis, all in constant consultation and communication with the leaders of Gun Lake Band of Indians. Such work of Sungold Gaming, (U.S.A.) Inc. include principally the followings:

- Assist when necessary all processes required for recognition by the United States Government of the Gun Lake Band of Indians as a Native American tribe entitled to the protection and benefits accorded under Federal laws to validate Native American tribes or other entities.

- Negotiation with the state of Michigan for a compact with the Gun Lake Band of Indians allowing for establishment and operation of the Casino.

- Negotiation with all required federal, state, and local government authorities for establishment of the Casino within Gun Lake Band of Indians property it being understood that if such property is not reasonably available then Sungold Gaming, Inc. U.S.A. shall take the initiative to locate, negotiate and purchase an alternative site.

- Provision of necessary capital required for the construction, staffing and operation of the Casino.

- Complete management of the Casino under the terms of the Management Contract as defined below.

- Procurement of the required federal (including and not limited to the National Indian Gaming Commission and Bureau of Indian Affairs), state, and local government consents, permits, approvals and other authorization necessary for the foregoing activities.

In consideration of the undertakings of Sungold Gaming, (U.S.A.) Inc., thereunder, the Gun Lake Band of Indians agree that Sungold Gaming, (U.S.A.), Inc. shall constitute its sole and exclusive manager of the Casino when operative pursuant to a management contract upon the following terms ("the Management Contract").

Subject to the approval of the the Indian Gaming Commission, the Management Agreement shall have, at a minimum, the following terms and provisions:

a) Gun Lake Band of Indians shall pay Sungold Gaming, (U.S.A.), Inc. an annual fee in an amount of a negotiable percent up to forty percent (40%) of the "net revenue" of the gaming facility, as defined under Par.3 of IGRA, or any amendments thereof.

b) The term of the Management Agreement between Gun Lake Band of Indians and Sungold Gaming, (U.S.A.) Inc. shall be five years, (5), with and additional option for two years, (2), provided however, that if IGRA is amended to permit management agreements with terms in excess of seven (7) years, the term of the Management Agreement shall be extended to provide for the maximum term allowable by law.

c) The Management Agreement will fully comply with required regulations of the Indian Gaming Act and the Bureau of Indian Affairs, which are in effect on the date the Management Agreement is submitted to the Indiann Gaming Commission for approval.

d) Sungold Gaming, (U.S.A.) Inc. shall obtain financing for the necessary development and construction costs associated with developing a fully operational gaming facility. Additionally, Sungold Gaming (USA) will assist the Tribe in the purchase of additional lands near the Bradly Mission in Allegan county for non gaming activities selected by the Tribe.

e) Development and construction shall be amortized over the term of the Management Agreement and costs shall be reimbursed from the gross gaming revenue of the gaming facility prior to the distribution of the net revenue.

f) All such additional terms and provisions as are customarily included in gaming management contracts, approved by the Indian Gaming Commission.

The parties shall not disclose the existence of the Agreement or its contents without the express written consent of both parties, except as may be required by law. This paragraph shall not prohibit the parties from disclosing the Agreement to those of its directors, officers, officials, employees, servants, agents or advisors who are engaged in the process of securing the establishment of a gaming facility or financing in relation to the development and construction of the gaming facility

the Site. The parties will cooperate with each other concerning the timing and content of all press releases and public statements concerning this transaction.

We look forward to years of pleasant and mutually profitable association with the Gun Lake Band of Indians.

Sungold Gaming, (U.S.A.) Inc.

By: *William T. Cross*

William T. Cross
President
Sungold Gaming, (U.S.A.) Inc.

Date: _____

Accepted and Agreed as of the date above:

Gun Lake Band of Indians Acknowledgment Project

By: *William L. Church*

William L. Church, Secretary of State

Date: Sept 30, 1994