IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition**      ) <br> ) <br> **Plaintiff,**      ) <br> ) <br> v.      ) <br> ) <br> **NORTON, et al.,**      ) <br> ) <br> **Defendants.**      ) <br> _____) <br> ) <br> **MATCH-E-BE-NASH-SHE-WISH** <br> **BAND OF POTTAWATOMI INDIANS,**      ) <br> ) <br> **Intervenor**      ) <br> _____) | Case No. 1:05-cv-01181-JGP <br> Judge John G. Penn |

**UNITED STATES' RESPONSE TO MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS' OPPOSITION TO JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE**

In light of the disagreement that has arisen regarding the briefing schedule in this matter, the Defendant United States hereby proposes the following compromise:

1. On or before March 3, 2006, MichGO will file any response brief in opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Intervenor's Motion for Judgment on the Pleadings, or, In the Alternative, For Summary Judgment.

2. On or before March 20, 2006, Defendant will file any reply brief in further support of the Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Intervenor will file any reply brief in further support of the Intervenor's Motion for Judgment on the Pleadings, or, In the Alternative, For Summary Judgment.

1

Dated: January 23, 2006                    Respectfully submitted,

                                           _____/s/_____
                                           GINA L. ALLERY
                                           D.C. Bar No. 485903
                                           Trial Attorney
                                           United States Department of Justice
                                           Environment and Natural Resources Division
                                           Indian Resources Section
                                           P.O. Box 44378
                                           L'Enfant Plaza Station
                                           Washington, D.C.  20026-4378
                                           (202) 305-0261

OF COUNSEL:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2006, I electronically filed the above document with the Court, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
Tel: 616-752-2161
Fax: 616-222-2161
*Attorneys for Plaintiff*

Conly J. Shulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                            Edward DuMont
                            Seth Waxman
      Wilmer Cutler Pickering Hale & Dorr
                  2445 M Street, NW
              Washington, D.C. 20037
                Tel: 202-663-6910
                Fax: 202-663-6363
              *Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                        _____*/s/*_____
                                          Gina L. Allery