IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition**        )<br>                                                                          )<br>                     **Plaintiff,**                                 )<br>                                                                          )<br>**v.**                                                                  )<br>                                                                          )<br>**NORTON, et al.,**                                         )<br>                                                                          )<br>                     **Defendants.**                          )<br>_____)<br>                                                                          )<br>**MATCH-E-BE-NASH-SHE-WISH**                )<br>**BAND OF POTTAWATOMI INDIANS,**       )<br>                                                                          )<br>                     **Intervenor**                             )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

**[PROPOSED] ORDER
TO SET BRIEFING SCHEDULE**

Having reviewed the parties' motions regarding the briefing schedule, the Court hereby adopts the briefing schedule proposed by the United States in its response to Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Band of Indians opposition to the Joint Motion for Extension of Briefing Schedule.  Accordingly, MichGO will file its reply brief in opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Intervenor's Motion for Judgment on the Pleadings, or, In the Alternative, For Summary Judgment on or before March 3, 2006.  The United States and Intervenor will file any reply to MichGO's opposition on or before March 20, 2006.

Dated:_____, 2006            _____
                                                                              Hon. John G. Penn
                                                                              United States District Judge
                                                                              District of Columbia