UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** ) <br> ) <br> v.   ) <br> ) <br> **NORTON, et al.**   ) <br> ) <br> **Defendants.**   ) <br> ──────────────────────── ) <br> ) <br> **MATCH-E-BE-NASH-SHE-WISH** ) <br> **BAND OF POTTAWAWATOMI INDIANS** ) <br> ) <br> ) <br> **Intervenor.**   ) <br> ──────────────────────── ) | Civil Action No. 05-01181 (JGP) |

## ORDER

This matter is before the Court pursuant to the **Joint Motion by Wayland Township, Deputy Sheriff's Association of Michigan, Barry County Chamber of Commerce and Friends of the Gun Lake Indians for Leave to File an *Amicus Curiae* Brief.**  Accordingly, and for good cause shown, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Date: February 2, 2006

JOHN GARRETT PENN
United States District Judge