IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING ) <br> OPPOSITION ("MichGO"), a ) <br> Michigan non-profit corporation, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v.   ) <br>   ) <br> GALE NORTON, in her official ) <br> Capacity as SECRETARY OF THE ) <br> UNITED STATES DEPARTMENT ) <br> OF THE INTERIOR, et. al.   ) <br>   ) <br> Defendants. ) <br> _____) <br>   ) <br> MATCH-E-BE-NASH-SHE-WISH ) <br> BAND OF POTTAWATOMI ) <br> INDIANS, a federally-recognized ) <br> Indian Tribe, ) <br> Intervenor. ) <br> _____) | Case No. 1:05-CV-01181-JGP <br><br> **JOINT STIPULATED BRIEFING SCHEDULE** |

Intervenor, the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians (the "Tribe"), Plaintiff MichGO, and Defendants Gale A. Norton, *et al.* file this Joint Stipulated Briefing Schedule in order to establish the briefing deadlines with respect to the dispositive motions filed by the United States and the Tribe. The parties have reached a stipulation in regard to a briefing schedule for this matter:

- Plaintiff MichGO's memorandum of points and authorities in opposition to the Tribe and United States' dispositive motions (Doc. ## 32, 33) shall be filed on or before March 31, 2006; and

- The Tribe and United States' reply to MichGO's memorandum in opposition shall be filed on or before April 14, 2006.

The United States and the Tribe also respectfully request that an expedited hearing and decision on the dispositive motions take place as soon after the completion of the briefing as the court's schedule will allow.

Respectfully submitted this 10th day of March, 2006.

|  |  |
|---|---|
|  | Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians, Intervenor-Defendant, |
|  | By ___/s/ with permission_____ |
| Nicholas C. Yost, CA Bar 35297 | Conly J. Schulte, NE Bar 20158 |
| Paula M. Yost, CA Bar 156843 | Shilee T. Mullin, NE Bar 22286 |
| Sonnenschein Nath & Rosenthal LLP | Monteau & Peebles, LLP |
| 685 Market Street, Sixth Floor | 12100 W. Center Road, Suite 202 |
| San Francisco, CA 94105 | Omaha, NE 68144 |
| Telephone (415) 882-5000 | Telephone (402) 333-4053 |
| Fax (415) 543-5472 | Fax (402) 333-4761 |
| Seth P. Waxman, DC Bar 257337 | Michael J. Anderson, DC Bar 417887 |
| Edward C. DuMont, DC Bar 471443 | Monteau & Peebles, LLP |
| Wilmer Cutler Pickering Hale and Dorr LLP | 300 Independence Ave. SE |
| 2445 M Street, NW | Washington, DC 20003 |
| Washington, DC 20037 | Telephone (202) 543-5000 |
| Telephone (202) 663-6000 | Fax (202) 543-7716 |
| Fax (202) 663-6363 |  |

| | |
|---|---|
| Michigan Gambling Opposing (MichGO), Plaintiff, | Gale A. Norton, *et al.*, Defendant |
| By _____/s/ with permission_____<br>    Rebecca A. Womeldorf, DC Bar 452034<br>    Spriggs & Hollingsworth<br>    1350 I Street, N.W., Suite 900<br>    Washington, DC  20005<br>    Telephone  (202) 898-5800<br>    Fax  (202) 682-1639<br><br>    Daniel P. Ettinger<br>    Warner Norcross & Judd, LLP<br>    900 Fifth Third Center<br>    111 Lyon Street, N.W.<br>    Grand Rapids, MI  49503<br>    Telephone  (616) 752-2161<br>    Fax  (616) 222-2161 | By ____/s/_____<br>    Gina L. Allery, DC Bar 485903<br>    United States Department of Justice<br>    Environ. & Natural Resources Div.<br>    Indian Resources Section<br>    P.O. Box 44378<br>    L'Enfant Plaza Station<br>    Washington, DC  20026-4378<br>    Telephone  (202) 305-0261<br>    Fax  (202) 305-0271 |

# CERTIFICATE OF SERVICE

I certify that on March 10, 2006, I electronically filed the above document with the Court, which will send notice of electronic filing to the following:

John A. Watts
Michael D. Blumeno
JOHN A. WATTS, P.C.
245 Hubbard Street
Allegan, MI 49010
Tel: 269-673-3547
Fax: 269-673-5679
*Attorneys for Amicus Wayland Township*

Robert Byington
DEPOT LAW OFFICES
222 W. Apple Street
Hastings, MI 49058
Tel: 269-945-9557
*Attorney for Amicus Barry County Chamber*

Kevin Cronin
2371 130th Ave.
Hopkins, MI 49328
Tel: 269-793-7764
*Attorney for Amicus Friends of Gun Lake Tribe*

Thomas A. Klug
LAW OFFICE OF THOMAS A. KLUG, P.C.
3626 Dunckel Road
Lansing, Michigan 48909
*Attorney for Amicus Deputy Sheriff's Association of Michigan*