IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br> )<br> **Plaintiff,** )<br> )<br>v. )<br> )<br>**NORTON, et al.,** )<br> )<br> **Defendants.** )<br>_____)<br> )<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWATOMI INDIANS,** )<br> )<br> **Intervenor** )<br>_____) | Case No. 1:05-cv-01181-JGP<br>Judge John G. Penn |

**[PROPOSED] ORDER
TO SET BRIEFING SCHEDULE**

Having reviewed the parties' joint stipulation regarding the briefing schedule, the Court hereby adopts the briefing schedule proposed by the parties. Accordingly, MichGO will file its reply brief in opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and Intervenor's Motion for Judgment on the Pleadings, or, In the Alternative, For Summary Judgment on or before March 31, 2006. The United States and Intervenor will file any reply to MichGO's opposition on or before April 14, 2006.

Dated:_____, 2006       _____
                                     Hon. John G. Penn
                                     United States District Judge
                                     District of Columbia