UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition**  )<br>  )<br>    Plaintiff  )<br>  )<br>    v.  )<br>  )<br>**NORTON, et al.**  )<br>  )<br>    Defendants.  )<br>  )<br>**MATCH-E-BE-NASH-SHE-WISH**  )<br>**BAND OF POTTAWAWATOMI INDIANS**  )<br>  )<br>  )<br>    Intervenor.  )<br>  ) | Civil Action No. 05-01181 (JGP) |

**ORDER**

Upon consideration of the **Joint Stipulated Briefing Schedule [#44]**, and for good cause shown, it is hereby

**ORDERED** that plaintiff MichGO's Memorandum of points and authorities in Opposition to the Tribe and United States' dispositive Motions (Doc. ## 32, 33) shall be filed on or before March 31, 2006.   And it is further

**ORDERED** that the Tribe and United States' Reply to MichGO's Memorandum in Opposition shall be filed on or before April 14, 2006.

Date: March 13, 2006                                    JOHN GARRETT PENN
                                                        **United States District Judge**