UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHGO, Michigan Gambling Opposition** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-01181 (JGP) |
| | ) | |
| **NORTON, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| **MATCH-E-BE-NASH-SHE-WISH** | ) | |
| **BAND OF POTTAWAWATOMI INDIANS** | ) | |
| | ) | |
| | ) | |
| **Intervenor.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the **Joint Stipulated Briefing Schedule [#44]**, and for good cause shown, it is hereby

**ORDERED** that plaintiff MichGO's Memorandum of points and authorities in Opposition to the Tribe and United States' dispositive Motions (Doc. ## 32, 33) shall be filed on or before March 31, 2006.   And it is further

**ORDERED** that the Tribe and United States' Reply to MichGO's Memorandum in Opposition shall be filed on or before April 14, 2006.

**Date: March 13, 2006**                                                                                       **JOHN GARRETT PENN**
                                                                                                                        **United States District Judge**