**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:05-CV-01181-JGP |
| v. | ) ) | |
| GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al., | ) ) ) ) | |
| Defendants, | ) ) | |
| MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe, | ) ) ) ) | |
| Intervenor. | ) ) | |

<u>**MOTION OF THE KALAMAZOO REGIONAL CHAMBER OF COMMERCE**</u>
<u>**FOR LEAVE TO JOIN WAYLAND TOWNSHIP, THE BARRY COUNTY CHAMBER**</u>
<u>**OF COMMERCE, THE DEPUTY SHERIFFS' ASSOCIATION OF MICHIGAN AND**</u>
<u>**THE FRIENDS OF GUN LAKE INDIANS' MOTIONFOR LEAVE TO FILE AN**</u>
<u>**AMICUS CURIAE BRIEF**</u>

The Kalamazoo Regional Chamber of Commerce ("KRCC") files this Motion for Leave

to Join Wayland Township, the Barry County Chamber of Commerce, the Deputy Sheriffs'

Association of Michigan and Friends of Gun Lake Indians' Joint Motion for Leave to File an

Amicus Curiae Brief and Joint Amicus Curiae Brief. The KRCC is an association of over 3,000

members, primarily businesses located in southwest Michigan, the same region in which the

Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' ("Tribe") proposed gaming facility

is to be located. For the reasons set forth in Wayland Township, *et al.'s* Joint Amicus Curiae

Brief, the KRCC also supports the Tribe's project and asks that in accordance with the

Defendants' and Tribe's dispositive motions, the Court dismiss MichGO's Complaint in its entirety.

Respectfully submitted,

MCCARTHY SMITH LAW GROUP, PLC

Dated: March 7, 2006        By:    _____

Kevin M. McCarthy (P30302)

~~Attorneys for Plaintiff~~

ADDRESS:

550 W. Centre Avenue
Portage, MI 49024
(269) 488-6330

Dated: March 15, 2006        By:    /s/ Elizabeth L. Homer

Elizabeth L. Homer
(DC Bar # 473995)
D.C. Counsel
Homer Law, Chtd.
1730 Rhode Island Ave., N.W.
Ste. 501
Washington, D.C. 20036
(202) 955-5601

## CERTIFICATE OF SERVICE

I certify that on March  15 , 2006, I electronically filed the above document via the

Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the

following:

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC  20005
Tel:  202-898-5800
Fax:  202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
Tel:  616-752-2161
Fax:  616-222-2161
*Attorneys for Plaintiff*

Patricia Miller
Gina Allery
U.S. Department of Justice
601 "D" St., N.W.
Washington, DC  20026
Tel:  202-305-1117
Fax:  202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE  68144
Tel:  402-333-4053
Fax:  402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

3

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*


/s/ Elizabeth L. Homer


Y:clients/kalamazoo chamber.amicus brief.1.30.06