UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition**   ) | |
| ) | |
| **Plaintiff**   ) | |
| ) | |
| v.   ) | Civil Action No. 05-01181 (JGP) |
| ) | |
| **NORTON, et al.**   ) | |
| ) | |
| **Defendants.**   ) | |
| ——————————————— ) | |
| ) | |
| **MATCH-E-BE-NASH-SHE-WISH**   ) | |
| **BAND OF POTTAWAWATOMI INDIANS**   ) | |
| ) | |
| ) | |
| **Intervenor.**   ) | |
| ——————————————— ) | |

**ORDER**

This matter is before the Court on the **Joint Motion on Behalf of MICHGO and Federal Defendants for Extension of Time [#38].** Accordingly, and pursuant to the Court's Order [#45] adopting the parties' Joint Stipulated Briefing Schedule [#44], it is hereby

**ORDERED** that the Joint Motion on Behalf of MICHGO and Federal Defendants for Extension of Time [#38] shall be **DENIED** as moot.

Date: March 21, 2006                                      **JOHN GARRETT PENN**
                                                          **United States District Judge**