UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** )<br>)<br>v.   )<br>)<br>**NORTON, et al.** )<br>)<br>**Defendants.** )<br>_____ )<br>)<br>**MATCH-E-BE-NASH-SHE-WISH** )<br>**BAND OF POTTAWAWATOMI INDIANS** )<br>)<br>)<br>**Intervenor.** )<br>_____ ) | Civil Action No. 05-01181 (JGP) |

## ORDER

Upon consideration of the **Motion of the Kalamazoo Regional Chamber of Commerce for Leave to Join Wayland Township, the Barry County Chamber of Commerce, the Deputy Sheriffs' Association of Michigan and the Friends of Gun Lake Indians' Motion for Leave to File an Amicus Curiae Brief [#46]**, and for good cause shown, the Motion is hereby **GRANTED**.

   **SO ORDERED**.

Date: March 21, 2006                                       **JOHN GARRETT PENN**
                                                           **United States District Judge**