IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,<br><br>    Defendants,<br><br>―――――――――――――――――<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>    Intervenor. | Case No. 1:05-CV-01181-JGP |

## MOTION FOR LEAVE TO JOIN WAYLAND TOWNSHIP AND FRIENDS OF GUN LAKE INDIANS' MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF

COMES NOW [Allegan Chamber of Commerce] and files this Motion for Leave to Join Wayland Township and Friends of Gun Lake Indians' Joint Motion for Leave to File an Amicus Curiae Brief and Joint Amicus Curiae Brief. [Allegan Chamber of Commerce] is located in direct proximity to the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' ("Tribe") proposed gaming facility and, thus, is similarly situated to Wayland Township, *et al.* For the reasons set forth in Wayland Township, *et al.*'s Joint Amicus Curiae Brief, [Allegan Chamber of Commerce] also supports the Tribe's project and asks that in accordance with the Defendants' and Tribe's dispositive motions, the Court dismiss MichGO's Complaint in its entirety.

Dated: 3/27/06

On Behalf: Allegan Chamber of Commerce,

By: /s/ Elizabeth L. Homer
D.C. Counsel for Allegan Chamber of Commerce

**CERTIFICATE OF SERVICE**

I certify that on \_\_Mar. 27\_\_, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

>Rebecca A. Womeldorf
>Spriggs & Hollingsworth
>1350 I Street, N.W., Suite 900
>Washington, DC 20005
>Tel: 202-898-5800
>Fax: 202-682-1639
>*Attorney for Plaintiff*

>William C. Fulkerson
>Robert J. Jonker
>Daniel P. Ettinger
>Joseph A. Kuiper
>Warner Norcross & Judd, LLP
>900 Fifth Third Center
>111 Lyon Street, N.W.
>Grand Rapids, MI 49503
>Tel: 616-752-2161
>Fax: 616-222-2161
>*Attorneys for Plaintiff*

>Patricia Miller
>Gina Allery
>U.S. Department of Justice
>601 "D" St., N.W.
>Washington, DC 20026
>Tel: 202-305-1117
>Fax: 202-305-0271
>*Attorney for Defendants*

>Conly J. Schulte
>Shilee T. Mullin
>Monteau & Peebles, LLP
>12100 W. Center Road, #202
>Omaha, NE 68144
>Tel: 402-333-4053
>Fax: 402-333-4761
>*Attorneys for Intervenor
>Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

/s/ Elizabeth L. Homer
D.C. Counsel for Allegan Chamber of Commerce