IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

          Plaintiff,

v.

GALE A. NORTON, in her official
capacity as SECRETARY OF THE
UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al*.,

          Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

          Intervenor.

Case No. 1:05-CV-01181-JGP

_____

### PLAINTIFF'S MOTION TO FILE STATEMENT OF POINTS AND AUTHORITIES IN EXCESS OF PAGE LIMIT

      Plaintiff Michigan Gambling Opposition ("MichGO") moves this Court under LCvR 7(e) for leave to file its Combined Statement of Points and Authorities in Opposition to Federal Defendants' and the Gun Lake Band's Motion to Dismiss or in the Alternative for Summary Judgment in excess of 45 pages. This Motion is supported by the accompanying brief.

      ACCORDINGLY, MichGO respectfully requests that the Motion be granted.

Respectfully submitted,


_____/s/_____
REBECCA A. WOMELDORF
D.C. Bar No. 452034
Attorneys for Plaintiff
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC 20005
(202) 898-5800

OF COUNSEL:
WILLIAM C. FULKERSON
ROBERT J. JONKER
DANIEL P. ETTINGER
JOSEPH A. KUIPER
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 752-2161

Dated: March 31, 2006

**CERTIFICATE OF SERVICE**

    I certify that on March 31, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Patricia Miller
Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
Tel: 202-305-1117
Fax: 202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                           /s/
                                 Rebecca A. Womeldorf