**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

          Plaintiff,

v.

GALE A. NORTON, in her official
capacity as SECRETARY OF THE
UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*,

          Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

          Intervenor.

Case No. 1:05-CV-01181-JGP

_____

**PLAINTIFF'S BRIEF IN SUPPORT OF ITS MOTION TO FILE STATEMENT OF POINTS AND AUTHORITIES IN EXCESS OF PAGE LIMIT**

      Plaintiff Michigan Gambling Opposition ("MichGO") moves this Court under LCvR 7(e) for leave to file its Combined Statement of Points and Authorities in Opposition to Federal Defendants' and the Gun Lake Band's Motions to Dismiss or in the Alternative for Summary Judgment in excess of 45 pages. In support of this motion, MichGO states as follows:

      1.    Defendants Gale A. Norton, *et al.* ("Federal Defendants") have filed a Motion to Dismiss or in the Alternative for Summary Judgment. In support of that Motion, they filed a statement of points and authorities numbering 53 pages.

2. Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Band") has filed a Motion to Dismiss or in the Alternative for Summary Judgment. In support of that Motion, the Band filed a statement of points and authorities numbering 56 pages.

3. The issues involved in this case are numerous and complex. For the Court's convenience, MichGO has chosen to respond to the arguments put forth by the Federal Defendants and the Gun Lake Band in one Combined Statement of Points and Authorities. In order to respond to the arguments made by these parties, MichGO needs more than 45 pages.

4. MichGO requests leave to file the attached brief of 54 pages.

ACCORDINGLY, MichGO respectfully requests that the Motion be granted.

Respectfully submitted,

_____/s/_____

| | |
|---|---|
| OF COUNSEL: | REBECCA A. WOMELDORF |
| WILLIAM C. FULKERSON | D.C. Bar No. 452034 |
| ROBERT J. JONKER | Attorneys for Plaintiff |
| DANIEL P. ETTINGER | Spriggs & Hollingsworth |
| JOSEPH A. KUIPER | 1350 I Street, N.W., Suite 900 |
| Warner Norcross & Judd, LLP | Washington, DC 20005 |
| 900 Fifth Third Center | (202) 898-5800 |
| 111 Lyon Street, N.W. | |
| Grand Rapids, MI 49503 | |
| (616) 752-2161 | |

Dated: March 31, 2006

2

## CERTIFICATE OF SERVICE

      I certify that on March 31, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Patricia Miller
Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
Tel: 202-305-1117
Fax: 202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                                /s/
                                    Rebecca A. Womeldorf