# NOTTAWASEPPI HURON BAND OF POTAWATOMI INDIANS

## TRUST APPLICATION

## SACKRIDER PROPERTY

December 11, 1999

HURON 5
02719

Anne Bolton, Superintendent
December 11, 1999
Page 4

In accordance with the government-to-government relationship which exists between the Tribe and the United States, we request that the United States accept these lands in trust so that we Nottawaseppi Huron Band of Potawatomi Indians may exercise the fullest measure of our retained sovereignty.

We provide a brief summary of each of the four parcels we seek federal trust status.

**Pine Creek Indian Reservation**

The centerpiece of our trust application is our 120 acre Pine Creek Indian Reservation in Athens Township, Calhoun County, Michigan. As acknowledged by the Bureau of Indian Affairs prior to our federal recognition, the State reservation and surrounding communities are the Tribe's "social core" area which our ancestors moved to in the 1840's from the 66,000 acre Notawasepe Reserve in nearby St. Joseph County, Michigan after resisting the federal government's forced relocation policy of the 1830's and 1840's. Our ancestors purchased the land with federal annuity monies due them under an 1807 treaty ceding southeastern Michigan to the United States. The land was placed in trust in 1845 with the State of Michigan and it has remained in trust since that time. The State, however, provides no services to the Tribe as a result of the State trust status of the land. The State of Michigan supported our recognition petition and supports transferring our reservation into federal trust.

Apart from representing the center of our religious, spiritual and cultural existence, the Pine Creek parcels also house the historic Methodist Church (not currently used for religious purposes), the Athens Indian Church, parsonage, cemetery, tribal housing, and tribal governmental facilities. Many of our tribal leaders are buried here. In 1973, the reservation was added to the list of properties included on the National Register of Historic Places. The reservation is located in Calhoun County, Michigan which is one of our seven Michigan county service areas for BIA and IHS services.

Up until the Great Depression, the Pine Creek Indian Reservation was home to most of our members. There are no businesses, paved roads, or economic development on the reservation. With the Depression and the Second World War, our members moved into the more urban areas of Battle Creek, Grand Rapids, Lansing, Mt. Pleasant, Hartford and Bradley, Michigan in search of employment. Although few members now reside on the Pine Creek Reservation, nearly 25% of the Tribe's members live within a 25 mile radius of the reservation. Members return to the reservation for tribal, religious and political affairs. We identify ourselves as Nottawaseppi Huron Potawatomi because of our connection to this land.

Trust status for the Pine Creek Indian Reservation, the seat of our Tribe's tribal government and spiritual center, will assist the Tribe to maintain the rich legacy that was established by our ancestors and which we, their descendants, wish to continue. It will also

HURON II 02725

HURON012725