IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

        Plaintiff,

v.

GALE A. NORTON, in her official
capacity as SECRETARY OF THE
UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*,

        Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

        Intervenor.

Case No. 1:05-CV-01181-JGP

_____

**ORDER**

Plaintiff has filed a motion under LCvR 7(e) for leave to file its Combined Statement of Points and Authorities in Opposition to Federal Defendants' and the Gun Lake Band's Motion to Dismiss or in the Alternative for Summary Judgment in excess of 45 pages. For good cause shown, Plaintiff's motion is GRANTED and Plaintiff's Combined Statement of Points and Authorities in Opposition to Federal Defendants' and the Gun Lake Band's Motion to Dismiss or in the Alternative for Summary Judgment is deemed filed.

Dated:                                                                         _____
                                                                                 Hon. John G. Penn
                                                                                 United States District Judge