UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** ) <br> ) <br> v.                                ) <br> ) <br> **NORTON, et al.**                        ) <br> ) <br> **Defendants.**                         ) <br> ──────────────────────────── ) <br> ) <br> **MATCH-E-BE-NASH-SHE-WISH** ) <br> **BAND OF POTTAWAWATOMI INDIANS** ) <br> ) <br> ) <br> **Intervenor.**                          ) <br> ──────────────────────────── ) | Civil Action No. 05-01181 (JGP) |

## ORDER

Upon consideration of **Plaintiff's Motion to File Statement of Points and Authorities in Excess of Page Limit [#50]**, and for good cause shown, it is hereby

**ORDERED** that plaintiff's Motion shall be **GRANTED**.  And it is further

**ORDERED** that Plaintiff's Combined Statement of Points and Authorities in Opposition to Federal Defendants' and the Gun Lake Band's Motion to Dismiss or in the Alternative for Summary Judgment shall be deemed filed.

Date: April 4, 2006                                                             **JOHN GARRETT PENN**
                                                                                **United States District Judge**