**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.  )<br><br>Defendants.  )<br>_____ )<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,  )<br><br>Intervenor.  ) | Case No. 1:05-CV-01181-JGP<br>Judge John G. Penn |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE ITS REPLY MEMORANDUM**

The United States respectfully requests that the Court grant an extension of time for the United States and Intervenor, Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Tribe" or "Tribe") to file their Reply Memoranda in Support of their respective dispositive motions on or before April 28, 2006. The United States does not wish to prejudice the Tribe's ability to seek an expedited resolution of this matter, but due to scheduling conflicts the United States is requesting this extension of time. In support of this Motion, the United States asserts:

1. Counsel for Plaintiff and Counsel for Intervenor do not oppose this Motion.

2. Currently, a reply memorandum in support of the United States' Motion to Dismiss or in the Alternative for Summary Judgment is due April 14, 2006. A

reply memoranda in support of Intervenor's Motion for Judgment on the Pleadings or Alternative to Dismiss or for Summary Judgment is also due on April 14, 2006.

3. The United States' counsel has professional scheduling conflicts that interfere with the current reply due date.

4. Other officials within the United States who must review the reply memorandum have professional scheduling conflicts that interfere with the filing of a reply memorandum before April 28, 2006.

Therefore, the United States respectfully requests that the Court grant the Motion for Extension of Time for the United States and the Tribe to file their Reply Memoranda on or before April 28, 2006.

Dated: April 12, 2006                    Respectfully submitted,

                                         _____/s/_____
                                         GINA L. ALLERY
                                         D.C. Bar No. 485903
                                         Trial Attorney
                                         United States Department of Justice
                                         Environment and Natural Resources Division
                                         Indian Resources Section
                                         P.O. Box 44378
                                         L'Enfant Plaza Station
                                         Washington, D.C. 20026-4378
                                         (202) 305-0261

OF COUNSEL:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC