IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHGO, Michigan Gambling Opposition** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01181-JGP |
| ) | Judge John G. Penn |
| **NORTON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| **MATCH-E-BE-NASH-SHE-WISH** ) | |
| **BAND OF POTTAWATOMI INDIANS,** ) | |
| ) | |
| **Intervenor** ) | |

**[PROPOSED] ORDER
GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE ITS REPLY MEMORANDUM**

Upon consideration of the United States' Unopposed Motion for Extension of Time to File its Reply Memorandum, it is hereby ORDERED that the United States' and Intervenor's Reply Memorandum is due on or before April 28, 2006.

Dated:_____, 2006        _____

                                                                              Hon. John G. Penn
                                                                              United States District Judge
                                                                              District of Columbia