# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>        Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br>        Intervenor. | Case No. 1:05-CV-01181-JGP<br><br>**MOTION TO EXCEED PAGE LIMITS** |

    COMES NOW Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake" or "Tribe"), a federally-recognized Indian tribe, and pursuant to LCvR 7(a) and (e) files this Motion for Leave to Exceed Page Limits to file a brief that will not exceed 40 pages. The Tribe intends to file a Reply to Plaintiff MichGO's Combined Statement of Points and Authorities in Opposition to Federal Defendants' and the Gun Lake Band's Motions to Dismiss or in the Alternative for Summary Judgment. Defendant the United States does not oppose this Motion.

    The extension is required to allow the Tribe to fully and adequately reply to MichGO's fifty-three page Opposition (the Court granted MichGO leave to file its Opposition in excess of

the page limits (Doc. # 51)).  In accordance with LCvR 7(m), counsel for the Tribe contacted counsel for Plaintiff MichGO and the Defendant Secretary of Interior, *et al.*, by telephone to obtain their position on this Motion.  Counsel for the Defendants, Ms. Gina Allery, stated that the United States is not opposed to this Motion.  Attempts to contact counsel for the Plaintiff, Mr. Daniel Ettinger, were unsuccessful.

Respectfully submitted this 21st day of April, 2006.

                              Match-E-Be-Nash-She-Wish Band of
                              Pottawatomi Indians, Intervenor-Defendant,

                              By    /s/ Conly J. Schulte

| | |
|---|---|
| Nicholas C. Yost, CA Bar 35297 | Conly J. Schulte, NE Bar 20158 |
| Paula M. Yost, CA Bar 156843 | Shilee T. Mullin, NE Bar 22286 |
| Sonnenschein Nath & Rosenthal LLP | Monteau & Peebles, LLP |
| 685 Market Street, Sixth Floor | 12100 W. Center Road, Suite 202 |
| San Francisco, CA  94105 | Omaha, NE  68144 |
| Telephone (415) 882-5000 | Telephone (402) 333-4053 |
| Fax (415) 543-5472 | Fax (402) 333-4761 |
| | |
| Seth P. Waxman, DC Bar 257337 | Michael J. Anderson, DC Bar 417887 |
| Edward C. DuMont, DC Bar 471443 | Monteau & Peebles, LLP |
| Wilmer Cutler Pickering Hale and Dorr LLP | 300 Independence Ave. SE |
| 2445 M Street, NW | Washington, DC  20003 |
| Washington, DC 20037 | Telephone (202) 543-5000 |
| Telephone (202) 663-6000 | Fax (202) 543-7716 |
| Fax (202) 663-6363 | |