U.S. Department of Justice

Environment and Natural Resources Division

---

*Indian Resources Section*
*P.O. Box 44378*
*L'Enfant Plaza Station*
*Washington, DC 20026-4378*

*Telephone (202) 305-0269*
*Facsimile (202) 305-0271*

June 24, 2005

**VIA FACSMILE**
Daniel Ettinger
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 222-2168

      Re:   <u>MichGO v. Norton</u>, No. 1:05-cv-01181-JGP (D.D.C.)

Dear Dan:

      This letter is to confirm that the Department of the Interior has authorized the Department of Justice to represent that it will not take the 146-acre parcel in Allegan County, Michigan, into trust for the benefit of the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Tribe") during the pendency of this litigation before the United States District Court unless or until the defendants first provide the court and the plaintiff's attorney of record with notice thereof by certified mail, return receipt requested, and at least 30 day days have passed since the receipt of such notice.

      This decision was reached after careful consideration and deliberation, and with the understanding that the parties jointly will agree to a reasonably expedited briefing schedule after the filing of the certified administrative record, and with the understanding that the parties will jointly request a target date for a decision of 60 days after oral argument to be included in the Local Rule 16.3, or Federal Rule 26(f), report to the court. The parties understand that the briefing schedule will have to take into consideration any potential challenges to the administrative record, including those regarding discovery and privilege, and that the parties do not know at this time whether there will be such challenges. If the parties cannot reach agreement on a briefing schedule within a reasonable time after you have had an opportunity to review the administrative record, the United States reserves its right to take the land into trust under the 30-day notice as provided above.

      I note that Interior continues to be concerned that any delay in the disposition of this case may adversely impact the Gun Lake Tribe, and that it is my desire to brief this case in full before my departure for maternity leave in October of 2005. I appreciate working with you in a cooperative manner.

      Sincerely,

Patricia Miller
Trial Attorney



EXHIBIT
NO. 05-CV-1181
JGP
A