## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.  1:05-CV-01181-JGP |
| GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al. | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |
| MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe, | ) ) ) ) | |
| Intervenor. | ) ) | |

_____

## NOTICE OF ADDRESS CHANGE

Effective May 1, 2006, please note that the address for Wilmer Cutler Pickering Hale and Dorr LLP has been changed to:  1875 Pennsylvania Ave., N.W., Washington, D.C., 20006.  The firm's telephone and fax numbers remain the same.

Respectfully submitted,

  /s/ Edward C. DuMont_____
Seth P. Waxman, DC Bar 257337
Edward C. DuMont, DC Bar 471443
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Telephone (202) 663-6000
Fax (202) 663-6363

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 1, 2006, I electronically filed the above document with the Court, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, NW, Suite 900
Washington, DC  20005
202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503
616-222-2161
*Attorneys for Plaintiff*

Patricia Miller
Gina L. Allery
Department Of Justice
Environmental and Natural Resources Division
Indian Resources Section
601 D Street, NW, Third Floor
Washington DC  20004
202-305-0271
*Attorneys for Defendants*

John A. Watts
Michael D. Blumeno
John A. Watts, P.C.
245 Hubbard Street
Allegan, MI 49010
269-673-3547
*Attorneys for Amicus Wayland Township*

Elizabeth Lonah Homer
Homer Law, Chartered
1730 Rhode Island Ave., NW
Suite 501
Washington, D.C. 20036
*Attorney for Allegan Chamber of Commerce*
*and Kalamazoo Regional Chamber of Commerce*


Robert Byington
Depot Law Offices
222 W. Apple Street
Hastings, MI 49058
269-945-9557
*Attorney for Amicus Barry County Chamber*


Kevin Cronin
2371 130th Ave.
Hopkins, MI 49328
269-793-7764
*Attorney for Amicus Friends of the Gun Lake Tribe*


Thomas A. Klug
Law Office of Thomas A. Klug, P.C.
3626 Dunckel Road
Lansing, MI 48909
*Attorney for Amicus Deputy Sheriff's Association of Michigan*


_____/s/ Edward C. DuMont_____