**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:05-CV-01181-JGP<br>) Judge John G. Penn |
| GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al. | )<br>)<br>)<br>) |
| Defendants. | ) |
| MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe, | )<br>)<br>)<br>) |
| Intervenor. | ) |

**JOINT MOTION FOR EXPEDITED HEARING**

The United States and Intervenor, Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Tribe" or "Tribe"), hereby move the Court to conduct a hearing on an expedited basis. In support of this Motion, the United States and the Tribe submit that expedited resolution of this case is in the best interests of the parties and the community surrounding the property at issue in this case. Expedition will bring a speedy resolution to the uncertainty surrounding the legal status of the property, including the jurisdictional and land use issues that turn on this Court's ultimate resolution of this suit. The Tribe further submits that the Tribe and

its members are sustaining substantial ongoing injury as a result of the delay in the acquisition of trust lands caused by this lawsuit.[1]

Accordingly, the Tribe and the United States respectfully request that the Court schedule a hearing on the pending dispositive motions in this matter as soon as the Court's schedule will allow. Counsel for the parties in this matter are available for a scheduling conference if that will assist the Court in setting a hearing date. Plaintiff, MichGO, does not join in this motion.

Dated: May 10, 2006                    Respectfully submitted,

/s/
GINA L. ALLERY
D.C. Bar No. 485903
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261

OF COUNSEL:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC

---

[1] The Tribe has submitted prior filings to the court detailing its historical struggle for recognition and a land base, and the hardships inflicted on the Tribe and its members resulting from the delay caused by this lawsuit, including an inability to remedy a tribal unemployment rate that is over six times that of the surrounding area, and a home ownership rate that is less than a third of that of the surrounding area. See Docket No. 7, St. Points and Auth. Supp. Mtn to Intervene and Decl. D.K. Sprague. The Tribe will not repeat all of these considerations, but incorporates this information herein by reference.

                                                       Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians, Intervenor-Defendant,

By    /s/ with permission
      Conly J. Schulte, NE Bar 20158

| | |
|---|---|
| Nicholas C. Yost, CA Bar 35297 | Shilee T. Mullin, NE Bar 22286 |
| Paula M. Yost, CA Bar 156843 | Monteau & Peebles, LLP |
| Sonnenschein Nath & Rosenthal LLP | 12100 W. Center Road, Suite 202 |
| 685 Market Street, Sixth Floor | Omaha, NE 68144 |
| San Francisco, CA 94105 | Telephone (402) 333-4053 |
| Telephone (415) 882-5000 | Fax (402) 333-4761 |
| Fax (415) 543-5472 | |
| | |
| Seth P. Waxman, DC Bar 257337 | Michael J. Anderson, DC Bar 417887 |
| Edward C. DuMont, DC Bar 471443 | Monteau & Peebles, LLP |
| Wilmer Cutler Pickering Hale and Dorr LLP | 300 Independence Ave. SE |
| 2445 M Street, NW | Washington, DC 20003 |
| Washington, DC 20037 | Telephone (202) 543-5000 |
| Telephone (202) 663-6000 | Fax (202) 543-7716 |
| Fax (202) 663-6363 | |