IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>               Plaintiff,<br><br>v.<br><br>GALE A. NORTON, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>               Defendants,<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally recognized Indian tribe,<br><br>               Intervenor. | Case No. 1:05-CV-01181-JGP |

_____

### MICHGO'S RESPONSE TO FEDERAL DEFENDANTS' AND THE GUN LAKE BAND'S JOINT MOTION FOR EXPEDITED HEARING

Federal Defendants and Intervenor Gun Lake Band have filed a Joint Motion for an expedited hearing on their dispositive motions. MichGO did not join in that motion because it believes the Court can determine how best to proceed with the case consistent with the Court's other docket responsibilities. MichGO's Complaint raises serious questions about Defendants' compliance with IGRA, IRA, NEPA, and the Federal Constitution (as is evident from the voluminous filings in this case), and MichGO defers to the Court regarding the scheduling of a hearing on the dispositive motions.

In the Joint Motion, the Gun Lake Band suggests that an expedited hearing is necessary in light of the Band's "historical struggle for recognition and a land base." (Joint Motion, at 2 n.1). But, as MichGO points out in its brief in opposition to the dispositive motions, the Gun

Lake Band stated unequivocally during the federal recognition process that it would never pursue a casino. (MichGO's Combined Statement of Points and Authorities in Opposition to Federal Defendants' and the Gun Lake Band's Motions to Dismiss or in the Alternative for Summary Judgment, at 3-4, 26-27). Only after the Band was recognized by the federal government did it change its tune and seek to have land taken into trust for gambling. It is the Band's "about face" on gambling that has necessitated this suit, and it is disingenuous for the Band to suggest otherwise.

                                  Respectfully submitted,

                                  _____/s/_____

| OF COUNSEL: | REBECCA A. WOMELDORF |
|---|---|
| WILLIAM C. FULKERSON | D.C. Bar No. 452034 |
| ROBERT J. JONKER | Attorneys for Plaintiff |
| DANIEL P. ETTINGER | Spriggs & Hollingsworth |
| JOSEPH A. KUIPER | 1350 I Street, N.W., Suite 900 |
| Warner Norcross & Judd, LLP | Washington, DC 20005 |
| 900 Fifth Third Center | (202) 898-5800 |
| 111 Lyon Street, N.W. | |
| Grand Rapids, MI 49503 | |
| (616) 752-2161 | |

Dated: May 15, 2006

**CERTIFICATE OF SERVICE**

      I certify that on May 15, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Patricia Miller
Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
Tel: 202-305-1117
Fax: 202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                                              /s/
                                                  Rebecca A. Womeldorf