IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

          Plaintiff,

v.

GALE A. NORTON, in her official
capacity as SECRETARY OF THE
UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*,

          Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

          Intervenor.

Case No. 1:05-CV-01181-JGP

_____

### MICHGO'S SUPPLEMENTAL STATEMENT OF POINTS AND AUTHORITIES IN OPPOSITION TO FEDERAL DEFENDANTS' AND THE GUN LAKE BAND'S MOTIONS TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

      Plaintiff Michigan Gambling Opposition ("MichGO") submits this supplemental brief to inform the Court about a recent trend by DOI and BIA to perform environmental impact statements ("EIS") for proposed Indian casinos. Although they are fighting against MichGO's demand for an EIS in this case, over the past two-and-a-half years DOI and BIA have performed or announced their intent to perform an EIS for at least **27** proposed Indian casinos throughout the United States. *See* 71 Fed. Reg. 21034-01 (April 24, 2006) (EIS Notice of Intent, Las Vegas Paiute Indian Tribe); 71 Fed. Reg. 20126-01 (April 19, 2006) (EIS Notice of Intent, Los Coyotes Band of Cahuilla and Cupentildeo Indians and the Big Lagoon Rancheria); 71 Fed. Reg. 18767-

02 (April 12, 2006) (EIS Notice of Availability, Cowlitz Indian Tribe); 71 Fed. Reg. 10055-01 (Feb. 28, 2006) (EIS Notice of Availability, Scotts Valley Band of Pomo Indians); 71 Fed. Reg. 7568-01 (Feb. 13, 2006) (EIS Notice of Intent, Cayuga Indian Nation); 70 Fed. Reg. 76325-01 (Dec. 23, 2005) (EIS Notice of Intent, Oneida Indian Nation); 70 Fed. Reg. 56933-01 (Sept. 29, 2005) (Supplemental EIS Notice of Intent, Federated Indians of the Graton Rancheria); 70 Fed. Reg. 51363-02 (Aug. 30, 2005) (EIS Notice of Intent, Confederated Tribes of the Warm Springs Reservation); 70 Fed. Reg. 48972-01 (Aug. 22, 2005) (EIS Notice of Intent, Greenville Rancheria); 70 Fed. Reg. 47262-01 (Aug. 12, 2005) (EIS Notice of Intent, Big Sandy Rancheria of Mono Indians); 70 Fed. Reg. 29363-02 (May 20, 2005) (EIS Notice of Intent, Estom Yumeka Maidu Tribe); 70 Fed. Reg. 12229-03 (March 11, 2005) (EIS Notice of Intent, Guidiville Band of Pomo Indians); 70 Fed. Reg. 9963-02 (March 1, 2005) (EIS Notice of Intent, Pueblo of Jimez); 69 Fed. Reg. 68970-01 (Nov. 26, 2004) (EIS Notice of Intent, Lower Lake Rancheria Koi Nation); 69 Fed. Reg. 65447-02 (Nov. 12, 2004) (EIS Notice of Intent, Cowlitz Indian Tribe); 69 Fed. Reg. 62721-01 (Oct. 27, 2004) (EIS Notice of Intent, North Fork Rancheria of Mono Indians); 69 Fed. Reg. 43431-01 (July 20, 2004) (EIS Notice of Intent, Scotts Valley Band of Pomo Indians); 69 Fed. Reg. 92065-02 (July 13, 2004) (EIS Notice of Intent, Nottawaseppi Huron Band of Potawatomi Indians); 69 Fed. Reg. 35058-01 (June 23, 2004) (EIS Notice of Intent, Menominee Nation); 69 Fed. Reg. 24182-02 (May 3, 2004) (EIS Notice of Intent, St. Croix Chippewa Indians and the Bad River Band); 69 Fed. Reg. 18402-01 (April 7, 2004) (EIS Notice of Intent, Timbisha Shoshone Tribe); 69 Fed. Reg. 7022-01 (Feb. 12, 2004) (EIS Notice of Intent, Federated Indians of the Graton Rancheria); 69 Fed. Reg. 2728-01 (Jan. 20, 2004) (EIS Notice of Additional Public Scoping, Ione Band of Miwok Indians); 68 Fed. Reg. 65732-01 (Nov. 21, 2003) (EIS Notice of Intent, Elk Valley Rancheria); 68 Fed. Reg. 65467-01 (Nov. 20,

2003) (EIS Notice of Intent, Stockbridge-Munsee Community, Band of Mohican Indians); 68 Fed. Reg. 57705-01 (Oct. 6, 2003) (EIS Notice of Intent, St. Regis Band of Mohawk Indians); 68 Fed. Reg. 63127-02 (Nov. 7, 2003) (EIS Notice of Intent, Ione Band of Miwok Indians).[1]  No less than **ten** of these EISs have been announced in the period since MichGO filed its Complaint in June 2005.

This trend is significant because the NEPA regulations state that, in determining whether to perform an EIS, an agency's first step must be to determine whether the project is of a type that "[n]ormally requires an environmental impact statement."  40 C.F.R. § 1501.4(a)(1).  As one court explained, "[a]n EIS *must* be prepared if the proposed agency action is one which 'normally requires an environmental impact statement . . . .'"  *Seattle Community Council Fed. v. F.A.A.*, 961 F.2d 829, 832 (9th Cir. 1992) (emphasis in original).  It is disingenuous for Federal Defendants to claim that the proposed Gun Lake casino does not warrant preparation of an EIS when they are performing EISs for more than **two dozen** other casinos of which MichGO is aware.  This is especially true when one of the casinos – that proposed by the Nottawaseppi Huron Band – is located only 60 miles away in Emmett Township, Michigan.  *See* 69 Fed. Reg. 92065-02 (July 13, 2004).

The Federal Defendants' recent trend of preparing EISs for proposed casinos is significant for another reason.  Throughout this litigation, the Gun Lake Band has claimed that MichGO is using the NEPA process in an effort to delay the proposed casino.  But the Gun Lake Band has actually caused the delay by choosing to fight MichGO's NEPA claim rather than conceding that an EIS is necessary.  If the Band is truly concerned about delay from the NEPA

---

[1] Three of these EISs were performed by NIGC in cooperation with BIA.  *See* 70 Fed. Reg. 56933-01; 70 Fed. Reg. 47262-01; 69 Fed. Reg. 7022-01.

process, it should stop defending the Federal Defendants' arbitrary and incorrect FONSI and encourage the BIA to perform an EIS, as the BIA has done 27 times over the past few years.

                                        Respectfully submitted,

| OF COUNSEL: | _____/s/_____ |
|---|---|
| WILLIAM C. FULKERSON | REBECCA A. WOMELDORF |
| ROBERT J. JONKER | D.C. Bar No. 452034 |
| DANIEL P. ETTINGER | Attorneys for Plaintiff |
| JOSEPH A. KUIPER | Spriggs & Hollingsworth |
| Warner Norcross & Judd, LLP | 1350 I Street, N.W., Suite 900 |
| 900 Fifth Third Center | Washington, DC 20005 |
| 111 Lyon Street, N.W. | (202) 898-5800 |
| Grand Rapids, MI 49503 | |
| (616) 752-2161 | |

Dated: June 16, 2006

**CERTIFICATE OF SERVICE**

      I certify that on June 16, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Patricia Miller
Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
Tel: 202-305-1117
Fax: 202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                                                  /s/
                                            Rebecca A. Womeldorf