## CERTIFICATE OF SERVICE

I certify that on June 28, 2006, I electronically filed the above document with the Court, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
Tel: 616-752-2161
Fax: 616-222-2161
*Attorneys for Plaintiff*

Conly J. Shulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward DuMont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, NW
Washington, D.C. 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

John A. Watts
Michael D. Blumeno
JOHN A. WATTS, P.C.
245 Hubbard Street
Allegan, MI 49010
Tel:  269-673-3547
Fax:  269-673-5679
*Attorneys for Amicus Wayland Township*

Robert Byington
DEPOT LAW OFFICES
222 W. Apple Street
Hastings, MI  49058
Tel:  269-945-9557
*Attorney for Amicus Barry County Chamber*

Kevin Cronin
2371  130th Ave.
Hopkins, MI  49328
Tel:  269-793-7764
*Attorney for Amicus Friends of Gun Lake Tribe*

Thomas A. Klug
LAW OFFICE OF THOMAS A. KLUG, P.C.
3626 Dunckel Road
Lansing, Michigan 48909
*Attorney for Amicus Deputy Sheriff's Association of Michigan*


_____/s/_____
Gina L. Allery