IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MichGO, Michigan Gambling Opposition** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **NORTON, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | Case No. 1:05-cv-01181-JGP <br> Judge John G. Penn |

### [Proposed] Order

This matter comes before the Court on the *United States' Motion for Leave to File and Response Memorandum in Response to Plaintiff's Supplemental Statement*. Upon consideration, it is hereby

ORDERED that the United States' Motion for Leave to File a response to Plaintiff's Supplemental Statement of Points and Authorities is granted.


DATE: _____          _____
                                                          JUDGE JOHN G. PENN
                                                          United States District Judge