IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>DIRK KEMPTHORNE, in his official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>  Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>  Intervenor. | Case No. 1:05-CV-01181-JGP<br>Judge John G. Penn |

**NOTICE**

**PLEASE TAKE NOTICE THAT** on Friday, January 5, 2007, the Department of the Interior plans to take the 146-acre parcel of land in Allegan County, Michigan, that is the subject of this case into trust for the benefit of the Match-E-Be-Nash-E-Wish Band of Pottawatomi. This is explained more fully in the attached letter. Copies of this Notice and the attached letter have been forwarded to Plaintiff's and Intervenor's counsel.

Respectfully submitted this 27th day of October, 2006, by

    SUE ELLEN WOOLDRIDGE
    <u>Assistant Attorney General</u>
    United States Department of Justice
    Environment and Natural Resources Division

/s/
GINA L. ALLERY
D.C. Bar No. 485903
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C.  20026-4378
(202) 305-0261

OF COUNSEL:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC