IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

        Plaintiff,

v.

GALE A. NORTON, in her official
capacity as SECRETARY OF THE
UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*,

        Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

        Intervenor.

Case No. 1:05-CV-01181-JGP

## UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION

The undersigned Rebecca A. Womeldorf, a member in good standing of the bar of the United States District Court for the District of Columbia, hereby moves the admission *pro hac vice* of Robert J. Jonker, Daniel P. Ettinger, and Joseph Kuiper who practice with the law firm of Warner, Norcross & Judd, LLP, 900 Fifth Third Center, 111 Lyon Street NW, Grand Rapids, MI 49503, telephone: (616) 752-2000, fax: (616) 222-2438). In support of this motion, the undersigned represents as follows:

    1.    Counsel for defendants, Gina Allery, and counsel for Intervenor, Conly J. Schulte, has been contacted and I am authorized to represent that defendants and the Intervenor have no objection to the admission *pro hac vice* of Robert J. Jonker, Daniel P. Ettinger, and Joseph A. Kuiper.

    2.    Robert J. Jonker is licensed to practice in the State of Michigan. He was admitted

to the Michigan State Bar in 1985.  He is an active member in good standing of the United States District Courts for Eastern and Western Michigan, the United States Supreme Court, and the United States Court of Appeals for the Sixth Circuit.  Mr. Jonker has never been the subject of a disciplinary action by the Bar of the courts of any jurisdiction in which he is licensed, including any United States District Court, nor is he subject to any pending disciplinary proceedings.  He is familiar with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the District of Columbia.

       3.       Daniel P. Ettinger is licensed to practice in the State of Michigan.  He was admitted to the Michigan State Bar in 1995.  He is an active member in good standing of the United States District Court for Western Michigan.  Mr. Ettinger has also been admitted to the United States Court of Appeals for the Sixth Circuit and the District of Columbia Circuit.  Mr. Ettinger has never been the subject of a disciplinary action by the Bar of the courts of any jurisdiction in which he is licensed, including any United States District Court, nor is he subject to any pending disciplinary proceedings.  He is familiar with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the District of Columbia.

       4.       Joseph A. Kuiper is licensed to practice in the State of Michigan. He was admitted to the Michigan State Bar in November 1998.  He is an active member in good standing of the United States District Courts for the Western District of Michigan and the United States Courts of Appeals for the Fourth, Sixth, and District of Columbia Circuits.  He is also a member in good standing of the United States Supreme Court.  Mr. Kuiper has never been the subject of a disciplinary action by the Bar of the courts of any jurisdiction in which he is licensed, including any United States District Court, nor is he subject to any pending disciplinary proceedings.  He is

familiar with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the District of Columbia.

5.      Robert J. Jonker, Daniel P. Ettinger, and Joseph A. Kuiper were admitted *pro hac vice* in one case that remained active in this court within the past two years: *CETAC v. Gale A. Norton, et al.*, Civil Action No. 1:02CV1754-TPJ, which is now on appeal.

6.      Rebecca A. Womeldorf, Esq., attorney for the Plaintiff, MichGO, is a member of the bar of this Honorable Court, and shall remain associated with counsel for Warner, Norcross and Judd, LLP, in this action.

For all of the above reasons, I respectfully request that this Court enter the attached Order admitting Robert J. Jonker, Daniel P. Ettinger, and Joseph Kuiper to practice before this Honorable Court *pro hac vice* on behalf of the Plaintiff, MichGO.

Dated: November 6, 2006                           Respectfully submitted,

                                                                  _____/s/_____

OF COUNSEL:                                       REBECCA A. WOMELDORF
                                                                  D.C. Bar No. 452034
ROBERT J. JONKER                                  Attorneys for Plaintiff
DANIEL P. ETTINGER                                Spriggs & Hollingsworth
JOSEPH A. KUIPER                                  1350 I Street, N.W., Suite 900
Warner Norcross & Judd, LLP                       Washington, DC 20005
900 Fifth Third Center                            (202) 898-5800
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 752-2161

# CERTIFICATE OF SERVICE

I certify that on November 6, 2006, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
Tel: 202-305-1117
Fax: 202-305-0271
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
Tel: 402-333-4053
Fax: 402-333-4761
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Tel: 415-882-5000
Fax: 415-543-5472
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
Tel: 202-663-6910
Fax: 202-663-6363
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

                                           /s/
                               Rebecca A. Womeldorf