IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

           Plaintiff,

v.

GALE A. NORTON, in her official
capacity as SECRETARY OF THE
UNITED STATES DEPARTMENT
OF THE INTERIOR, *et al.*,

           Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

           Intervenor.

Case No. 1:05-CV-01181-JGP

## ORDER

The Court, having examined the Motion to Admit Attorneys *Pro Hac Vice* and being of the opinion that it is meritorious and should be granted,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Robert J. Jonker, Esq., Daniel P. Ettinger, Esq., and Joseph Kuiper, Esq. are granted admission to the bar of the Court with permission to participate *pro hac vice* on behalf of the Plaintiff MichGO in the above referenced cause.

Signed this _____ day of _____, 2006.

_____
JUDGE JOHN GARRETT PENN