# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>DIRK KEMPTHORNE, in his official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>             Defendants.<br>_____<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>             Intervenor.<br>_____ | Case No. 1:05-CV-01181-JGP<br>Judge John G. Penn |

## **NOTICE**

**PLEASE TAKE NOTICE THAT** in light of the hearing scheduled for November 29, 2006, the United States does not intend to take the land at issue into trust prior to March 5, 2007.

Respectfully submitted this 22nd day of November, 2006, by

>SUE ELLEN WOOLRIDGE
>Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division
>
>     /s/
>GINA L. ALLERY
>D.C. Bar No. 485903
>Trial Attorney
>United States Department of Justice
>Environment and Natural Resources Division

                                      Indian Resources Section
                                      P.O. Box 44378
                                      L'Enfant Plaza Station
                                      Washington, D.C. 20026-4378
                                      (202) 305-0261

<u>OF COUNSEL</u>:
MARIA WISEMAN
United States Department of the Interior
Office of the Solicitor
Washington, DC