IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GALE A. NORTON, in her official capacity as United States Secretary of Interior, Department of Interior, et al.,<br><br>        Defendants,<br>_____<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>        Intervenor.<br>_____ | Case No. 1:05-CV-01181-JGP<br><br>**ENTRY OF APPEARANCE** |

Please enter the appearance of Demian S. Ahn as additional counsel in this case for Intervenor Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians.

                                            Match-E-Be-Nash-She-Wish Band of
                                            Pottawatomi Indians, Intervenor-Defendant,

                                            By   */s/ Demian S. Ahn*
                                                  Demian S. Ahn, DC Bar 491109
                                                  Wilmer Cutler Pickering Hale and
                                                  Dorr LLP
                                                  1875 Pennsylvania Avenue N.W.
                                                  Washington, DC 20006
                                                  Telephone (202) 663-6000
                                                  Fax (202) 663-6363