IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation, | Case No. 1:05-CV-01181-JGP |
| Plaintiff, | |
| v. | Honorable John Garrett Penn |
| DIRK KEMPTHORNE, *et al.*, | |
| Defendants, | |
| MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally recognized Indian tribe, | |
| Intervenor. | |

_____

## MICHGO'S MOTION FOR TRO/PRELIMINARY INJUNCTION

Plaintiff Michigan Gambling Opposition ("MichGO") moves this Court under Federal Rule of Civil Procedure 65 for entry of an injunction preliminarily enjoining Defendants Dirk Kempthorne, *et al.* ("Defendants") from taking approximately 147 acres of land into trust in Wayland Township, Michigan under the authority of the Indian Reorganization Act of 1934, 25 U.S.C. § 465, for a proposed casino site for the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians, pending judicial review of Defendants' proposed actions. This Motion is supported by the accompanying brief.

ACCORDINGLY, MichGO respectfully requests that the Motion be granted.

Respectfully submitted,

_____/s/_____

| | |
|---|---|
| ROBERT J. JONKER | REBECCA A. WOMELDORF |
| DANIEL P. ETTINGER | D.C. Bar No. 452034 |
| JOSEPH A. KUIPER | Attorneys for Plaintiff |
| Warner Norcross & Judd, LLP | Spriggs & Hollingsworth |
| 900 Fifth Third Center | 1350 I Street, N.W., Suite 900 |
| 111 Lyon Street, N.W. | Washington, DC 20005 |
| Grand Rapids, MI 49503 | (202) 898-5800 |
| (616) 752-2000 | |

Dated: February 22, 2007

## **CERTIFICATE OF SERVICE**

I certify that on February 22, 2007, I electronically filed the above document via the Clerk of the Court's Generic Email Box, which will send notice of electronic filing to the following:

Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward C. Dumont
Demian S. Ahn
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Elizabeth Lohah Homer
Homer Law, Chartered
1730 Rhode Island Avenue, NW, Suite 501
Washington, DC 20036
*Attorney for Amici*
*Allegan Chamber of Commerce, Barry County Chamber of Commerce, Deputy Sheriff's*
*Association of Michigan, Friends of the Gun Lake Indians, Wayland Township,*
*and Kalamazoo Regional Chamber of Commerce*

                                                   /s/
                                    Rebecca A. Womeldorf