

**U.S. Department of Justice**

Environment and Natural Resources Division

90-6-24-00935

*Indian Resources Section*
*P.O. Box 44378*
*L'Enfant Plaza Station*
*Washington, DC 20026-4378*

*Telephone (202) 305-0269*
*Facsimile (202) 305-0271*

October 2, 2006

Daniel Ettinger
Warner, Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 222-2168

Re:  *MichGO v. Norton*, No. 1:05-cv-01181-JGP (D.D.C.)

Dear Mr. Ettinger:

Pursuant to a letter dated June 24, 2005, the Department of Justice represented to you that the Department of the Interior would not take the 146-acre parcel of land in Allegan County, Michigan, into trust for the benefit of the Match-E-Be-Nash-She-Wish Band of Pottawatomi ("Gun Lake Tribe") during the pendency of this litigation before the United States District Court without providing you with advance notice. We are hereby invoking the advance notice provision and providing additional information on how the United States plans to proceed.

As indicated in the letter dated June 24, 2005, the parties agreed to jointly request a target date for a decision of 60 days after oral argument to be included in the Local Rule 16.3, or Federal Rule 26(f), report to the court. However, the United States is concerned that further delay in the disposition of this case may adversely impact the Gun Lake Tribe. To avoid such an impact, the United States proposes that the parties file a joint request for an expedited hearing. If a hearing is not scheduled within 45 days of the request being filed, the United States plans to initiate the process for taking the land into trust. As part of that process, the United States will provide the Court and the Plaintiff's attorney of record with notice of its intent and will wait 70 days after providing such notice before taking the land into trust.

If we are unable to reach an agreement on filing a motion for an expedited hearing within one week of your receipt of this letter, the United States will begin the process for taking the land into trust immediately under the 70-day notice as provided above.

Sincerely,

Gina L. Allery
Trial Attorney