UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 05-01181 (JGP) |
| **GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.** ) ) ) ) ) ) | |
| Defendants. ) ─────────────────── ) ) | |
| **MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,** ) ) ) ) | |
| Intervenor. ) ─────────────────── ) | |

**ORDER**

For the reasons set forth in the Opinion filed by this Court on February 23, 2007, it is hereby

**ORDERED** that the United States Motion to Dismiss or in the Alternative for Summary Judgment [#33], and the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' Motion for Judgment on the Pleadings or, in the Alternative for Summary Judgment [#32] are **GRANTED**. And it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Date: February 27, 2007                                                      JOHN GARRETT PENN
                                                                             **United States District Judge**