UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,**     **Plaintiff,**     v.     **GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.**     **Defendants.** _____  **MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,**     **Intervenor.** _____ | )))))))))))))))))))))))) Civil Action No. 05-01181 (JGP) |

ORDER

On February 22, 2007, plaintiff filed **MichGO's Motion for TRO/Preliminary Injunction [#71]**[1], which sought "to prevent Defendants from unilaterally preempting this Court's reasoned judicial review of their proposed agency action." Pl.s Memo, at 1.  The issue is now moot because the Court entered an Order on February 27, 2007 which granted the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' Motion for Judgment on the Pleadings or, in the Alternative for Summary Judgment [#32], and the United States Motion to

---

[1] The Court will use the abbreviation "Pl.s Memo" when citing the accompanying Statement of Points and Authorities in Support of its Motion for TRO/Preliminary Injunction.

Dismiss or in the Alternative for Summary Judgment [#33].  The Court entered an Opinion on February 23, 2007 which explained the disposition of the case.  Accordingly, and for the reasons set forth here, it is hereby

    **ORDERED** that MichGO's Motion for TRO/Preliminary Injunction [#71] is **DENIED** as **MOOT**.


Date: February 28, 2007                                **JOHN GARRETT PENN**
                                                                     **United States District Judge**