IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

          Plaintiff,

v.

DIRK KEMPTHORNE, *et al.*,

          Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

          Intervenor.

Case No. 1:05-CV-01181-JGP

Honorable John Garrett Penn

_____

## MICHGO'S MOTION FOR STAY PENDING APPEAL
## UNDER FED. R. APP. P. 8(a)(1)

Plaintiff Michigan Gambling Opposition ("MichGO") moves this Court under Federal Rule of Appellate Procedure 8(a)(1) for entry of an order staying Defendants Dirk Kempthorne, *et al.* ("Defendants") from taking approximately 147 acres of land into trust in Wayland Township, Michigan under the authority of the Indian Reorganization Act of 1934, 25 U.S.C. § 465, for a proposed casino site for the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians, pending appellate review of Defendants' proposed agency actions. This Motion is supported by the accompanying brief.

ACCORDINGLY, MichGO respectfully requests that the Motion be granted.

Respectfully submitted,

_____/s/_____

| | |
|---|---|
| ROBERT J. JONKER | REBECCA A. WOMELDORF |
| DANIEL P. ETTINGER | D.C. Bar No. 452034 |
| JOSEPH A. KUIPER | Attorneys for Plaintiff |
| Warner Norcross & Judd, LLP | Spriggs & Hollingsworth |
| 900 Fifth Third Center | 1350 I Street, N.W., Suite 900 |
| 111 Lyon Street, N.W. | Washington, DC 20005 |
| Grand Rapids, MI 49503 | (202) 898-5800 |
| (616) 752-2000 | |

Dated: March 1, 2007