IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION
("MichGO"), a Michigan non-profit
corporation,

              Plaintiff,

v.

DIRK KEMPTHORNE, *et al.*,

              Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND
OF POTTAWATOMI INDIANS, a
federally recognized Indian tribe,

              Intervenor.

Case No. 1:05-CV-01181-JGP

Honorable John Garrett Penn

_____

## ORDER FOR STAY PENDING APPEAL UNDER FED. R. APP. P. 8(a)(1)

Plaintiff Michigan Gambling Opposition ("MichGO") has moved for entry of an order staying Defendants Dirk Kempthorne, *et al.* ("Defendants") from taking approximately 147 acres of land into trust in Wayland Township, Michigan ("land") under the authority of the Indian Reorganization Act of 1934, 25 U.S.C. § 465, for a proposed casino site for the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Band"), pending appellate review of Defendants' proposed agency action. This Court granted Defendants' Motion to Dismiss or in the Alternative for Summary Judgment and the Gun Lake Band's Motion for Judgment on the Pleadings or in the Alternative for Summary Judgment by Order dated February 27, 2007. (Docket Entry 73). Defendants have announced their intention to take the land into trust by

March 5, 2007, regardless of whether judicial review is complete by that time. Having considered the arguments of the parties and all other pertinent matters of record,

IT IS ORDERED that MichGO's motion is granted and that the Defendants are stayed from taking the land into trust until the merits of MichGO's claims have been decided on appeal by the United States Court of Appeals for the District of Columbia Circuit. This stay is binding upon Defendants, their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise.

The Court is granting this stay because it finds that the standards for issuance of a stay are satisfied, and that MichGO's members will be irreparably harmed if Defendants are permitted to take the land into trust before the merits of MichGO's claims are decided on appeal.

The Court has given notice of this Order to Defendants and the Gun Lake Band through the Court's electronic filing system.

Dated:_____           _____
                                         Honorable John Garrett Penn

THE FOLLOWING SHOULD BE SO NOTIFIED:

Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Monteau & Peebles, LLP
12100 W. Center Road, #202
Omaha, NE 68144
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

2

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward C. Dumont
Demian S. Ahn
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, NW
Washington DC 20037
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Elizabeth Lohah Homer
Homer Law, Chartered
1730 Rhode Island Avenue, NW, Suite 501
Washington, DC 20036
*Attorney for Amici*
*Allegan Chamber of Commerce, Barry County Chamber of Commerce, Deputy Sheriff's Association of Michigan, Friends of the Gun Lake Indians, Wayland Township, and Kalamazoo Regional Chamber of Commerce*

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC 20005

and

Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
*Attorneys for Plaintiff*
*Michigan Gambling Opposition*