IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>DIRK KEMPTHORNE, in his official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>        Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>        Intervenor. | Case No. 1:05-CV-01181-JGP<br>Judge John G. Penn |

### Certificate of Service

    I hereby certify that on March 2, 2007, I electronically filed the foregoing **OPPOSITION TO PLAINTIFF'S MOTION FOR STAY PENDING APPEAL** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

        Demian Shipe Ahn

        Edward C. DuMont

        Daniel P. Ettinger

        Elizabeth Lohah Homer

        Robert J. Jonker

Patricia Miller

Shilee Therkelsen Mullin

Conly J. Schulte

Rebecca Womeldorf

Nicholas C. Yost

I further certify that on March 2, 2007, I served a copy of the attached **OPPOSITION TO PLAINTIFF'S MOTION FOR STAY PENDING APPEAL** by overnight mail, to the following non-CM/ECF participants:

Joseph A. Kuiper
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

/s/
Gina L. Allery
Trial Attorney
United States Department of Justice
Environment and Natural Resources
Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261
Gina.Allery@usdoj.gov