
Front of Ampro building looking north.


East of Ampro building looking northwest.


Barn on Project Site looking west.


Ampro building looking east from 129th Ave.

SOURCE: AES, 2001

EXHIBIT
1 EX 2
05-CV-00181 JGP

*Gun Lake / 201503*

**Figure 3-2**
Site Photographs

Figure 3-3
Aerial Photo of Casino Site

*Gun Lake / 201503*

SOURCE: AES, 2001



<<Back



## Opponents of proposed Allegan County casino will file a lawsuit



(Allegan County, June 10, 2005, 1:02 p.m.) Opponents of a proposed Wayland Township casino say they will file a lawsuit on Monday.

Allegan County based Michigan Gambling Opposition, or MichGO, says it will file a lawsuit to block the proposed casino by the Gun Lake Band of Potawatomi Indians.

The lawsuit will challenge the federal government's decision to put the land into trust, a move that paves the way for a casino to be built.

The site of the proposed casino in Wayland Township

Since the government put the land into trust last month, the tribe has moved forward with their plans, by holding a job fair for potential employees and looking for possible vendors.

The tribe hopes to have the casino up and running in about a year at the site of the former Ampro building near US-131.

 WorldNow

All content © Copyright 2000 - 2005 WorldNow and WOODTV. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.

http://www.woodtv.com/global/story.asp?s=3458739&ClientType=Printable


EXHIBIT
1 EX. 3
05-CV-00181 JGP



# County News

wire

| News | Classifieds | Community | Directory | Shopping | My Zwire! |

Home -> News -> News -> Front Page

Wednesday 15 June, 2005

NEWS SEARCH

Advanced search

**Front Page**

## Casino opponents plan lawsuits

By Bill Brown, Editor

June 15, 2005

Email to a friend



**News**
- Front Page
- Inside Stories
- Local Sports
- Obituaries
- Opinions
- County Living
- Photo features
- For the Record
- Public Notices
- Union Enterprise
- Happenings
- Religion
- Photo Gallery
- Subscribe
- Contact Us

**Our Newspaper**
**Classifieds**
**Sports Wire!**
**Links**
**Business Directory**
**Fun and Games**
**Consumer Guide**
**Administrative**
**Personal Finance**

Opponents of the proposed Gun Lake Indian tribe casino have launched attacks on the tribe and the federal government. MichGo, the Allegan County-based organization led by Todd Boorsma, announced on Friday, June 10, that they would in all likelihood file a lawsuit early this week, not against the tribe, but would challenge the Bureau of Indian Affairs decision to take land-in-trust for the Gun lake Band of Potawtomie Indians. MichGO will be represented by the law firm of Warner, Norcross and Judd LLC.

Another anti-casino group, "23 is Enough," headquartered in Grand Rapids, issued a press release last week accusing the tribe of breaking agreements with business firms on at least three occasions.

Advertisement



At a press conference on Monday, June 13, tribal executive director John Shagonaby thanked all of the supporters of the tribe and their efforts to build a casino in Bradley at the site of the old AMPRO building, and said, "We will win this battle to provide jobs and a better future for people in this stagnant economy we are living in. You know we will win. The folks at MichGO know we will win, the big business guys in Grand Rapids know we will win and the operators of the Blue Chip Casino know we will win. They all know you can't treat one tribe differently than you treat the other 11 tribes in Michigan. In fact, U.S. Sen. John McCain reiterated that last week (during a trip to Michigan)," Shagonaby said.

The Blue Chip Casino, operating in Indiana has actively tried to stall the opening of a casino in the New Buffalo area and Shagonaby said, "We think it is more than a coincidence that the folks from MichGO, "23 is Enough" and the Blue Chip Casino share the same lawyers, lobbyists and PR firms. The real

EXHIBIT 1 Ex 4  05-CV-01181 JGP

irony is that the businesses in Grand Rapids will actually benefit from the opening of this casino."

The tribe announced that its legal team is comprised of longtime legal counsel, Monteau & Peebles LLP, a national law firm with strong expertise on federal Indian Law, and two nationally recognized firms, Sonnenschein Nath and Rosenthal LLP and Wilmer Cutler Pickering Hale and Dorr LLP, as special counsel.

On behalf of Monteau & Peebles, LLP, Conly J. Schulte will represent the tribe in this litigation. Schulte has been lead counsel in major litigation over Class II gaming, where he earned victories enabling tribes to utilize video Class II gaming devices as a means of economic development. He also served as lead counsel in litigation against the City of Detroit over violations of constitutional rights involving bids for casino development contracts. This litigation resulted in a settlement of over $94 million on behalf of his tribal client.

Similar lawsuits to stop tribal casinos have been unsuccessful, but have cost plaintiffs and tribes millions of dollars in attorney fees and costs. These suits have also been a drain on the resources of the federal courts and the United States Department of Justice, and have wasted millions of taxpayer dollars as well, according to the Gun Lake Tribal chairman, D.K. Sprague.

"MichGo's claim that this project is bad for west Michigan is misguided. It is this baseless lawsuit that is bad for west Michigan. Our tribe and the local community are desperate for good paying jobs," Sprague said. "This is evident by the fact that two events over the last three weeks brought over 4,000 people to the future casino site to learn about the jobs and economic development opportunities that will be available at the casino.

Sprague was referencing the recent job and vendor's fairs conducted by the tribe, where 4,000 job seekers came to learn about the positions that will become available when the casino opens and the more than 400 vendors who attended the vendor fairs.

Representatives of the Friends of the Gun Lake Indians, Barry County Chamber of Commerce, Wayland Chamber of Commerce and Dorr Chamber of Commerce made statements in support of the Gun Lake Casino during Monday's press conference.

©Allegan County News 2005

☑ Email to a friend   ↑ Top

Send us your community news, events, letters to the editor and other suggestions Now, you can submit birth, wedding and engagement announcements online too!

Copyright © 1995 - 2005 PowerOne Media, Inc All Rights Reserved

  

Front Page News : Economic Development : Financial News : Design & Development : Manufacturing : Commercial Business

Get more BLUE

Keyword Search Current Issue :

## Casino opponents planning two-pronged strategy
Tuesday, May 31, 2005 - MiBiz Network

EMAIL ARTICLE   PRINT ARTICLE

By Jessica English
MiBiz Network

WEST MICHIGAN—Now joined by the Kalamazoo-based economic development organization Southwest Michigan First, a group opposing a proposed casino near Wayland says it will be advocating against the development on dual tracks.

John Helmholdt, spokesman for the political action committee 23 is Enough, told *MiBiz* that anti-casino activists are likely to file a lawsuit by mid-June to oppose the federal government's plan to take the Bradley, Mich., land into trust. If the land-in-trust action is not opposed, the Gun Lake Band of Pottawatomi Indians will be free to open a Class II bingo-hall gaming facility.

"We believe the lawsuit will delay that process for anywhere up to seven years in the court system," said Helmholdt. He added that although the lead party in the lawsuit has not yet been identified among casino opponents, the Allegan-based Michigan Gaming Opposition is a likely group to take on that role.

In order to open a Class III facility with slot machines and gaming tables, which the tribe has proposed, tribal officials must negotiate a compact with Michigan Gov. Jennifer Granholm. That compact must also be approved by the state legislature.

The second prong of the opposition strategy will be to pressure both legislators and Granholm, who has said she intends to negotiate with the tribe.

**Charlevoix**
Québec's official tourist site 20 beautiful regions to visit now!
www.BonjourQuebec.com

**AllWebCo Web Templates**
Complete multi-page web sites Flash, forms, edit with any editor
allwebco com

**Muskegon MI Jobs**
Local employers seeking skilled personnel in Muskegon Michigan
www careermatrix com

**Kalamazoo jobs**
Apply to great part-time and hourly jobs at America's top companies.
www snagajob com

**Related Articles**

**Granholm urges support for state's entrepreneurs**
Monday, May 16, 2005
MiBiz Network
EAST LANSING — Gov. Jennifer Granholm believes that Michigan entrepreneurs are the "explorers of the 21st century" that will lead Michigan into a new era much like Columbus and Magellan did for the European civilization of the 15th century.

**Texas economic developer tapped to head Southwest Michigan First**
Monday, May 16, 2005
MIBizSouthwest
KALAMAZOO — At the press conference announcing Ron Kitchens' appointment as the new president and CEO of Southwest Michigan First, there was a lot of talk about new business recruitment.

**Ready to grow again**
Monday, May 16, 2005
MiBizWest
GRAND RAPIDS — Grand Rapids entered the biotech economy of the 21st century five years ago and hasn't looked back.

Mike Jandernoa, chairman of 23 is Enough and former chairman and CEO of the Perrigo Co., sent a memorandum May 16 to community leaders in West Michigan. That memo read in part, "action is needed to apply pressure at the state level to ensure Governor Jennifer Granholm and the state legislature neither negotiate nor approve a compact with the Gun Lake Tribe for a Class III casino."

That's the sort of advocacy Southwest Michigan First had been doing quietly for some time, according to its board president, Craig DeNooyer. But after the Kalamazoo Regional Chamber of Commerce announced its support for the casino project earlier this month, DeNooyer and his colleagues decided to become more public about their opposition.

"In Grand Rapids, this (the chamber's support) was perceived as Kalamazoo being unilaterally behind this initiative, and we aren't," DeNooyer told MiBiz.

DeNooyer added that his organization has been pushing a three-pronged economic development approach for the region that includes advanced manufacturing, higher education and the life sciences, and a casino does not factor into that strategy.

DeNooyer, Jandernoa and other opponents support the findings of the 2003 study by the Anderson Economic Group, conducted on behalf of the Grand Rapids Area Chamber of Commerce. That study, which was reanalyzed by its authors this month in response to a tribe-funded critique by the Taylor Policy group, predicts a net economic loss from the casino for Grand Rapids, Kalamazoo, Ionia County and the state as a whole.

Patrick Anderson of the Anderson Economic Group said casinos do not create new products or new investments in a community, but rather encourage people to shift cash from other uses.

"The net result is that you have expenditures shifted from restaurants, entertainment, movie theaters, travel, hospitality and some discretionary spending like clothing," Anderson told MiBiz. "Inevitably, that means reduced expenditures and reduced industries in other locations in the state of Michigan."

DeNooyer agreed, predicting a loss of business for Kalamazoo's burgeoning downtown, which includes a cinema slated to open later this year along with a

proposed performing arts center and arena.

"The entertainment dollar you're talking about pulling is not coming from Chicago, Indiana or Wisconsin," DeNooyer said. "It's going to be shifted out of downtown Kalamazoo and Grand Rapids into Wayland."

In speaking out earlier in the month, Kalamazoo chamber officials cited thousands of jobs as the reason for their pro-casino stance. Opponents contend that not only would a casino siphon jobs from other regions and sectors to create a net job loss, but it would also negatively affect the productivity of workers within a 50-mile radius.

"We're in a very different, globally competitive environment today and we have to have productivity and quality," Jandernoa told *MiBiz*. "A casino within 50 miles is distracting to workers. If productivity goes down, nobody can handle that in a global environment anymore."

Please read the following information if you are interested in publishing a MiBiz article on your Web site. The following verbage must be included on your site with the article:

COPYRIGHT 2004, MIBIZ NETWORK.
ALL RIGHTS RESERVED.

This article appeared in the [issue date] issue of MiBiz, read by upper management executives in West and Southwest Michigan. Print subscriptions are free to qualified individuals who do business in West and Southwest Michigan. For further information about MiBiz Network, visit www.mibiz.com. (A link to MiBiz's Web site is required).

PLEASE NOTE: Since MiBiz Network retains the copyright for the article, it must be published AS IS, with no revisions unless you receive permission from the publisher.

Copyright © 2004 MiBiz®. All Rights Reserved.
Privacy Policy

  *Make a Difference in West Michigan*

Monday, June 13, 2005 Grand Rapids, MI
Weather: overcast Temp: 70.0 F (21.1 C)

Search Site GO

# Another obstacle for Gun Lake Tribe

Gita Pullapilly

Created: 6/13/2005 5:46:55 PM
Updated: 6/13/2005 6:49:13 PM

Wayland Township - There's more opposition for a casino in Wayland Township. A group opposing the development filed a lawsuit against the federal government claiming it violated certain rules by granting a land-in-trust to the Gun Lake tribe.

For 5 years, the Gun Lake tribe has wanted a casino. And for the past 5 years, they have had to battle the Michigan Gambling Opposition or MichGO. In April, the tribe was one step closer to getting its wish. It was granted a land in trust, allowing a portion of property in Wayland to become tribal property. "The fact is that no land of trust application in the country has gotten this far in the approval process and not been fully approved," said John Shagonaby.



E-mail This Article
Printable Version
+ Increase Type Size
− Decrease Type Size
Add WZZM 13 content to your RSS feed

But on Monday, MichGo filed a lawsuit against the federal government saying it committed multiple violations including:

1) Failing to do an environmental study required for every major project that would significantly affect the community

2) Granting the land in trust without the band first receiving a gaming compact with the state

3) The Bureau of Indian Affairs illegally allowed the tribe to have a casino on newly acquired tribal land.

"The federal government has been a rubber stamping land and trust since the bill was introduced. Every one of them just gets approved," said Todd Boorsma, the chair of MichGo.

But the tribe disagrees. "We think this application and process of gaining land for this project has already gone through intense process and that will support our success," said Conly Schulte, the attorney for the tribe.

The odds are in favor of the casino. But the opposition can delay this project. "Casino gambling is not a way to build a community and not the kind of community that vast majority of people in this area want," said Boorsma.

It could take months, possibly years before there is a casino. But both sides say no matter how much time and money is needed, they'll continue to fight.

Web Editor: Chris Fleszar, Managing Editor

Web Editor: Gita Pullapilly, Grand Rapids Metro Team Reporter

E-mail This Article
Printable Version

**LATEST NEWS**
- Michael Jackon Found Not Guilty
- Another obstacle for Gun Lake Tribe
- Michigan Congressmen Work to Limit Trash Importation
- 'Proud' Fowlerville Marine killed in Fallujah blast
- Police probe 2 more Battle Creek shootings
- Survey: Most states allow 5-10 miles-per-hour speeding cushion
- Ottawa County deputy hospitalized after head on collision

**GR METRO NEWS**
- Funnel Clouds and Tornado Sirens
- Ottawa County Deputy Involved in Weekend Crash Upgraded to Fair Condition
- Flags ordered lowered to remember Wyoming soldier
- Body of Michigan soldier killed in Iraq Coming Home
- Free Extra Family Activities At Meijer Gardens Today
- Cheaper Medicare Alternative To Be Introduced Today
- Vietnamese Memoirs

+ Increase Type Size
- Decrease Type Size

Add WZZM 13 content to your RSS feed

Comment On this Story

40947

| HOME | VIDEO | On Target | TAKE FIVE | Weather on Your |
|---|---|---|---|---|
| SCHOOL CLOSINGS | 13 On Target | Zone Conditions | Take Five | Webpage |
| NEWS | Weather Network | Outdoors | Giveaways | Wireless |
| Education | Latest Headlines | with Hally | Take Five | 13 EMPLOYMENT |
| Finance | Live Radar | Radar Maps | Good Eats | Career Builder |
| Greater Grand | Take Five | Report Severe | Take Five Links | EEO Public File |
| Rapids Headlines | Video Archives | Weather | Take Five Recipes | Report (PDF) |
| Health | WEATHER | Satellite Maps | Take Five Video | WZZM 13 Jobs |
| Lakeshore | 7 Day Forecast | USA Today | COMMUNITY | PARTNERS |
| Latest Headlines | 13 Weatherball | Weather | 13 Friends for Life | ABC.com |
| Lee's Look at Life | Allergy / Flu Alert | Weather Across | 13 Healthy Heart | ABC News Now |
| Michigan Headlines | Blinkie and the | the USA | Community | Gannett |
| Michigan Lottery | 13 Weatherball | WZZM 13 | Calendar | USA Today |
| National Headlines | Flight Tracker & | Web Cams | Community | USA Today |
| News Archives | Road Reports | SPORTS | Projects | Home Delivery |
| Newslinks | George's Lessons | Auto Racing | Gannett Foundation | ADVERTISERS |
| Poll 13 | Golf Forecast | College Sports | Photo Galleries | Advertise with |
| Real Life | Journey with Joe | Golf | Things to Do | WZZM 13 |
| Real People | Lakeshore | Lions | in West Michigan | DIY - Do It Yourself |
| Special Reports | Weather | Michigan / | ABOUT WZZM13 | Extreme Mini |
| Stock Charts | Lake Michigan | Michigan State | Contact WZZM13 | Makeover |
| Super Saver | Beach Report | Pistons | News Releases | Hispanic News / |
| Survey USA | Latest Weather | Piston's Podcast | On Air Anchors | Events - El Vocero |
| Technology | Video | Rampage | & Reporters | Prescription |
| Try It Before | Learn with | Red Wings | Questions & | for Health |
| You Buy It | Linda | Tigers | Answers | Senior Links |
| What's On | Lightning Maps | USA Today Scores | Terms of Service | West Michigan |
| WZZM 13 News | Live Radar | Whitecaps | What's On TV | Dentist Search |
| MORNING SHOW | Michigan | CONTESTS | WZZM 13 History | HDTV |
| Greenthumb | Web Cams | Contest Winners | WEB STUFF | |
| Journey with Joe | My Weather | Rescue My Yard | Arcade Games | |
| Trivia | Forecast | Show and Sell | Podcasts | |
| | National Temps | Monthly Giveaway | RSS - WZZM Feeds | |
| | | RECIPES | Tech Tips | |

WZZM 13 PARTNERS.     



**Everything Michigan**

Casino foes turn to U.S. court

Monday, June 13, 2005 By Chris Knape

**The Grand Rapids Press**

WAYLAND TOWNSHIP -- Opponents of a proposed tribal casino here were set to file suit in a Washington federal court today to block its development.

Michigan Gambling Opposition, or MichGO, will be the plaintiff in the case against the U.S. Bureau of Indian Affairs.

Among other things, the case is expected to argue the government should have required a more thorough environmental impact statement before agreeing to take 147 acres into trust for the gaming complex planned by the Gun Lake Band of Pottawatomi Indians

The tribe expected the lawsuit, and expressed disappointment over a move that could significantly delay its plans.

"Our tribe has worked for decades to regain land that was illegally taken from us," Tribal Chairman D.K. Sprague said in a statement. "We have played by the rules, and the vast majority of our neighbors and local governments support this project.

"MichGO represents a small number of wealthy businessmen who are used to getting their way. Not this time."

Sprague said the tribe would intervene in the case to "vigorously defend" its interest.

MichGO President Todd Boorsma, an auto dealership manager from Dorr, said the group represented thousands of people. He expected to build on its efforts in Lansing to block the casino at the federal level.

"We've been successful at the state level in Lansing. We've been successful at the ballot box. And we feel we're going to be successful at the court level as well," Boorsma said.

The group has been among the most vocal opponents of granting the Gun Lake Band, also known as the Match-E-Be-Nash-She-Wish, a state gaming compact. MichGO also backed a successful ballot initiative in November that requires state and local approval for new non-tribal gambling facilities.

Other points the attorneys plan to argue in the suit:

- The BIA's finding last year that the casino would have "no significant impact" on the environment failed to fully account for the regional environmental, economic and social impact of the casino.

- The government failed to identify a proper exception under the Indian Gaming Regulatory Act for gaming on land taken into trust after the act went into effect.

- The Indian Reorganization Act is an unconstitutional delegation of legislative power to the executive branch.

- The government can't authorize class III gaming at the site until a valid gaming compact is established between the tribe and the state.

The Gun Lake Band is the only recognized Michigan tribe without a gaming compact. An earlier deal struck under Gov. John Engler was left unsigned.

Last week, Gov. Jennifer Granholm said the tribe could force a compact on the state if it fails to negotiate. She said the state should negotiate and pursue a revenue-sharing pact with terms more favorable than those in the deal Engler's administration brokered.

Boorsma said the lawsuit was a fight over the future of largely rural Allegan County.

"Is it logical to put this kind of facility in Allegan County?" Boorsma said. "It's a rural area. People are trying to raise families. It's a farming area. This goes against what the entire area is about. It's about farming. People want to be in a rural area. They don't want to have increased traffic and noise pollution."

Sprague called the case baseless and said similar suits wasted millions of taxpayer dollars.

"Our tribe and the local community are desperate for good-paying jobs," Sprague said. "This is evident by the fact that two events over the last three weeks brought over 7,000 people to the future casino site to learn about the jobs and economic development opportunities."

The federal government will have 14 days to review the case and decide whether to take the land into trust with the case pending.

If the government goes ahead, MichGO attorneys will seek a stay to prevent the land from being taken into trust, said Bob Jonker, an attorney from Warner Norcross and Judd representing MichGO.

© 2005 Grand Rapids Press. Used with permission

Copyright 2005 Michigan Live. All Rights Reserved.

06/07/2005 16 35 FAX  2026636363          WCPHANDD                        ☒002/002
06/07/05  16:36 FAX 2023050271          DOJ ENRD                        ☒002/002



**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Indian Resources Section*
*P.O. Box 44378*
*L'Enfant Plaza Station*
*Washington, DC 20026-4378*

Telephone (202) 305-0269
Facsimile (202) 305-0271

June 7, 2005

**VIA FACSIMILE and US MAIL**
Daniel Ettinger
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
fax: (616) 222-2168

Re:   Challenge to the Secretary of the Interior's decision to acquire a 146-acre parcel into trust for the Gun Lake Tribe

Dear Dan:

This letter is to confirm that the United States will not take the 146-acre parcel in Allegan County, Michigan, into trust for the benefit of the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Tribe") until 14 days after the filing of your complaint in this matter. Specifically, your complaint will be filed in the United States District Court on June 13, 2005, and the United States will not take the land into trust before June 27, 2005.

The United States will notify you on or before June 27, 2005, of its decision regarding a voluntary stay on acquiring the land into trust during the pendency of the District Court litigation. If the United States decides to proceed with acquiring the land during the pendency of the District Court litigation, we will discuss on or before June 27 how we will proceed so that you have an opportunity to file any appropriate motions.

I appreciate your cooperation in this matter.

Sincerely,

Patti Miller
Trial Attorney

cc:   Maria Wiseman
      U.S. Department of the Interior
      fax: (202) 219-1791

      Ed DuMont
      Wilmer, Cutler, Pickering, Hale and Dorr
      fax: (202) 663-6363





**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Indian Resources Section*
*P.O. Box 44378*
*L'Enfant Plaza Station*
*Washington, DC 20026-4378*

*Telephone (202) 305-0269*
*Facsimile (202) 305-0271*

June 24, 2005

**VIA FACSMILE**
Daniel Ettinger
Warner, Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 222-2168

Re: MichGO v. Norton, No. 1:05-cv-01181-JGP (D.D.C.)

Dear Dan:

This letter is to confirm that the Department of the Interior has authorized the Department of Justice to represent that it will not take the 146-acre parcel in Allegan County, Michigan, into trust for the benefit of the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians ("Gun Lake Tribe") during the pendency of this litigation before the United States District Court unless or until the defendants first provide the court and the plaintiff's attorney of record with notice thereof by certified mail, return receipt requested, and at least 30 day days have passed since the receipt of such notice.

This decision was reached after careful consideration and deliberation, and with the understanding that the parties jointly will agree to a reasonably expedited briefing schedule after the filing of the certified administrative record, and with the understanding that the parties will jointly request a target date for a decision of 60 days after oral argument to be included in the Local Rule 16.3, or Federal Rule 26(f), report to the court. The parties understand that the briefing schedule will have to take into consideration any potential challenges to the administrative record, including those regarding discovery and privilege, and that the parties do not know at this time whether there will be such challenges. If the parties cannot reach agreement on a briefing schedule within a reasonable time after you have had an opportunity to review the administrative record, the United States reserves its right to take the land into trust under the 30-day notice as provided above.

I note that Interior continues to be concerned that any delay in the disposition of this case may adversely impact the Gun Lake Tribe, and that it is my desire to brief this case in full before my departure for maternity leave in October of 2005. I appreciate working with you in a cooperative manner.

Sincerely,

Patricia Miller
Trial Attorney

**EXHIBIT**
1 EX. 6
05-CV-01181 JGP



Wayland Township Official FUTURE LAND USE MAP, Revised 11/26/2002, Allegan County, Michigan

