IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>Defendants.<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br><br>Intervenor. | Case No. 1:05-CV-01181-JGP<br><br><br><br>**NOTICE OF CHANGE<br>OF NAME AND ADDRESS** |

**TO:   Clerk of Court**
**         Counsel of Record**

Please take note that effective March 26, 2007, Monteau & Peebles, LLP's new name and address for the Omaha, Nebraska office will be as follows:

Fredericks & Peebles, LLP
3610 North 163rd Plaza
Omaha, Nebraska  68116

Our telephone and fax numbers will remain the same.

Respectfully submitted this 21st day of March, 2007.

                                      Match-E-Be-Nash-She-Wish Band of
                                      Pottawatomi Indians, Intervenor-Defendant,

                                  By    /s/ Conly J. Schulte
                                      Conly J. Schulte, NE Bar 20158
                                      Shilee T. Mullin, NE Bar 22286
                                      Fredericks & Peebles, LLP
                                      12100 W. Center Road, Suite 202
                                      Omaha, NE  68144
                                      Telephone (402) 333-4053
                                      Fax (402) 333-4761

# CERTIFICATE OF SERVICE

I certify that on March 21, 2007, I electronically filed the above document with the Court, which will send notice of electronic filing to the following:

Rebecca A. Womeldorf
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC  20005
Tel:  202-898-5800
Fax:  202-682-1639
*Attorney for Plaintiff*

William C. Fulkerson
Robert J. Jonker
Daniel P. Ettinger
Joseph A. Kuiper
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
Tel:  616-752-2161
Fax:  616-222-2161
*Attorneys for Plaintiff*

Patricia Miller
Gina Allery
U.S. Department of Justice
601 "D" St., N.W.
Washington, DC  20026
Tel:  202-305-1117
Fax:  202-305-0271
*Attorney for Defendants*

Mike Anderson
Anderson Tuell
300 Independence Ave., SE
Washington DC 20003
*Attorney for Intervenor Tribe*

Edward Dumont
Seth Waxman
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Ave., N.W.
Washington DC 20006
*Attorney for Intervenor Tribe*

Nicholas Yost
Paula Yost
Sonnenschein Nath & Rosenthal, LLP
525 Market Street, 26th Floor
San Francisco CA 94105
*Attorney for Intervenor Tribe*

John A. Watts (Mich. Bar # P22048)
Michael D. Blumeno (Mich. Bar # P66063)
JOHN A. WATTS, P.C.
245 Hubbard Street
Allegan, MI 49010
Tel: 269-673-3547
Fax: 269-673-5679
*Attorneys for Amicus Wayland Township*

Robert Byington
DEPOT LAW OFFICES
222 W. Apple Street
Hastings, MI 49058
Tel: 269-945-9557
*Attorney for Amicus Barry County Chamber*

Kevin Cronin
2371 130th Ave.
Hopkins, MI 49328
Tel: 269-793-7764
*Attorney for Amicus Friends of Gun Lake Tribe*

Thomas A. Klug
LAW OFFICE OF THOMAS A. KLUG, P.C.
3626 Dunckel Road
Lansing, Michigan 48909
*Attorney for Amicus Deputy Sheriff's Association of Michigan*

/s/ Conly J. Schulte