IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,

        Plaintiff,

v.

DIRK KEMPTHORNE, *et al.*,

        Defendants,

MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally recognized Indian tribe,

        Intervenor.

Case No. 1:05-CV-01181-JGP

Hon. John Garrett Penn, District Judge

**PLAINTIFF'S NOTICE OF APPEAL**

---

    Plaintiff Michigan Gambling Opposition ("MichGO") appeals to the United States Court of Appeals for the District of Columbia Circuit from the February 23, 2007 Opinion (**Exhibit A**, attached) and the February 27, 2007 Order (**Exhibit B**, attached) of the United States District Court for the District of Columbia granting Defendants' Dirk Kempthorne, *et al.* ("Defendants") Motion to Dismiss or in the Alternative for Summary Judgment, and the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' Motion for Judgment on the Pleadings or in the Alternative for Summary Judgment, and dismissing the case with prejudice.

Dated: March 22, 2007

Respectfully submitted,

*Rebecca A. Womeldorf* (signature)

ROBERT J. JONKER
DANIEL P. ETTINGER
JOSEPH A. KUIPER
Warner Norcross & Judd, LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503
(616) 752-2000

REBECCA A. WOMELDORF
D.C. Bar No. 452034
Attorneys for Plaintiff
Spriggs & Hollingsworth
1350 I Street, N.W., Suite 900
Washington, DC 20005
(202) 898-5800

**<u>CLERK</u>**      Please mail copies of the above notice to the following at the addresses indicated:

Gina Allery
U.S. Department of Justice
601 D St., N.W.
Washington, DC 20026
*Attorney for Defendants*

Conly J. Schulte
Shilee T. Mullin
Fredericks & Peebles, LLP
3610 North 163rd Plaza
Omaha, NE 68116
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Nicholas Yost
Sonnenschein Nath & Rosenthal, LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
*Attorney for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Edward C. Dumont
Demian S. Ahn
Wilmer Cutler Pickering Hale & Dorr
2445 M Street, Nw
Washington DC 20037
*Attorneys for Intervenor*
*Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians*

Elizabeth Lohah Homer
Homer Law, Chartered
1730 Rhode Island Avenue, NW, Suite 501
Washington, DC 20036
*Attorney for Amici*
*Allegan Chamber of Commerce, Barry County Chamber of Commerce, Deputy Sheriff's Association of Michigan, Friends of the Gun Lake Indians, Wayland Township, and Kalamazoo Regional Chamber of Commerce*