UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHIGAN GAMBLING OPPOSITION ("MichGO"), a Michigan non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GALE NORTON, in her official Capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et. al.<br><br>Defendants.<br><br>_____<br><br>MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a federally-recognized Indian Tribe,<br>Intervenor.<br>_____ | Civil Action No. 05-01181 (JGP) |

ORDER

For the reasons set forth in the Opinion filed by this Court on February 23, 2007, it is hereby

**ORDERED** that the United States Motion to Dismiss or in the Alternative for Summary Judgment [#33], and the Match-E-Be-Nash-She-Wish Band of Pottawatomi Indians' Motion for Judgment on the Pleadings or, in the Alternative for Summary Judgment [#32] are **GRANTED**. And it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Date: February 27, 2007                        JOHN GARRETT PENN
                                               United States District Judge


EXHIBIT B