# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5092**                              **September Term 2007**

05cv01181

**Filed On:** July 25, 2008

Michigan Gambling Opposition, A Michigan
Non-profit Corporation,

    Appellant

    v.

Dirk Kempthorne, In his official capacity as
Secretary of the United States Department of
the Interior, et al., et al.,

    Appellees

**BEFORE:** Sentelle,* Chief Judge, and Ginsburg, Henderson, Randolph, Rogers, Tatel, Garland, Brown,* Griffith,* and Kavanaugh, Circuit Judges

## ORDER

Appellant's petition for rehearing en banc and the response thereto were circulated to the full court, and a vote was requested. Thereafter, a majority of the judges eligible to participate did not vote in favor of the petition. Upon consideration of the foregoing, it is

**ORDERED** that the petition be denied.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk

* Chief Judge Sentelle, and Circuit Judges Brown and Griffith would grant the petition.

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ _____ Deputy Clerk